27
2-19-02
mr

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMANDA BARGE and
ARTHUR BARGE,

      Plaintiffs

v.

DAVID J. SALINGER, M.D.;
WILLIAM YING, Ph.D.;
KEYSTONE ONCOLOGY, LLC,
d/b/a Heritage Hills Oncology Center;
COMPREHENSIVE PHYSICS AND
REGULATORY SERVICES, LTD.;
EQUIMED, INCORPORATED;

      Defendants

CIVIL NO. 1:CV-00-1881



FILED
FEB 1 9 2002
PER____mr____
HARRISBURG, PA  DEPUTY CLERK

## ORDER

      Defendants, David J. Salinger, M.D. and Keystone Oncology, LLC d/b/a Heritage Hills Oncology Center, are insureds of PHICO Insurance Company. An Order of Liquidation of PHICO Insurance Company has been issued by the Honorable Rochelle S. Friedman of the Commonwealth Court. Pursuant to that order, **IT IS HEREBY ORDERED THAT** the captioned action is stayed. The parties shall file a joint report with the court on the status of the representation of Defendants Salinger and Keystone Oncology, LLC, no later than May 24, 2002.

                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: February 19, 2002.