IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA BARGE and ARTHUR BARGE | CIVIL ACTION NO.: 1:CV00 – 1881 |
| PLAINTIFF | |
| VS. | |
| DAVID J. SALINGER, M.D., KEYSTONE ONCOLOGY, LLC INCORRECTLY IDENTIFIED AS HERITAGE HILLS ONCOLOGY CENTER, WILLIAM YING, PH.D., COMPREHENSIVE PHYSICS AND REGULATORY SERVICES, LTD and EQUIMED, INC. | Judge Rambo<br><br>JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA

MAY 0 3 2002

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdrawal our appearance as attorney for defendants, David J. Salinger, M.D. and Keystone Oncology, LLC (incorrectly identified as Heritage Hills Oncology Center) in the above matter.

Post & Schell

BY: _____

Andrew H. Briggs, Esquire
Identification No.: 53072
240 Grandview Avenue
Suite 100
Camp Hill, PA  17011
(717) 731-1970

Attorney for Defendants
David J. Salinger, M.D. and Keystone
Oncology, LLC, incorrectly names as
Heritage Hills Oncology Center