IN THE UNITED STATE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA BARGE and ARTHUR BARGE | : CIVIL ACTION NO.: |
| | : 1:CV00 – 1881 |
| PLAINTIFF | : Judge Rambo |
| VS. | : |
| | : |
| DAVID J. SALINGER, M.D., KEYSTONE ONCOLOGY, LLC INCORRECTLY IDENTIFIED AS HERITAGE HILLS ONCOLOGY CENTER, WILLIAM YING, PH.D., COMPREHENSIVE PHYSICS AND REGULATORY SERVICES, LTD and EQUIMED, INC. | : JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA

MAY 03 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ENTRY OF APPEARANCE**
**AND**
**DEMAND FOR JURY OF TWELVE**

TO THE CLERK:

     Kindly enter our appearance as attorney for defendants, David J. Salinger, M.D. and Keystone Oncology, LLC (incorrectly identified as Heritage Hills Oncology Center) in the above matter.

                                      McKissock & Hoffman, P.C.

                                      BY: _____

                                      B. Craig Black
                                      Identification No.: 36818
                                      Robert A. McDermott
                                      Identification No. 88724
                                      1700 Market Street, Suite 3000
                                      Philadelphia, PA 19103
                                      (215) 246-2100

                                      Attorney for Defendants
                                      David J. Salinger, M.D. and Keystone
                                      Oncology, LLC, incorrectly names as
                                      Heritage Hills Oncology Center

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing Withdrawal of Appearance/Entry of Appearance and Demand for Jury of Twelve upon the person(s) and in the manner indicated below, which service satisfies the requirements of FRCP 5(b), by depositing a copy of same in the United States Mail, first-class postage prepaid, addressed as follows:

Richard Oare, Esquire
1434 South George Street
York, PA 17403
*(Counsel for Plaintiffs)*

Louis G. Close, III, Esquire
22 West Pennsylvania Avenue
Towson, MD 21204
*(Co-Counsel for Plaintiffs)*

Joseph A. Ricci, Esquire
Farrell & Ricci
4423 North Front Street
Harrisburg, PA 17110
*(Counsel for William Ying, Ph.D., Comprehensive Physics and Regulatory Services, Ltd. and Equimed, Inc.)*

McKissock & Hoffman, P.C.

By: _____
B. Craig Black, Esquire
Attorney I.D. No. 36818
2040 Linglestown Road
Suite 302
Harrisburg, PA 17110
(717) 540-3400

Attorneys for Defendants, David J. Salinger, M.D. and Keystone Oncology, LLC

Dated: 5/1/02