# McKissock & Hoffman
### A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
2040 LINGLESTOWN ROAD
SUITE 302
HARRISBURG, PA 17110

PHONE: (717) 540-3400
FAX: (717) 540-3434

WWW.MCKHOF.COM

1700 MARKET STREET
SUITE 3000
PHILADELPHIA, PA 19103
(215) 246-2100
FAX: (215) 246-2144

16 NORTH FRANKLIN STREET
SUITE 300
DOYLESTOWN, PA 18901
(215) 345-4501
FAX: (215) 345-4503

25 CHESTNUT STREET
SUITE 108
HADDONFIELD, NJ 08133
(856) 429-7200
FAX: (856) 429-0099

105 E. EVANS STREET, SUITE D
P.O. BOX 3086
WEST CHESTER, PA 19381
(610) 738-8850
FAX: (610) 738-9121

B. CRAIG BLACK
Direct Dial 717/ 540-3400 Ext 25
cblack@mckhof.com

May 24, 2002

*Via Hand Delivery*

The Honorable Sylvia H. Rambo, Judge
United States District Court
United States Courthouse
P.O. Box 860
228 Walnut Street
Harrisburg, PA 17108



Re:  **Barge v. Salinger, M.D., et al**
US District Court – Middle District of Pennsylvania
Docket No.:  1:CV-00-1881
Our File No 872-78

Dear Judge Rambo:

I would ask that the Court excuse the informality of this communication relative to the above-captioned. I have, however, sought the concurrence of all counsel with respect to this brief communication which is intended to bring to this Court's attention the entry of appearance of myself and the law firm of McKissock & Hoffman, P.C. on behalf of Defendants, Dr. David J. Salinger and Keystone Oncology, LLC relative to the above-captioned.

The Court's inspection of the record in this matter will reflect that on February 19, 2002, the Court directed that the parties file a joint report on the status of the representation of Dr. Salinger and Keystone Oncology, LLC no later than May 24, 2002. I simply wanted to ensure that the Court's directive was complied with and to reiterate that Dr. Salinger and Keystone Oncology, LLC are now represented by the undersigned with respect to this litigation.

The Court will also no doubt be aware that the stay effectuated by this Honorable Court in reciprocity with the stay Ordered by the Honorable Rochelle Friedman, Judge of the Commonwealth Court of Pennsylvania, has effected several deadlines established in this Honorable Court's Case Management Order. After consultation with counsel, it is my understanding that all counsel are in agreement that counsel will confer and submit to the Court, within thirty (30) days of the date of this letter, a stipulated Joint Motion to Amend Case Management Order addressing all deadlines which were effected by this Honorable Court's stay.

Certainly, if the Court would prefer to schedule by telephone or in person a case management conference, we would be more than happy to comply with that directive. In the absence of other communication from the Court, we will proceed as outlined herein and be prepared to submit to the Court within thirty (30) days a Joint Motion to Amend Case Management Order.

May 24, 2002
Page 2

      I thank the Court for its attention and tolerance of this informal submission. By copy of this letter to all counsel, as well as the Clerk of Courts, I ask that the Court allow this letter to serve as a response to the directive set forth in the Court's February 19, 2002 Order.

      Very truly yours,

      B. Craig Black, Esquire
      McKissock & Hoffman, P.C.

BCB:mjh
cc:    Louis G. Close, III, Esq.
       Richard Oare, Esq.
       Joseph A. Ricci, Esq.
       Clerk of Courts