Case No: 1:00-cv-1881    Document No: 32, 1 (

Bryan Craig Black
McKissock & Hoffman
105 North Front St.
Suite 205
Harrisburg, PA 17101



remailed 7/11/02
order dtd - 6/25/02

The U. S. District Court for the Middle District of P
established a Fax/Noticing Program effective 2/1/
To participate in the program, and receive notices
and judgments by electronic means, please comp
authorization form attached.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS