

## McKissock & Hoffman
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
2040 LINGLESTOWN ROAD
SUITE 302
HARRISBURG, PA 17110

PHONE: (717) 540-3400
FAX: (717) 540-3434

WWW.MCKHOF.COM

J. BRUCE McKISSOCK
LESLIE ANNE MILLER
JILL BARATZ CLARKE
DONALD J. BROOKS, JR.*
B. CRAIG BLACK
CHRISTOPHER THOMSON*
MAUREEN F. FITZGERALD†
JOHN A. FILORETO
DEBORAH S. BAIRD*
JOAN D. PLUMP*
ANN B. CAIRNS
M. SEAN MARAVICH*
CLAUDIO J. DiPAOLO
ELIZABETH G. HOWARD**
EDWIN A.D. SCHWARTZ ††
MICHELLE CUMMINS WILKOV
MICHELLE K. CARSON*
BOBBI J. RILEY*
MICHAEL A. MALIA*
SHELLEY R. JAMES
ANDREW R. HURDA

PETER J. HOFFMAN
JEFFREY B. ALBERT
JOHN J. McGRATH*
WILLIAM J. MUNDY*
EILEEN LAMPE*
K. REED HAYWOOD*
JEFFREY P. LEWIS
JAMES M. CONNELLY
ELAINE M. ROSS
JOHN M. SKROCKI
VERONICA N. OLSZEWSKI*
ROBERT A. McDERMOTT*
MICHAEL B. VOLK
CHRISTOPHER P. KELLY*
DAVID H. HARRIS***††
MARIA R. GRANAUDO
TIMOTHY J. BURKE
JEFFERIE E. GARCIA*
WILLIAM L. KUZMIN*
STEVEN W. BESACK

1700 MARKET STREET
SUITE 3000
PHILADLEPHIA, PA 19103
(215) 246-2100
FAX: (215) 246-2144

16 NORTH FRANKLIN STREET
SUITE 300
DOYLESTOWN, PA 18901
(215) 345-4501
FAX: (215) 345-4503

25 CHESTNUT STREET
SUITE 108
HADDONFIELD, NJ 08133
(856) 429-7200
FAX: (856) 429-0099

105 E. EVANS STREET, SUITE D
P.O. BOX 3086
WEST CHESTER, PA 19381
(610) 738-8850
FAX: (610) 738-9121

OF COUNSEL
GERALDINE D. ZIDOW*

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF ILLINOIS BAR
\*\*  ALSO MEMBER OF NEW YORK AND NEW JERSEY BAR
††  ALSO MEMBER OF DISTRICT OF COLUMBIA BAR
\*\*\* ALSO MEMBER OF FLORIDA AND NEW JERSEY BAR

July 15, 2002

Mary D'Andrea, Clerk of Court
Federal Building
Scranton, PA 18501

FILED
SCRANTON
JUL 1 8 2002
PER _____
DEPUTY CLERK

**Re: Barge v. Salinger, M.D., et al**
    Docket: 00-CV-1881
    <u>Our File No 872-78</u>

Dear Ms. D'Andrea:

The purpose of this correspondence is to notify you that our office is now located at 2040 Linglestown Road, Suite 302, Harrisburg, Pennsylvania, 17110. Orders in the above matter have previously been forwarded to 105 North Front Street, Harrisburg, Pennsylvania and 1700 Market Street, Philadelphia. I would appreciate if you would note this change in address in your computer system.

Thank you for your attention with regard to this matter.

Sincerely,

Craig Black/sg
B. Craig Black, Esquire
McKissock & Hoffman, P.C.

BCB:sg