cc: ct; cnu dep

#36
1/16/03
KM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MINUTES OF CONFERENCE

CASE: AMANDA BARGE, et ux., V. DAVID J. SALINGER, M.D., et al.
NO. 1:00-CV-1881

DATE: January 16, 2003 @ 2:00 p.m.

Honorable Christopher C. Conner presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **TELEPHONE CONFERENCE**

Time Commenced: 2:01 pm          Time Terminated: 2:18 pm

FILED
HARRISBURG, PA
JAN 16 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**PLAINTIFF: APPEARANCES**

Richard Care
Lois George Close, III

**DEFENDANT: APPEARANCES**

B. Craig Black
Joseph A. Ricci

**REMARKS**

Brief telephone conference to discuss pretrial/trial schedule. Order to issue re: same.

Kimberly A. McKinney
Courtroom Deputy Clerk