

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMANDA BARGE and ARTHUR BARGE, | : NO. 1:00-CV-1881 |
| Plaintiffs, | : |
| v. | : (Judge Conner) |
| DAVID J. SALINGER, M.D., et al., | : |
| Defendants | : |

**FILED**
HARRISBURG, PA
JAN 22 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**ORDER**

AND NOW, this 22nd day of January, 2003, following a telephone conference with counsel for parties, it is hereby ORDERED that the following revisions to the pretrial/trial schedule shall apply to this matter:

1. All motions in limine and supporting briefs shall be filed on or before **Monday, February 10, 2003**.

2. Pretrial memoranda shall be filed with the Clerk of Courts by **no later than 12:00 p.m. on Wednesday, February 19, 2003**.

3. Proposed voir dire questions and proposed jury instructions shall be due on or before **Wednesday, February 19, 2003**.

4. Responses to motions in limine must be filed on or before **Friday, February 21, 2003**.

5. The final pretrial conference shall be held on **Friday, February 28, 2003, at 1:30 p.m.**, in Courtroom No. 2, 9th Floor, Federal Building, Harrisburg, Pennsylvania.

6. Trial in this case will take place during the **March 2003** trial term, with **jury selection commencing at 9:30 a.m. on Monday, March 3, 2003**, and **trial beginning at 9:30 a.m. on Monday, March 10, 2003**. Both jury selection and trial will be held in Courtroom No. 2, 9th Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

7. Prior to the commencement of trial, counsel shall submit three (3) complete exhibit lists and two (2) complete set of exhibits for the court's use, in addition to the original which will be offered into evidence.

BY THE COURT:

*[signature]*
CHRISTOPHER C. CONNER
United States District Judge