**McKISSOCK & HOFFMAN, P.C.**
By:   B. Craig Black, Esquire
I.D.   #36818
By:   Robert A. McDermott, Esquire
I.D.   #66724
2040 LINGLESTOWN ROAD
SUITE 302
HARRISBURG, PA  17110
(717) 540-3400

ATTORNEYS FOR DEFENDANTS
DAVID J. SALINGER, M.D. and KEYSTONE
ONCOLOGY, LLC

| | |
|---|---|
| AMANDA BARGE and ARTHUR BARGE<br>Plaintiffs<br><br>v.<br><br>DAVID J. SALINGER, M.D., WILLIAM YING,<br>PH.D.,  KEYSTONE ONCOLOGY, LLC,<br>COMPREHENSIVE PHYSICS AND<br>REGULATORY SERVICES, LTD. and<br>EQUIMED, INCORPORATED<br>Defendants | IN THE UNITED STATES DISTRICT COURT<br>FOR THE MIDDLE DISTRICT OF<br>PENNSYLVANIA<br><br>NO.  1:CV-00-1881<br><br>JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

**FILED**
HARRISBURG, PA

FEB 1 9 2003

MARY E. D'ANDREA, CLERK
Per _____

### PRETRIAL MEMORANDUM OF DEFENDANTS
### DAVID J. SALINGER, M.D. AND KEYSTONE ONCOLOGY, LLC,
### PURSUANT TO LOCAL RULE 16.6

**I.     DATE CONFERENCE WAS HELD BY COUNSEL:**

February 12. 2003

**II.     STATEMENT OF FEDERAL COURT JURISDICTION:**

This Court has jurisdiction via diversity of citizenship, pursuant to 28 U.S.C.
1332(a).




III.    **A SUMMARY OF STATEMENT OF FACTS AND CONTENTIONS AS TO LIABILITY:**

Plaintiff Amanda Barge was diagnosed with a recurrent basal cell carcinoma on her right upper lip.  After trying other methods of treatment for earlier occurrences of the cancer, Plaintiff was referred to the Heritage Hills Oncology Center and Dr. Salinger for radiation therapy.  Approximately one month prior to Mrs. Barge's treatment, the Oncology Center had acquired a used superficial radiation unit which would be used in the irradiation of Plaintiff's cancer.  The machine was calibrated for use by Defendant, William Ying, Ph.D.   Dr. Ying produced pre-prepared dosage calculation forms for Dr. Salinger to use in determining the correct amount of time to reach the desired output for each radiation therapy session up to the dose prescribed of the entire treatment.

Plaintiff contends that she started noticing changes to her lip immediately following the first treatment.  Dr. Salinger's does not recall and did not record in Mrs. Barge's treatment notes any alarming changes consistent with the Plaintiff's recollections.  After Mrs. Barge received about ten (10) treatments it was determined that she was receiving doses of radiation higher than Dr. Salinger had prescribed.  Subsequent testing of the unit indicated that the amount of radiation may have been as much as 5 times greater than what was initially believed.   Plaintiff sustained a full thickness burn to the upper portion of her right lip and has undergone several surgeries to attempt to repair this damage and reconstruct the lip.

As respects Dr. Salinger, Plaintiffs primary contention is that Dr. Salinger failed to comport with requisite standards of care in failing to timely recognize that the reported symptomology resulted from the administration of excess radiation to Mrs. Barge.  Plaintiffs further contend that, had Dr. Salinger related the symptomology to excessive radiation administration, that he should have and would have terminated further treatments before a significant degree of injury was sustained by Plaintiff.

As respects Defendant, Keystone Oncology, Inc., Plaintiffs claim that Keystone is vicariously liable for the actions or inactions of Dr. Salinger,  i.e.… that Dr. Salinger was an employee of Keystone and was acting within the course and scope of the employer's business at the time he was rendering professional services to Mrs. Barge.

**IV.    COMPREHENSIVE STATEMENT OF UNDISPUTED FACTS AS AGREED TO BY COUNSEL AT THE CONFERENCE OF ATTORNEYS REQUIRED BY LOCAL RULE 16.3.**

Please see Pre-Trial Conference Memorandum of Plaintiffs where comprehensive statement of undisputed facts as discussed in pre-trial meeting of counsel during conference held on February 12, 2003 is set forth.

**V.    A BRIEF DESCRIPTION OF DAMAGES, INCLUDING, WHERE AVAILABLE:**

> **(1) PRINCIPAL INJURIES SUSTAINED;**
>
> **(2) HOSPITALIZATION AND CONVALESCENCE;**
>
> **(3) PRESENT DISABILITY;**
>
> **(4) SPECIAL MONETARY DAMAGES, LOSS OF PAST EARNINGS, MEDICAL EXPENSES, PROPERTY DAMAGES, ETC.;**
>
> **(5) ESTIMATED VALUE OF PAIN AND SUFFERING, ETC.;**
>
> **(6) SPECIAL DAMAGE CLAIMS**

(1)    Principal injuries sustained by Plaintiff are alleged to be a full-thickness radiation burn in the area of the right upper lip and face, permanent scarring and disfigurement, physical pain, emotional anguish, loss of earnings and earning capacity, loss of the enjoyment of life, and past and future medical expenses. Plaintiff, Arthur Barge seeks damages for loss of consortium;

(2)    Plaintiff alleges that as a result of the burn and requirement for reconstructive surgery thereon, that she has been required to undergo approximately twelve (12) surgeries associated with the revision and reconstruction of the affected area. Plaintiff further alleges that additional surgeries will be required to advance and finalize the reconstruction of the lip and face;

(3)    Plaintiff claims that the necessity of lost time from work for reconstructive surgeries has resulted in her termination from her position as a bank teller with Westminster Union Bank. As of the time of the preparation of this Pre-trial conference memorandum, substantiation for such disability claim has not been produced by Plaintiffs.

(4)    Plaintiff claims the following amounts as lost wages and past medical expenses associated with the injures claimed as a result of the alleged negligence of defendants:

> *Past Wage Loss –* Plaintiff claims that as a result of the various surgeries that she has been required to undergo that she has accrued a total of 650 hours of wage loss.  Plaintiff alleges wage loss through December 31, 2001 in the amount of $7,224.59;

> *Medical Expenses –* Plaintiff claims total medical expenses to date of $40,134.90.  Pursuant to the provisions of 40 P.S. § 991.1817(a), a set-off is applicable against any sums awarded to Plaintiff for medical expenses that have been paid for by health insurance maintained by plaintiff.  Pursuant to the explanation of benefits forms produced by Plaintiffs in discovery, it is believed that the applicable offset is in the approximate amount of $37,852.46.

(5)    The valuation of Plaintiffs' claims for pain and suffering are difficult to assess.  To the extent that said damages form a component of Plaintiffs ' demand, reference is made to Plaintiffs' Pre-trial Conference Memorandum.

(6)    Plaintiff has provided a psychiatric assessment revealing the following diagnoses:

| | |
|---|---|
| Axis I: | Depressive Disorder, Anxiety Disorder; |
| Axis II: | No Diagnosis; |
| Axis III: | Radiation burn 5/24-6/8/99 with multiple reconstructive surgical procedures;  History of basal cell carcinoma; hypothyroidism |

These diagnoses have led to the recommendation of medication administration and individual psychotherapy to assist in reducing her symptoms of anxiety and depression.  To date, there is no evidence that Mrs. Barge has undertaken any psychotherapy, but she has been prescribed anti-depressive medications.



**VI.    NAMES AND ADDRESSES OF WITNESSES, ALONG WITH SPECIALTIES AND QUALIFICATIONS OF EXPERTS TO BE CALLED.**

1.  Amanda J. and Arthur K. Barge, as on cross – 3100 Coachman Way, Manchester, Maryland 21102;

2.  David J. Salinger, M.D.  -  165 Tiffany Lane. Gettysburg, PA 17325;

3.  William Ying, Ph.D. – 1200 Dunsinane Hill, Chester Springs, Pa.  19425;

4.  Abdurrahman Unal, M.D.  - 775 South Arlington Avenue, Harrisburg, Pa. 17109;

5.  Walter J. Curran, M.D. – Expert Witness – Radiation Oncology - 111 South 11th Street, Philadelphia, Pa.  19107;  *See* Curriculum Vitae attached hereto as Exhibit "A" for qualifications;

6.  Indra Das, Ph.D. – Expert Witness – Radiation Physics – 3400 Spruce Street, Philadelphia, Pa.  19104;  *See* Curriculum Vitae attached hereto as Exhibit "B" for qualifications;

7.  Any witnesses identified by Plaintiffs, whether called or not called as witnesses at the time of trial;

8.  Any witnesses identified by Co-defendants William Ying, Ph.D. and Comprehensive Physics and Regulatory Services, Ltd.


**VII.    SUMMARY OF TESTIMONY OF EACH EXPERT TO BE CALLED.**

<u>Walter J. Curran, M.D.</u> - Dr. Curran will testify that Dr. Salinger acted within the appropriate standard of care in his care and treatment of Plaintiff, Amanda Barge.  Dr. Curran will opine that Dr. Salinger conformed with the requisite standard of skill and care expected of radiation oncologists practicing in the Commonwealth of Pennsylvania and in the United States with respect to each of the serial allegations of negligence raised in Plaintiffs' Amended Complaint and with respect to those allegations raised in Plaintiffs' expert reports authored by Drs. Tonneson and Brookland.

<u>Indra Das, Ph.D.</u>  - Defendants Salinger and Keystone Oncology, LLC. have also identified Dr. Das as an expert on their behalf. Dr. Das will express opinions regarding the role of the radiation physicist in the compendium of care rendered to radiation patients, the nature and basis of the interaction between a radiation physicist and a radiation oncologist, the deviations in the applicable standards of care for radiation physicists evidenced by Dr. Ying in the professional services rendered in connection with Mrs. Barge's radiation treatments, the causal relationship between Dr. Ying's care and the injuries sustained by Plaintiff, and generally in accordance with all opinions expressed in his expert report dated October 14, 2002.

Defendants Salinger and Keystone Oncology, LLC. also reserve the right to utilize any testimony provided by any experts for Plaintiffs and/or Co-Defendants in this matter to the extent such testimony is relevant to the involvement of Dr. Salinger in his care of Amanda Barge or the damages sustained by the Plaintiffs.

**VIII. SPECIAL COMMENT ABOUT PLEADINGS AND DISCOVERY, INCLUDING DEPOSITIONS AND THE EXCHANGE OF MEDICAL REPORTS.**

Defendant Salinger and Keystone Oncology, LLC. reserve the right to utilize any discovery responses and/or deposition transcripts for purposes of cross examination and/or impeachment of any of Plaintiffs' witnesses.   Defendants Salinger and Keystone Oncology, LLC. further reserve the right to object to the production of any reports, articles, abstracts, records, statements and documents not  produced by Plaintiffs prior to the meeting of counsel which occurred on February 12, 2003.

**IX. SUMMARY OF LEGAL ISSUES INVOLVED AND LEGAL AUTHORITIES RELIED UPON.**

*APPLICATION OF PENNSYLVANIA LAW*

A federal court sitting in diversity jurisdiction shall apply the substantive law of the state with the most significant contact to the proceeding.  Erie Railroad v. Tompkins,. 304 U.S. 64, *cert denied*, 305 U.S. 639 (1938).

Accordingly, since the tort actions alleged in Plaintiffs' Complaint occurred in Pennsylvania and the time of the alleged tortuous action Defendants all resided in Pennsylvania, this Honorable Court should apply the substantive law of the Commonwealth of Pennsylvania in the adjudication of this matter.

*STANDARD OF CARE*

Under ☐Pennsylvania law, a physician is required to possess and employ the skill and knowledge usually possessed by his peers in the diagnosis and treatment of his patients. Smith v. Yohe, 194 A.2d 167 (Pa. 1963). A physician is not the guarantor of the success of his treatment, but is required to exercise due care under the circumstances. Donaldson v. Maffucci,

153 A.2d 835 (Pa. 1959).   A physician is not responsible for an unfortunate result in the absence of negligence.  Hamil v. Bashline, 392 A.2d 1280 (Pa. 1978). The plaintiff in a malpractice action must prove either that the physician did not possess or employ the required skill or knowledge, or that he did not exercise the care and judgment of a reasonable person in like cases. Additionally, the injury complained of must have resulted from either the failure on the part of the physician to possess or employ the required skill or knowledge, or to exercise the care and judgment of a reasonable person in like circumstances. Grubb v. Albert Einstein Medical Center, 387 A.2d 480 (Pa. Super. 1978).

> To establish a prima facie case of medical malpractice, a plaintiff must show:
>
> (1)   a duty owed by the physician to the patient;
>
> (2)   a breach of duty from the physician to the patient;
>
> (3)   that the breach of duty was the proximate cause of, or a substantial factor in, bringing about the harm suffered by the patient; and
>
> (4)   damages suffered by the patient that were a direct result of the harm.
>
> Mitzelfelt v. Kamrin, 526 Pa. 54, 584  A.2d 888, 891 (1990).

In recognition that the practice of medicine is a profession requiring knowledge and expertise beyond the acumen of a lay person, a plaintiff must present:

> an expert witness who will testify "to a reasonable degree of medical certainty, that the acts of the [defendant] physician deviated from good and acceptable standards".

Maurer v. Trustees of Univ. of Pa., 418 Pa. Super. 510, 516, 614 A.2d 754, 757, (1992), alloc. granted. 534 Pa. 640, 626 A.2d 1158 (1993), discontinued by appellant, (quoting Mitzelfelt v. Kamrin, 526 Pa. 54, 62, 584 A.2d 888, 892).

Although Pennsylvania courts have "phrased this requirement in a variety of ways,"[1] the necessity of expert testimony as to the standard of care nonetheless remains an integral element of a <u>prima facie</u> case of medical malpractice. The only exception to this rule applies when "the matter in dispute is so simple and the lack of skill or want of care so obvious as to be comprehensible by lay persons." <u>Id.</u> at 757, n.2. <u>See also Jones v. Harrisburg Polyclinic Hospital</u>, 496 Pa. 465, 437 A.2d 1134 (1981)(a plaintiff in a medical malpractice claim based upon <u>res ipsa loquitur</u> may still need to provide expert testimony if there is "no fund of common knowledge" from which a layman can reasonably draw the inference or conclusion of negligence). In <u>Hoffman v. Mogil</u>, 445 Pa. Super. 252, 665 A.2d 478 (1995), <u>alloc. denied</u>, 546 Pa. 666, 685 A.2d 546, (1996), our Superior Court held that "expert testimony is necessary to prove that a physician's care is substandard because, absent guidance of an expert, jurors are unable to make a decision with sufficient certainty so as to enable them to make legal judgments." <u>Id.</u> at 480.

## *CAUSATION*

It is the well settled law in Pennsylvania that in order to establish a *prima facie* case of negligence, Plaintiff must prove that his injuries were proximately caused by the negligent conduct of the alleged tortfeasor. <u>Flickinger Estate v. Ritsky</u>, 452 Pa. 69, 305 A.2d 40 (1973). Liability may not be imposed merely upon proof of negligent conduct by the tortfeasor, but rather hinges upon Plaintiff's ability to prove a causal nexus between the negligent conduct and the Plaintiff's asserted injury. <u>Hamil v. Bashline</u>, 481 Pa. 256, 392 A.2d 1280 (1978); *Accord:* <u>Maurer v. Trustees of the University of Pennsylvania</u>, 418 Pa. Super. 510, 614 A.2d 754 (1992), <u>appeal granted</u>, 626 A.2d 1158 (1993).

In order to establish proximate cause, the Plaintiff has the burden of establishing with a "reasonable degree of medical certainty" that the injury in question resulted from the negligent act alleged. <u>McMahon v. Young</u>, 442 Pa. 484, 276 A.2d 534 (1971). Plaintiff must establish

---

[1]     Various phraseologies employed by the courts are: "acceptable medical practice," <u>Id.</u> (quoting <u>Brannan v. Lankenau Hospital</u>, 490 Pa. 588, 595, 417 A.2d 196, 199 (1980)); "a requisite standard of care," <u>Id.</u> (quoting <u>Strain v. Ferroni</u>, 405 Pa. Super. 349, 357, 592 A.2d 698, 703 (1991)); a "standard of reasonable medical care," <u>Id.</u> (quoting <u>Lira v. Albert Einstein Medical Center</u>, 384 Pa. Super. 503, 509, 559 A.2d 550, 552 (1989), *alloc. denied*, 527 A.2d 1302 (1990))); and "standards of reasonable medical practice," <u>Id.</u> (quoting <u>Corbett v. Weisband</u>, 380 Pa. Super. 292, 301-2, 551 A.2d 1059, 1064 (1988)). <u>alloc. denied</u>, ____ Pa. Super. ____, 569 A.2d 1367, <u>alloc. denied</u>, Pa. Super. _____ 571 A.2d 383 (1989).

through expert testimony the "reasonable certainty" requirement and the inability of the Plaintiff to produce such a causal nexus with a reasonable degree of medical certainty is fatal to Plaintiff's ability to succeed.   This need for a degree of certainty has been endorsed by the Pennsylvania Supreme Court in Churilla v. Barner, 269 Pa. Super. 100, 409 A.2d 83 (1979), where the Court noted that the "the plaintiff must produce evidence to support his version of the incident; theories as to what may have transpired...may not be employed as a substitute for such evidence." Id. at 85 (citations omitted).

Where Plaintiff's proof consists of nothing more that a mere inference that there is, or may be, a causal connection between an alleged act or omission of the Defendant and the Plaintiff's injuries, such proof is legally deficient. "The mere fact that an accident occurred does not give rise to an inference that the injured person was a victim of negligence." Swift v. Northeastern Hosp. of Phil., 456 Pa. Super. 330, 335, 690 A.2d 719, 722 (1997) (quoting Pitt. Nat'l. Bank v. Perr, 431 Pa. Super. 580, 584, 637 A.2d 334, 336 (1994)).

Once a plaintiff has produced expert testimony that the injury in question did, with a "reasonable degree of medical certainty", result from the negligent act alleged, the plaintiff must then satisfy his burden of persuasion.  The plaintiff has the burden of persuading the jury that the plaintiff's injuries were in fact caused by the physician's negligent conduct. Hamil, supra. Causation is the triggering mechanism for the imposition of liability in tort and absent proof of a casual nexus, a *prima facie* case fails.

## DAMAGES

In determining whether to award economic damages, the jury must base its decision on evidence presented at trial. To recover economic damages, the "plaintiff must establish that [their] economic horizon has been shortened." Kearns v. Clark, 493 A.2d 1358, 1364 (Pa. Super. 1985); quoting: O'Malley v. Peerless Petroleum, Inc., 423 A.2d 1251, 1255 (Pa. Super. 1980).  In order to do so, a plaintiff must present evidence that is "legally sufficient [to afford] the fact finder 'a reasonably fair basis for calculation'." Fish v. Gosnell, 463 A.2d 1042, 1051 (Pa. Super. 1983); quoting: Kaczkowski v. Bolubasz, 421 A.2d 1027, 1030, (Pa. 1980).  The Plaintiff is not "entitled to have mere conjecture, either in the witness box or jury room, accepted as proof" of a claim for economic damages. Baccare v. Mennella, 369 A.2d 806, 808 (Pa. Super. 1976); quoting: Rice v. Hill, 172 A. 289 (Pa. 1934); *accord* Hoffman v. Sterling Drug, Inc., 458 F.2d 132 (3d Cir. 1973).

**X.    STIPULATIONS DESIRED.**

It is requested that the parties stipulate as to the authenticity of the medical records, employment records and additional documentation exchanged by the parties through discovery to date.  Without limiting the availability to identify additional records, it is requested that the parties stipulate to the authenticity of the following records, charts and documents:

1.    Medical Records from  Heritage Hills Oncology Center;
2.    Medical Records of Marilyn Miller, M.D.;
3.    Medical Records of D.V. Faustino, M.D.;
4.    Medical Records of Lawrence Feldman, M.D.;
5.    Medical Records of Johns Hopkins Hospital; Department of Plastic, Reconstructive and Maxillofacial Surgery
6.    Curriculum Vitae of Walter J. Curran, M.D.
7.    Expert report of Walter J. Curran, M.D.
8.    Curriculum Vitae of Indra Das, Ph.D.,
9     Expert report of Indra Das, Ph.D.
10.   Curriculum Vitae of David J. Salinger, M.D.
11.   All discovery requests and responses thereto as exchanged by the parties in this matter to date.

**XI.    ESTIMATED NUMBER OF TRIAL DAYS.**

It is anticipated that trial in this matter will take approximately 4-5 trial days.

**XII.    ANY OTHER MATTERS PERTINENT TO THE CASE TO BE TRIED.**

The only additional matter to be brought to the attention of the Court is a request for latitude in calling potential expert witnesses out of order due to professional commitments of those witnesses.

**XIII**    **INDEX OF ATTACHMENTS:**

APPENDIX "A" –  CURRICULUM VITAE OF WALTER J. CURRAN, M.D.;

APPENDIX "B" –  CURRICULUM VITAE OF INDRA DAS, PH.D.;

APPENDIX "C" –  EXPERT REPORT OF WALTER J. CURRAN, M.D.;

APPENDIX "D" -  EXPERT REPORT OF INDRA DAS, PH.D.;

APPENDIX "E" -  STATEMENT OF COUNSEL THAT PERSON OR COMMITTEE
                WITH SETTLEMENT AUTHORITY HAS BEEN NOTIFIED OF
                THE REQUIREMENTS OF AND POSSIBLE SANCTIONS
                    UNDER LOCAL RULE 16.2

*Exh A*

# CURRICULUM VITAE

SEPTEMBER, 2001

## WALTER J. CURRAN, JR., M.D.

**Home Address:**    1801 Delancey Place
Philadelphia, Pennsylvania 19103

**Office Address:**    Department of Radiation Oncology
Bodine Center for Cancer Treatment
Thomas Jefferson University Hospital
111 S. 11th Street
Philadelphia, Pennsylvania 19107-5097
(215) 955-6700
(215) 955-0412 (FAX)
e mail - walter.curran@mail.tju.edu

**Social Security Number:**    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

**Education:**

| | | |
|---|---|---|
| 1969-73 | A.B. | Dartmouth College |
| 1978-82 | M.D. | Medical College of Georgia |

**Postgraduate Training and Fellowship Appointments:**

| | |
|---|---|
| 1982-83 | Internship, Internal Medicine, Presbyterian-University of Pennsylvania, Philadelphia, PA |
| 1983-86 | Residency, Department of Radiation Therapy, Hospital of the University of Pennsylvania, Philadelphia, PA |
| 1985-86 | Chief Resident, Department of Radiation Therapy, Hospital of the University of Pennsylvania, Philadelphia, PA |

**Faculty Appointments:**

| | |
|---|---|
| 1973-74 | St. Francis School New Haven, CT |
| 1974-77 | La Grange Boys Junior High School La Grange, GA |
| 1977-78 | Chenery Middle School Belmont, MA |




W.J. CURRAN, M.D.
Page-2-

| | |
|---|---|
| 1985-86 | Assistant Instructor, Department of Radiation Therapy, University of Pennsylvania School of Medicine |
| 1986-1992 | Assistant Professor, Department of Radiation Oncology University of Pennsylvania School of Medicine Philadelphia, PA |
| 1992-1994 | Associate Professor, Department of Radiation Oncology, Medical College of Pennsylvania Philadelphia, PA |
| 1994- | Professor and Chairman, Department of Radiation Oncology Jefferson Medical College of Thomas Jefferson University Philadelphia, PA |
| 1997- | Clinical Director, Kimmel Cancer Center Jefferson Medical College of Thomas Jefferson University Philadelphia, PA |

Hospital Appointments:

| | |
|---|---|
| 1986-1994 | Staff Radiation Oncologist Department of Radiation Therapy Fox Chase Cancer Center, Philadelphia, PA |
| 1986-1994 | Research Staff Jeanes Hospital Philadelphia, PA |
| 1994- | Director Bodine Center for Cancer Treatment Thomas Jefferson University Hospital Philadelphia, PA |
| 3/8/96- | Consulting Radiation Oncologist Wills Eye Hospital Philadelphia, PA |
| 1995- | Consulting Radiation Oncologist Chestnut Hill Hospital Philadelphia, PA |
| 1994- | Consulting Physician Methodist Hospital Philadelphia, PA |
| 7/24/97-6/30/00 | Consulting Physician Episcopal Hospital Philadelphia, PA |
| 1996- | Consulting Physician Lower Bucks Hospital |

Specialty Certification:

| | |
|---|---|
| 1986- | American Board of Radiology (Therapeutic Radiology) |

Licensure:

Pennsylvania – MD 029941 E



National/International Society and Cooperative Group Positions:

| | Radiation Therapy Oncology Group |
|---|---|
| 1989- | Lung Cancer Committee, Brain Tumor Committee |
| 1990- | Publications Committee |
| 1990-1997 | Chairman, Brain Tumor Committee |
| 1990- | Research Strategy Committee |
| 1992-1997 | Deputy Group Chairman |
| 1992- | Executive Committee |
| 1997- | Group Chairman |
| 1997- | Chairman, Steering Committee |

| | Pediatric Oncology Group |
|---|---|
| 1988- | Hodgkins Disease Committee |
| 1990- | Ependymoma Working Group |

| | American College of Radiology |
|---|---|
| 1989- | Committee for Radiation Oncology Equipment and Manufacturers Liaison Sub-Committee |
| 1994-2001 | Expert Panel on Radiation Oncology -Lung Working Group |
| 1999- | Committee on Practice Accreditation in Radiation Oncology |

| | American Society for Therapeutic Radiology and Oncology |
|---|---|
| 1991 | Scientific Meeting Abstract Review Committee |
| 1992-1995 | Constitution and Bylaws Committee |
| 1991- | Moderator, CNS Tumor Session, Annual Meeting, Washington, D.C. |
| 1992,1999 | Moderator, Lung Cancer Session, Annual Meeting, San Diego, CA |
| 1993- | Scientific Program Committee |
| 1993-1994 | Moderator, CNS Tumor Session, Annual Meeting, New Orleans, LA |

| | American Cancer Society |
|---|---|
| 1992 | Clinical Oncology Session Moderator Science Writers Meeting |

| | Radiological Physics Center |
|---|---|
| 1992 | American Association of Physicists in Medicine Radiation Therapy Committee |

| | Tobacco-Related Disease Research Program University of California |
|---|---|
| 1993-1994 | Study Section Member Tumor Immunology and Therapy |

| | National Cancer Institute |
|---|---|
| 1994-1995 | Site Visit Team Chairperson |

  W.J. CURRAN, M.D.
Page-4-

|  |  |
|---|---|
| | P-01 Program Project |
| 1994-1995 | Ad Hoc Member |
| | Cancer Center and Research Programs Review Committee |
| 1995- | Ad Hoc Member |
| | Oncological Sciences Initial Review Group/Radiation Study Section |
| | |
| | National Institutes of Health |
| 1996- | Special Reviewer |
| | Neurologic Science-3 Study Section |
| | |
| | InterSociety Council for Radiation Oncology |
| 1988-1989 | Subcommittee on Photodynamic Therapy |

**Awards, Honors and Membership in Honorary Societies:**

|  |  |
|---|---|
| 1969- | High School Class Valedictorian |
| 1973- | Cum Laude Baccalaureate |
| 1985-86 | American Cancer Society Fellowship |
| 1986- | Certificate of Merit for Scientific Exhibit at |
| | RSNA Scientific Assembly |
| 1989- | ASTRO - ESTRO Travel Grant |

**Membership in Regional Societies**

|  |  |
|---|---|
| 1994- | Philadelphia Roentgen Ray Society |
| | (Member-Radiation Oncology Program Committee) |
| 1994- | Pennsylvania Radiologic Society |
| 1994-1997 | Pennsylvania Oncology Society |
| | (Member-Executive Committee) |
| 1998- | Pennsylvania Society of Oncology Hematology |

**Membership in Professional and Scientific Societies:**

**International/National Societies:**
American College of Radiology
American Society of Therapeutic Radiologists and Oncologists
Pediatric Oncology Group
North American Hyperthermia Group
American Society of Clinical Oncology
Radiation Therapy Oncology Group
Eastern Cooperative Oncology Group
American Society of Clinical Oncologists
International Association for the Study of Lung Cancer
Coalition of National Cancer Cooperative Groups, Inc.
Canadian Association of Radiation Oncology (Honorary Membership)

**Academic Committees:**

| | |
|---|---|
| 1986-1994 | Clinical Research Review Committee |
| | Fox Chase Cancer Center |
| 1988-1990 | Utilization Review Committee |
| | Fox Chase Cancer Center |
| 1989-1990 | Committee to Review the Department of Dermatology |
| | University of Pennsylvania School of Medicine |
| 1990-1994 | Chairman |
| | Research Review Committee |
| | |
| | Department of Radiation Oncology |
| | Fox Chase Cancer Center |
| 1992-1994 | Director |
| | Clinical Fellowship Program |
| | Department of Radiation Oncology |
| | Fox Chase Cancer Center |
| 1994- | Executive Committee |
| | Jefferson/Kimmel Cancer Center |
| 1994- | Executive Committee |
| | Jefferson Medical School |
| 1994- | Executive Council |
| | Thomas Jefferson University Hospital |
| 1994- | Cancer Committee |
| | Thomas Jefferson University Hospital |
| 1997- | Chairman |
| | Cancer Committee |
| | Thomas Jefferson University Hospital |
| 1994-1997 | Director of Ambulatory Care |
| | Jefferson/Kimmel Cancer Center |
| 1994- | Co-Director of Brain Tumor Center |
| | Wills Eye Hospital/Thomas Jefferson University |
| 1995- | Committee on Faculty Appointments and Promotions |
| | Jefferson Medical College of Thomas Jefferson University |
| 1995-1998 | Steering Committee for M.D./Ph.D. Programs |
| | College of Graduate Studies |
| | Thomas Jefferson University |
| 1996-1997 | Secretary and Member of Executive Committee |
| | Jefferson Faculty Foundation |
| 1997-2000 | Chairperson |
| | Committee on Faculty Appointments and Promotions |
| | Jefferson Medical College |
| 1997- | Clinical Director |
| | Kimmel Cancer Center at Jefferson |
| 1997- | Medical Director |
| | Jefferson Cancer Network |
| 1999- | Reviewer |
| | ACR Philadelphia Office Management Review Committee |
| 1999- | Patterns of Care Committee |
| | Advisory Board |
| | American College of Radiology |
| 2000- | Committee on Practice Accred.- Rad. Oncology Accred. |
| | Commission on Standards & Accreditation |

|      | Committee on Economics |
|------|------------------------|
|      | Commission on Medical Physics |
|      | American College of Radiology |
| 2000- | Philadelphia Office Review Committee |
|      | American College of Radiology |

## GRANT SUPPORT

### ACTIVE

| CA 21661 (Curran) | 1/1/97 - 12/31/01 | 35% |
|---|---|---|
| NIH/CTEP | $7,092.792 | |

*Radiation Therapy Oncology Group (RTOG)*

Main Goal:  RTOG is an NCI-funded cooperative group seeking to improve upon the outcome of selected cancer patients through well-executed clinical trials.  Dr. Curran serves as Group Chairman and full Member Principal Investigator.  The department also receives.support for participation in clinical trials.

| 080-34000 C07004 (Curran) | | |
|---|---|---|
| ME 00-127 | 7/01/97 - 6/30/01 | 5% |

*Pennsylvania Department of Health*    $500,000

Main Goal:  Cancer Center Support for Basic Science, Medical Science and Cancer Prevention and Control.

| CA 37422 (Curran) | 6/01/94 – 5/31/01 | 10% |
|---|---|---|
| NCI/DCPC | $821,464 | |

*RTOG Community Clinical Oncology Research Base*

Main Goal:   This  program  seeks  to  expand  the  RTOG  mission  to  community-based  cancer programs
and to cancer prevention and control strategies.

| Bristol Myers Squibb | 8/1/97 - 7/31/01 | 5% |
|---|---|---|
| (ACR Protocol 427) | $2,038,300 | |

*Phase II Clinical Trial of TAXOL, Paraplatin, and Radiation Therapy (LAMP)*

Main Goal: This is a national randomized Phase II trial of three chemo-radiation strategies for Stage III non-small cell lung cancer.  Dr. Curran serves as Principal Investigator of the coordinating and statistical centers at the American College of Radiology and Co-Principal Investigator of the trial.

| Bristol Myers Squibb | 4/1/00 – 3/31/01 | 5% |
|---|---|---|
| (ACR Protocol 428) | $620,316 | |

*Phase II trial of split course radiation therapy with weekly Taxol (paclitaxel) for poor performance*

*or elderly non-small cell lung cancer patients.*

| 080-34000-A39301 | 7/1/98 – 6/30/02 | <5% |
| Pharmacyclics (Curran) | $25,000 | |

*Phase III Randomized Trial of Gadolinium Texaphyrin (PCI-P120)*

Main Goal:  Dr. Curran serves as Study Co-Chair for this protocol that is an international Phase III radomized trial of Gadolium Texaphyrin as a radiation sensitizer in patients receiving whole brain radiation therapy for the treatment of brain metastases.

| 080-34000-H03001 | 5/31/99 – 4/30/01 | <5% |
| Boehringer Ingelheim (Curran) | $38,069 | |

*Phase I Intensive Pharmacokinetic Study of Porfiromycin in Head & Neck Cancer & other cancer patients with solid tumors who receive RT*

| 080-34000-H17301 | 6/1/00 – 5/30/01 | <5% |
| EntreMed (Curran) | $407,560 | |

*Phase I single center open label dose escalation safety and pharmacodynamic study of the combination of recombinant human angiostatin proteint and RT for the treatment of patients with cancer.*

| IntraBiotics Pharmaceutical, Inc. | 7/1/00 – 6/30/01 | 5% |
| | $955,195 | |

*Phase III clinical trial entitled protocol PG-015:  A multi-national, multi-center, "double-blind" placebo-controlled, randomized, Phase III clinical trial to defer efficacy and safety of IB-367 rinse in reducing the severity of oral mucositis in patients receiving radiation therapy for head and neck malignancy.*

| 1PO1CA72027-01A2 (Curran) | 9/30/00 – 8/31/05 | 15% |
| NCI | $700,151 | |

*Relevance of genomic alteration in colorectal cancer*

Main Goal:  To explore the hypothesis that the genetic alterations implicated in the aneuploid-and MMR-pathways of tumor progression are relevant to the diagnostic and therapeutic approaches of patients with sporadic colorectal cancers.

| C-2000-025 | 5/1/01 – 4/30/03 |
| ALZA Corporation | $73,100 |

*A phase II placebo-controlled trial of once daily methylphenidae in cancer patients with symptoms of fatigue related to radiation therapy*

 

W.J. CURRAN, M.D.
Page-8-

**PENDING**

| | | |
|---|---|---|
| P30CA56036 (Croce) | 4/1/01 – 3/31/06 | 10% |
| NCI Cancer Center Support Grant (Croce) | $3,322,850 | |
| *Translational Research in Cancer* | | |

Main Goal:  Dr. Curran serves as clinical director of the Kimmel Cancer Center and in this role facilitates the translation of basic science into clinical research.

<u>OVERLAP</u>

If grant is awarded, we will make the necessary reductions in current support.

**<u>PRIOR</u>**

| | | |
|---|---|---|
| 080-34000-D62801 (Curran) | 1/1/96 - 12/31/97 | 10% |
| Bristol Myers Squibb | $250,000 | |
| *Radiation Oncology Research and Development* | | |

Main Goal:  Clinical Trial Development-This program supports efforts to evaluate the integration of paclitaxel and ionizing radiation in the management of malignancies of the upper aerodigestive tract.

| | |
|---|---|
| 080-34000-D65101 (Curran) | 1/1/96 - 12/31/97 |
| Sanofi Winthrop | $83,520 |
| *Phase I Clinical Trial-Tirapazamine* | |

Main Goal:  Phase I escalating - dose study of orally administered Tirapazamine in cancer subjects receiving radiotherapy.

| | |
|---|---|
| 080-34000-D69001 (Curran) | 8/12/96 - 8/11/97 |
| Tap Holdings, Inc. | $47,964 |
| TNP-470 Clinical Trial | |

Main Goal:  Safety and efficacy of TNP-470 when administered to newly diagnosed patients with Glioblastoma Multiforme (GBM) in post-radiation setting.

| | |
|---|---|
| 080-34000-Z11401 (Choy) | 5/1/96 - 4/30/98 |
| Vanderbilt University | $6,400 |
| Phase III Clinical Trial of Paclitaxel | |

Main Goal:  Phase III Trial of Radiation with or without concurrent Paclitaxel for patients with brain metastasis.

| | | | |
|---|---|---|---|
| RO1   PI: Robert Jenkins | Mayo Clinic | 10/1/96-9/30/97 | 5% |
| PI: Walter J. Curran | | 12/1/97-11/30/98 | |
| Subcontract Total | | $9,224.00 | |

CA50906 (Jenkins)                    1/13/95-11/30/99              <5%
NIH/NCI                              $5,268
Investigation of the Molecular Pathology of Gliomas.


**ADVISORY POSITIONS:**

1997-1998      Rhone-Polenc Rohrer
                Oncology Advisory Committee
1998-          Boehringer-Ingelheim
                Consultant
1996-          Bistol-Myers Squibb
                Lung Cancer Advisory Board
1999           Entremed Oncology Advisory Board
1999-          Eli Lilly
                Lung Cancer Advisory Board


Lecture by Invitation:

November, 1986
                          "Contrast-enhanced MR findings after cerebral
                          radiation in an animal model"
                          RSNA  Scientific Assembly
                          Chicago, IL

January, 1988
                          "Training and continuing education in hyperthermia"
                          Clini-therm Corporation's First International Users
                          Meeting and Hyperthermia Symposium
                          Maui, HA

April, 1988
                          "The clinical use of hyperthermia"
                          Pennsylvania Society of Radiologic Technologists
                          Annual Meeting, King of Prussia, PA

May, 1988
                          "Status of hyperthermia in radiation therapy"
                          Twentieth Annual National Conference on Radiation
                          Control, Nashville, TN

November, 1988
                          "Oral complications of radiation therapy"
                          St George's Society for Oral Cancer
                          Philadelphia, PA

May, 1989
                          "Intraoperative radiation therapy"  "Status of Hyper-
                          thermia in Cancer Therapy"  The Florida Society of
                          Radiologic Technologists 41st Annual Meeting
                          Lake Buena Vista, FL

October, 1989
                          "Radiation therapy in GI cancers" "Radiation in
                          prostate cancer",
                          Toward 2000 V, Fox Chase Cancer Center



|  |  |
|---|---|
| | Philadelphia, PA |
| April, 1990 | |
| | "Radiation therapy in endometrial cancer" in "Update on Endometrial Cancer" |
| | Northeastern Ohio Universities College of Medicine |
| | Rootstown, OH |
| May, 1990 | |
| | "Organ preservation in laryngeal carcinoma" in "Organ preservation in modern cancer management" |
| | University of Pennsylvania, Philadelphia, PA and Locally Advanced Cancer |
| | Washington, DC |
| October, 1990 | |
| | "Issues in the management of locally advanced lung cancer" |
| | Panel discussion, First International Consensus Workshop on Radiation Therapy in the Treatment of Metastatic and Locally Advanced Cancer |
| | Washington, D.C. |
| October, 1990 | |
| | "The diagnostic and therapeutic uses of radiolabeled antibodies" |
| | Pediatric Oncology Group Surgery Committee |
| | St. Louis, MO |
| November, 1990 | |
| | "Radiation therapy in the management of lung cancer" |
| | Annual Oncology Meeting, Lee Memorial Hospital, |
| | Ft. Myers, FL |
| December, 1990 | |
| | "Management of head and neck malignancies" |
| | Montgomery Cancer Center |
| | Norristown, PA |
| May, 1991 | |
| | "Advances in the treatment of non-small cell lung cancer" |
| | Visiting Professor, North Carolina Baptist Hospital Oncology Grand Rounds, Bowman-Gray School of Medicine |
| | Winston-Salem, NC |
| July, 199 | |
| | "Clinical Hyperthermia: An External View" |
| | Invited Congress Lecture, Ninth International Congress of Radiation Research |
| | Toronto, Canada |
| September, 1991 | |
| | "Current Status of Brain Tumor Trials" |
| | ACR/RTOG Symposia on Clinical Trials, American College of Radiology Annual Meeting |
| | Minneapolis, MN |
| October, 1991 | |
| | "Results from RTOG Malignant Glioma and Brain Metastases Trials" |
| | Ninth International Conference on Brain Tumor Research and Therapy |



W.J. CURRAN, M.D.
Page-11-

|  |  |
|---|---|
| November, 1991 | Asilomar, CA |
| November, 1991 | "Radiation Therapy for Nonsmall Cell Lung Carcinoma"<br>Current Problems in Cancer Therapy<br>University of Medicine & Dentistry of New Jersey<br>New Brunswick, NJ |
| October, 1992 | "Advances in the Treatment of Malignant Gliomas"<br>Annual Oncology Conference<br>Charlotte, NC |
| November, 1992 | "Recent Development of the Radiation Therapy Oncology Group"<br>European Organization for Research and Treatment of Cancer, Semi-Annual Meeting<br>Dusseldorf, Germany |
| April, 1993 | "Strategies for Prevention and Symptom Management of Radiation Therapy-Related Toxicities"<br>Refresher Course, ASTRO Scientific Program,<br>San Diego and New Orleans |
| May, 1993 | "Current Status of Clinical Research for Malignant Glioma"<br>Piedmont Oncology Group Semi-Annual Meeting<br>Winston-Salem, North Carolina |
| September, 1993 | Discussant, Small Cell Lung/CNS Tumor Slide Session, ASCO Annual Meeting<br>Orlando, FL |
| October, 1993 | "RTOG Trials in Malignant Glioma: An Update"<br>ACR/RTOG Symposia on Clinical Trials<br>American College of Radiology Annual Meeting<br>Orlando, FL |
| October, 1993 | "Strategies for Prevention and Symptom Management of Radiation Therapy-Related Toxicities"<br>Refresher Course, ASTRO Scientific Program<br>San Diego and New Orleans |
| November, 1993 | "Management of Locally Advanced Non-Small Cell Lung Cancer"<br>Palliative Care Panel<br>ASTRO Scientific Program<br>New Orleans, LA |
| February, 1994 | "Prognostic Factors in Patients with Malignant Glioma"<br>Tumors of the Central Nervous System<br>Harvard Medical School<br>Boston, MA |
|  | "Recent Developments within the Radiation Therapy Oncology Group" |



W.J. CURRAN, M.D.
Page-12-

Mid-Atlantic Society of Radiation Oncologists
Fredericksburg, VA

March, 1994

"Research Initiatives for Adult Brain Tumors"
ASTRO Spring Program
Chicago, IL

March, 1994

"Malignant Glioma"
"Advances in Non-Small Cell Lung Cancer"
Visiting Professor
Rush-Presbyterian-St. Luke's Medical Center
Chicago, IL

April, 1994

"New Therapeutic Strategies in Radiation Therapy"
Multimodality Therapy of Chest Malignancies: Update '94
Harvard Medical School
Boston, MA

April, 1994

"Combined Modality Therapy for Lung Cancer"
American Radium Society
Bermuda

August, 1994

"Advances in Non-Small Cell Lung Cancer"
Southwestern Regional Cancer Center
Lawton, OK

December, 1994

"RTOG Research in Glioblastoma Multiforme"
Seattle Brain Tumor Working Group
Seattle, WA

December, 1994

"Advances in Radiotherapeutic Approaches to Gastro-
intestinal Cancers"
Medical Center of Delaware Annual Hematology/Oncology
Conference
Wilmington, DE

January, 1995

"Locally Advanced Non-Small Cell Lung Cancer"
Philadelphia Roetgen Ray Society
Philadelphia, PA

January, 1995

Visiting Professor
Albert Einstein Medical Center
Philadelphia, PA

January, 1995

"Controversies in the Management of Stage III Non-Small
Cell Lung Cancer"
Cancer Center Grand Rounds
University of Pennsylvania Cancer Center
Philadelphia, PA

January, 1995

W.J. CURRAN, M.D.
Page-13-

|  |  |
|---|---|
|  | "Treatment Strategies for Non-Small Cell Lung Cancer"<br>Visiting Professor<br>University of Maryland School of Medicine<br>Baltimore, MD |
| February, 1995 | "Neuro-Oncology Trials with the Radiation Therapy<br>Oncology Group"<br>Institute of Neurology and Neurosurgery<br>Mexico City, Mexico |
| March, 1995 | Visiting Professor<br>University of Michigan School of Medicine<br>Ann Arbor, MI |
| April, 1995 | Visiting Faculty<br>"Investigational Approaches to Malignant Glioma"<br>Albert Einstein Medical Center<br>Philadelphia, PA |
| April, 1995 | "Clinical Research in Adult Brain Tumors"<br>New York Roetgen Ray Society<br>New York, New York |
| May, 1995 | "Investigative Approaches to Non-Small Cell Lung Cancer"<br>Pennsylvania Radiologic Society Annual Meeting<br>Philadelphia, PA |
| June, 1995 | "Clinical Trials for Malignant Glioma Patients"<br>Society of University Neurosurgeons (SUN) Annual Meeting<br>Philadelphia, PA |
| July, 1995 | "Stereotactic Radiation"<br>Neurology Grand Rounds<br>Christiana Hospital<br>Newark, DE |
| September, 1995 | "National Clinical Trials for Malignant Glioma:<br>Department of Neurology Grand Rounds<br>Jefferson Medical College<br>Philadelphia, PA |
| September, 1995 | "Update of Brain Tumor Research"<br>ACR/RTOG Symposia on Clinical Trials<br>American College of Radiology Annual Meeting<br>Boston, MA |
| September, 1995 | "Combined Modality Therapy of NSCLC"<br>St. John Hospital<br>Detroit, MI |

 

October, 1995

"Therapy of Malignant Glioma:  Controversies in Radiotherapy"
IX Pan-American Congress of Neurology
Guatemala City, Guatemala

October, 1995

"Management of Adults with Malignant Glioma"
Panel Chairman and Discussant
ASTRO Scientific Program
Miami Beach, FL

October, 1995

"Selection of Appropriate Endpoints in Clinical Oncology Research"
Tenth Annual Simon Kramer Lecture
Thomas Jefferson University
Philadelphia, PA

October, 1995

"Update on RTOG Brain Tumor Trials"
Clinical Research Panel Discussion-11th International Conference
on Brain Tumor Research and Therapy
Napa, CA

November, 1995

"The Influence of RTOG Protocols on the Treatment of
Brain Tumors"
Combined Radiation Oncology/Medical Oncology Clinical
Research Conference
Vanderbilt University
Nashville, TN

November, 1995

"Therapeutic Approaches to Locally Advanced Non-Small
Cell Lung Cancer"
Annual Oncology Program
Lee Memorial Hospital
Fort Myers, FL

January, 1996

"Issues in Clinical Trials"
University of Pennsylvania School of Veterinary Medicine
Philadelphia, PA

February, 1996

"Malignant Glioma Clinical Trials"
Tumor Board
Thomas Jefferson University Hospital
Philadelphia, PA

February, 1996

"Clinical Trial Methodology"
Institutional Review Board
American College of Radiology
Philadelphia, PA

February, 1996

"Clinical Trials for Non-Small Cell Lung Cancer"
Methodist Hospital, Grand Rounds
Philadelphia, PA

February, 1996



"Therapeutic Approaches to Non-Small Cell Lung Cancer"
Nazareth Hospital, Medical Grand Rounds
Philadelphia, PA

March, 1996

"Taxol and Ionizing Radiation in Non-Small Cell Lung Cancer"
Fox Chase Cancer Center Consensus Conference
St. Croix, US Virgin Islands

April, 1996

"Clinical Experience with 3D CRT Treating Brain Tumors"
Second International Symposium on 3D Radiation Treatment
Planning and Conformal Therapy
St. Louis, MO

May, 1996

Discussant
Small Cell Lung Cancer Slide Presentations
ASCO 32nd Annual Meeting
Philadelphia, PA

May, 1996

Guest Speaker
7th Canadian Neuro-Oncology Meeting
"RTOG Trials" and "Prognostic Factors"
Montreal, Quebec, Canada

August, 1996

"Malignant Gliomas"
First Symposium on Concomitant Chemoradiation
Vanderbilt Cancer Center
Nashville, TN

September, 1996

"Protection Against Cancer-Therapy Induced Toxicities"
Harper Hospital Grand Rounds-Invited Speaker
Detroit, Michigan

October, 1996

"Current Status of RTOG and Intergroup CNS Trials"
SWOG Brain Tumor Committee Meeting
Chicago, IL

October, 1996

"3 D Conformal Radiotherapy for Primary Brain Tumors"
1997  ACQSIM User's Meeting
Los Angeles, CA

October, 1996

"Imaging Response is Highly Predictive of Survival of
Malignant Glioma Patients Treated with Standard or Hyper-
fractionated RT and Carmustine in RTOG 9006"
ASTRO's 38th Annual Meeting
Los Angeles, CA

November, 1996

"Combined Modality Treatment of Nonsmall Cell Lung Cancer"
Invited Speaker-Lehigh Valley Hospital
Allentown, PA

November, 1996



"Nonsmall Cell Lung Cancer"
New York Roentgen Ray Society Invited Speaker
Manhattan, NY

November, 1996

"Tumors of the CNS"
Harvard Medical School
Boston, MA

January, 1997

"Investigative Approaches to Locally Advanced Non-Small Cell
Lung Cancer"
Georgetown University Hospital
Washington, DC

February, 1997

"New Therapeutic Approaches to Malignant Gliomas"
"Management of Locally Advanced Non-Small Cell Lung Cancer:
Hospital of the University of Pennsylvania
Philadelphia, PA

March, 1997

"Clinical Research Advances and Opportunities in Radiation Oncology"
Association of Community Cancer Centers-23rd Annual Meeting
Washington, DC

March, 1997

"Present and Future Therapeutic Approaches to Malignant Glioma"
ASTRO Spring Meeting
Dallas, TX

April, 1997

"Integration of Chemotherapy and Radiation for Non-Small Cell Lung
Cancer"
Medivision-Broadcast via MedEd Net Satellite Network-May 6, 1997
Philadelphia, PA

May, 1997

"Advances in the Management of Locally Advanced Lung Cancer"
Riddle Memorial Hospital
Media, PA

May, 1997

"Lung Cancer: Taking Control"
Nationwide Summit on Lung Cancer-Videoconference-NIH
Bethesda, MD

May, 1997

"New Therapeutic Strategies for Patients with Malignant Glioma"
Oncology Data Services-Continuing Education Conference
Philadelphia, PA

June, 1997

"Overview:  Management for Unresectable Non-Small Cell Lung
Cancer
Bristol-Myers Squibb Oncology Physicians Speaker Program
Washington, DC

June, 1997

"New Approaches to Locally Advanced Lung Cancer"
Grand View Hospital-Invited Speaker
Sellersville, PA



W.J. CURRAN, M.D.
Page-17-

August, 1997
"Current Perspectives in the Treatment of Lung Cancer"
8th World Conference on Lung Cancer
Dublin, Ireland

September, 1997
Invited Speaker Keble College "Brain Tumour Research and Therapy"
12th International Conference on Brain Tumour Research and Therapy
Oxford, England

September, 1997
Invited Speaker "Clinical Research Opportunities Throught Radiation Oncology Groups"
2nd Joint Scientific Meeting of POS/PSHO
York, PA

October, 1997
Lung Cancer Symposium "Combined Modality Therapy of Lung Cancer"
David L. Rike Cancer Center
Dayton, OH

October, 1997
Refresher Course "RTOG: Updated Results of Randomized Trials"
39th Annual ASTRO Meeting
Orlando, FL

October, 1997
Educational Symposium-Advances in Therapy: "Protecting Against Toxicities of Radiotherapy"
Alza/US Bioscience
Orlando, FL

October, 1997
Seminar: "Management of Locally Advanced Non-Small Cell Lung Cancer-Controversy and Consensus"
Bristol-Myers Squibb Oncology
Orlando, FL

November, 1997
Advances in Cancer Therapy "Radiation Approaches to NSCLC"
Medical College of Virginia
Williamsburg, VA

November, 1997
"Management of Unresectable NSCLC"
Physician Speaker Program:  Multi-Disciplinary Management of Non-Small Cell Lung Cancer
Bristol-Myers Squibb Oncology
Dallas, TX

December, 1997
"New Approaches to Malignant Brain Tumors"
Mercer Cancer Center
Trenton, NJ

January, 1998
"Current Radiation Therapies and the Importance of Radioprotectant"
Ethyol Investigators' Workshop
Mediphacs-Healthmark
Puerto Rico



W.J. CURRAN, M.D.
Page-18-

February, 1998

"Oral Agents as Radiation Sensitizers"
Sarah Cannon-Minnie Pearl Cancer Center Conference
Cancun, Mexico

March, 1998

"Overview-management of Unresectable Disease"
Bristol-Myers Squibb Oncology Physicians Speaker Program
Pasadena, CA

March, 1998

Fox Chase Cancer Center and Free University Hospital Investigators'
Workshop and Consensus Conference
St. Thomas, US Virgin Islands

April, 1998

"New Therapeutic Approaches to Malignant Glioma"
"Innovations in Radiation Delivery Techniques"
"Issues in the Management of Locally Advanced Non-small Cell
Lung Cancer"
"Selected Research Issues of the Radiation Therapy Oncology Group"
The Advances in Oncology Lecture-McGill University
Montreal, Quebec

April, 1998

"New Developments in the Treatment of Locally Advanced Non-Small
Cell Lung Cancer"
Clinical Lecture–Audioconference Series
Meniscus Educational Institute
Philadelphia, PA

May, 1998

"Clinical Trials Update for Brain Tumors"
Canadian Neuro-Oncology Meeting
Hamilton Regional Cancer Center
Niagara-on-the-Lake, Ontario

May, 1998

"Radiotherapy and Combined Treatment Modalities: The Role of
Ethyol"

Investigators' Meeting, ALZA Corporation
Los Angeles, CA

May, 1998

"Phase I trial of oral Tirazone (TM) (tirapazamine) Shows Good
Bioavailability and Tolerance"
Los Angeles, CA

June, 1998

"Selected Multimodality and Radiation Oncology ASCO 1998
Presentations"
ASCO Review Course
Flint, MI

June, 1998

"The Changing Standard of Care for Advanced Stage Lung Cancer"
Regional Cancer Center
Erie, PA

June, 1998

"Management of Unresectable Non-small Cell Lung Cancer"



|  |  |
|---|---|
|  | Course entitled: Progress in the Management of Locally Advanced Non-small Cell Lung Cancer Kimmel Cancer Center, Jefferson Cancer Network and The Office of Continuing Medical Education of Jefferson Medical College Philadelphia, PA |
| August, 1998 | "Use of Tirapazamine as a Radiosensitizing Agent" 2nd Annual Symposium on Concomitant Chemoradiotherapy: Vanderbilt University Nashville, TN |
| August, 1998 | Symposium: "Advances in the Multimodality Treatment of Locally Advanced Non-small Cell Lung Cancer" University of Southern California School of Medicine Pasadena, CA |
| September, 1998 | "Combined Chemotherapy and Radiation Therapy in Non Small Cell Lung Cancer" Annual Pennsylvania Oncology Society Joint Scientific Meeting Pittsburgh, PA |
| September, 1998 | "Current Status of Brain Tumor Treatment" 3rd International Symposium on 3-D Treatment Planning University of North Carolina Chapel Hill, NC |
| September, 1998 | "Radiation Standards and Innovations in NSCLC" Co-Med Communications New York, NY |
| October, 1998 | "Update on Treatment of Lung Cancer" Grand Rounds, Department of Medicine Lankenau Hospital Wynnewood, PA |
| October, 1998 | "Advances in Non-Small Cell Lung Cancer: Old Myths, New Therapies" 1998 Lung Cancer Symposium Kaiser Permanente Oakland, CA |
| October, 1998 | "Role of Radiation Oncologist and Radiation Oncology Staff: Risks/Benefits" Introduction to Stereotactic Radiosurgery Program Christiana Care Health Services Newark, DE |
| October, 1998 | "CNS Malignancies" Delaware Valley Hematolofy/Oncology Fellows' Symposia Ortho Biotech Philadelphia, PA |
| October, 1998 | "RTOG: Updated Results of Randomized Trials ASTRO Refresher Course |



40th Annual Scientific Meeting of ASTRO
"Where Do We Stand in the Radiation Therapy of Malignant Gliomas?"
Tumors of the Central Nervous System
ASTRO Categorical Course
Phoenix, AR

October, 1998

"Current Concepts in Cytoprotective Therapy:
Alza Pharmaceutical
Alexandria, VA

November, 1998

A Systems Approach to the Management of Glial Neoplasms:
"RTOG Protocols for the Treatment of Malignant Gliomas"
NYU Medical Center
New York, NY

December, 1998

RSNA 84th Scientific Assembly and Annual Meeting
"Apoptosis as a predictor of taxol induced radiosensitization"
Chicago, ILL

December, 1998

"Updates in the Treatment of Non-Small Cell Lung Cancer"
American Cancer Society Lecture
Philadelphia, PA

December, 1998

"Advances in the Management of Locally Advanced Non-Small
Cell Lung Cancer"
Cleveland Clinic Foundation Visiting Professor
Cleveland, OH

January, 1999

"Non-Surgical Management of Stage III Disease"
Postgraduate Institute for Medicine
Videoconference
New York, NY

January, 1999

"Update on New Therapies for Malignant Gliomas"
Department of Neurology Grand Rounds
Thomas Jefferson University Hospital
Philadelphia, PA

February, 1999

"Combined Modality Therapy of Unresectable NSCLC: Current
Status and Lessons Learned"
Physician Speakers Program
Miami, FL

February, 1999

"Multi-Modality Management of Non-Small Cell Lung Cancer"
Jefferson Cancer Network Program
Absecon, NJ

March, 1999

"Lung Cancer Session" (Chair)
The Fox Chase Cancer Center Paclitaxel Investigators' Workshop
Lana'i, Hawaii

March, 1999

"Role of Radiation Therapy in Lung Cancer"



ASTRO Spring Refresher Course
New Orleans, LA

March, 1999

"Management Strategies for Unresectable Stage III Disease"
Diagnostic and Treatment of Neoplastic Disorders
25th Annual Symposium
Johns Hopkins Oncology Center
Baltimore, MD

March, 1999

"Management of Unresectable Locally Advanced Non-Small Cell Lung Cancer"
The Bays Medical Society
Panama City, FL

April, 1999

"Innovative Radiosurgical and Radiotherapeutic Approaches to Brain Tumors: Update 1999"
Jefferson Cancer Network
Philadelphia, PA

April, 1999

"Role of Radiotherapy in Treatment of Lung Cancer"
Lung Cancer: State-of-the Art Diagnosis and Therapy
Mayo Clinic
"New Therapeutic Approaches to Malignant Glioma: Any Real Progress?"
Moertel Lecture, Mayo Foundation
Rochester, MN

April, 1999

"New Approaches to Locally Advanced Non-Small Cell Lung Cancer"
Tumor Board Conference
John and Dorothy Morgan Cancer Center, Lehigh Valley Hospital
Allentown, PA

April, 1999

"New Approaches to Malignant Brain Tumors"
Thomas Jefferson University Hospital
Radiology Research Conference
Philadelphia, PA

May, 1999

"Clinical Experience with 3-DCRT Treating Brain Cancer"
International Symposium 3-D Conformal Radiation Therapy and Intensity Modulated Radiation Therapy in the New Millennium

Baylor College of Medicine
Houston, TX

May, 1999

"Advances in Multimodality Therapy of Early-Stage Non-Small Cell Lung Cancer"
Oncology Live™ Interactive Audioconference
Presented by University of Colorado Health Sciences Cancer Center in Denver, CO

May, 1999

"Pre-Treatment Evaluation and Clinical Management of Weight Loss in Non-Small Cell Lung Cancer"




Oncology Live™ Interactive Audioconference
Presented by University of Colorado Health Sciences
Cancer Center in Denver, CO

May, 1999

"Changing Perspectives in Advanced Non-Small Cell Lung Cancer:
Molecular Markers, Chemoradiotherapy, and Novel Therapeutic
Approaches"
ASCO 35th Annual Meeting – Education Session Speaker
Atlanta, GA

June, 1999

"Combined Modality and Radiotherapy Update"
ASCO Review Program
Jefferson Cancer Network
Philadelphia, PA

June, 1999

"Update on Management of Stage III Non-Small Cell Lung Cancer"
Blood Club of Richmond
Richmond, VA

June, 1999

"Combined Modality Therapy for Unresectable NSCLC: Lessons
Learned and Where are we Going"
Physicians Speaker Program
Chicago, IL

September 1999

"Advances in Multimodality Therapy of Early-Stage
Non-Small Cell Lung Cancer" Course #101
Oncology Live™ Interactive Audioconference
Presented by University of Colorado Health Sciences
Cancer Center in Denver, CO

November, 1999

"The Importance of Radio/Chemotherapy in Stages IIIA and IIIB
in NSCLC"
Symposium, University of Montreal
Montreal, Quebec

February, 2000

"The Role of Therapeutic Radiation for Anterior Skull Base
Tumors"
Neuro-Oncology Symposium
Cleveland Clinic Foundation
Naples, FL

March, 2000

"Head and Neck Cancer: Toxicity Prevention"
Interactive Network for Continuing Education
Audioconferences (12)
Philadelphia, PA

March, 2000

"Combined Modality Therapy in NSCLC: The RTOG
Experience (9410 Update)"
The Fox Chase Cancer Center Investigators' Workshop
and Consensus Conference
Lana'i, Hawaii

April, 2000



"Emerging Non-Operative Strategies for Non-Small Cell
Lung Cancer" Symposium entitled:  Combined Modality
Therapies in the Treatment of Lung Cancer
The Valley Hospital
Ridgewood, NJ

April, 2000

"Diagnosis and Treatment of Non-Small Cell Lung Cancer"
Mortons of Chicago
Baltimore, MD

April, 2000

"Advances in Multi-Modality Therapy for NSCLC"
Grand Rounds
Good Samaritan Hospital
Baltimore, MD

April, 2000

"Advances in the Treatment of Lung Cancer""
Symposium-Oncology for the Primary Care Physician
Mercy Hospital of Philadelphia
Philadelphia, PA

April, 2000

"Current Options in the Management of Stage III
Lung Cancer"  Symposium
University of Toronto
Toronto, CN

May, 2000

"Advances in Multi-Modality Approaches to NSCLC"
York Hospital
York, PA

May, 2000

"Phase III comparison of sequential vs concurrent chemoradiation
for patients with unresected stage III non-small cell lung cancer (NSCLC):
Initial Report of Radiation Therapy Oncology Group (RTOG) 9410""
Oral Abstract Presentation
36th Annual ASCO Meeting
New Orleans, LA

June, 2000

"Combined Modality and Radiotherapy Update"
ASCO Review Program
Jefferson Cancer Network
Philadelphia, PA

July, 2000

"The Management of Malignant Gliomas"
Kimmel Cancer Center Grand Rounds
Jefferson Medical College
Philadelphia, PA

September, 2000

"Combined Modality Approaches for the Management
of Lung Cancer"
"Maximizing Chemotherapy and XRT in Stage IIIB Disease"
Abstract Presentation "RTOG 9410"
9th World Conference on Lung Cancer
Tokyo, Japan



September, 2000
"The Radiation Therapy Oncology Group:  Where have we been and where are we going?"
CARO Lecture
Canadian Association of Radiation Oncologists
Edmonton, Canada

October, 2000
"Advances in Multi-Modality Therapy for NSCLC"
Satellite Symposium
Boston, MA

October, 2000
"Important Clinical Trials for the New Millennium"
42nd Annual Scientific Meeting of ASTRO
Boston, MA

November, 2000
"Issues in the Management of Locally Recurrent Disease"
Controversies in Combined Modality Approaches for Locally Advanced Disease"
2000 ASCO Clinical Practice Forum
Orlando, FL

November, 2000
2000 NIH Consensus Conference on Adjuvant Therapy for Breast Cancer - Panel Member
Bethesda, MD

December, 2000
"New Approaches to Locally Advanced NSCLC"
Bristol-Myers Squibb Oncology Visiting Faculty Program
Saint Barnabas Medical Center
Livingston, NJ

January, 2001
"Management of Locally Advanced NSCLC"
The George Washington University Medical Center
Washington, DC

January, 2001
"Management of Locally Advanced NSCLC"
Washington Hospital Center
Washington, DC

March, 2001
"RTOG's Contribution to Radiation Oncology Clinical Practice"
ASTRO Spring Program
Chicago, IL

March, 2001
"Clinical Trials in Community Practice: An Overview"
"Non-Small Cell Lung Cancer"
Northeast Regional Practice Guidelines Retreat
New York, NY

April, 2001
Lung Cancer Progress Group Roundtable Participant
National Cancer Institute
Chantilly, VA

April, 2001

|              |                                                                 |
|--------------|-----------------------------------------------------------------|
|              | "A Review of Pivotal Data for Amifostine in Head and Neck Cancer"<br>Radio Broadcast-Videoconference<br>Alza Pharmaceutical<br>Washington, DC |
| May, 2001    |                                                                 |
|              | "Non-small Cell and Small Cell Lung Cancer"<br>Poster Presentation<br>37th Annual ASCO Meeting<br>SanFrancisco, CA |
| June, 2001   |                                                                 |
|              | "Treatment of Localized Head and Neck Cancer: The Role of Radiotherapy"<br>Network for Medical Communicatin and Research<br>New York, NY |
| June, 2001   |                                                                 |
|              | Workshop on EGFr inhibitor PK1166<br>Consultant<br>Novartis Oncology<br>Washington, DC |
| June, 2001   |                                                                 |
|              | 1st Investigators' Congress on Radioprotection<br>Program Chair and Director<br>MedImmune & Alza Pharmaceutical<br>St. Croix, US Virgin Islands |
| July, 2001   |                                                                 |
|              | "Multimodality Therapy of Lung Cancer: State of the Art"<br>2nd International Lung Cancer Congress<br>Kauai, Hawaii |
| July, 2001   |                                                                 |
|              | "Multimodality Therapy with Gemzar in NSCLC"<br>2nd International Lung Cancer congress<br>Lilly Oncology Roundtable Discussion<br>Kauai, Hawaii |
| August, 2001 |                                                                 |
|              | "Evolving Research Issues for Malignant Gliomas"<br>Kimmel Cancer Center Grand Rounds<br>Thomas Jefferson University<br>Philadelphia, PA |
| August, 2001 |                                                                 |
|              | "Cooperative Group Update: SCLC Trials Ongoing and Planned"<br>Pharmacia Lung Cancer Advisory Board Meeting<br>Cape Cod, MA |
| September, 2001 |                                                              |
|              | "Challenging Cases in Patient Managements"<br>Network for Medical Communication & Research<br>Las Vegas, NV |
| Septermber, 2001 |                                                             |



"Current Approaches to Combined Modality Therapy
for Unresectable Stage III NSCLC"
Bristol-Myers Squibb Oncology
Las Vegas, NV

Editorial Board:

| 1993 | Radiation Oncology Investigations |
| 1995 | International Journal of Radiation Oncology Biology and Physics |
| 1997 | Journal of Radiosurgery |
| 1999 | Neuro-Oncology |
| 1999 | Lung Cancer (Clinical) |
| 1999 | Cancer Investigation |
| 1999 | Advancements for Administrators in Radiology |
| 1999 | Radiotherapy and Oncology |
| 2000 | Current Treatment Options in Oncology |
| 2001 | Lung Cancer (Associate editor for Radiation Oncology) |

Advisory Board:

Advance for Administration in Radiology
Pharmacia Oncology Advisory Board
Entremed, Inc. Oncology Advisory Board

Manuscript Review:

Journal of Clinical Oncology
Pediatrics
Cancer Research
Journal of Cancer
Radiation Therapy Oncology Group
Radiotherapy and Oncology
Cancer
Journal of Neuro-Oncology
American Journal of Clinical Oncology

Chairman or Co-Chairman of Clinical Protocol:

**CLOSED**

Curran, W., Langer, C.:  Phase II Evaluation of Concurrent 5-Fluorouracil,
Cisplatin, Etoposide, and Radiation Therapy for Locally Advanced,
Unresectable Non-Small Cell Bronchogenic Carcinoma.   Fox Chase Cancer
Center Protocol 87866.  Active March 1987-June 1990.

Wimmer, R., Curran, W., Leventhal,B.:  Phase II Study of Hodgkin's Disease
in Relapse, Pediatric Oncology Group Study 8827.  Activated by POG,
March 1988.

Curran, W., Langer, C., Hanks, G.:  Phase II Evaluation of Interstitial Micro-

wave Hyperthermia and Cisplatin for Patients with Refractory Malignancies. AOH Protocol 88003. August 1988-December 1991.

Nelson, D., Curran, W., Leibel, S.: Randomized phase II Protocol: Hyper-fractionated and Accelerated Radiation Therapy and BCNU for Supratentorial Malignant Glioma. Radiation Therapy Oncology Group Study 83-02 Closed 1989.

Curran, W., Yung, A., Scott, C., et al: A phase III comparison of hyper-fractionated radiation therapy (RT) with BCNU and conventional RT with BCNU for supratentorial malignant glioma. Radiation Therapy Oncology Group Study 90-06. Activated November, 1990.

Curran, W., Kovnar, E., Tomita, R., Burger, P., Kun, L.: Hyperfractionated irradiation for childhood ependymoma: A phase I/II study. Pediatric Oncology Group Study 91-28. Active November 1991-February 1994.

Choucair, A., Curran, W.: Neuropsychological evaluation of glioma patients treated on RTOG 90-06. Radiation Therapy Oncology Group 91-14. Active March 1992-February 1994.

Krigel, R., Curran, W.: Phase II study of sequential chemotherapy and radiation therapy for AIDS-related, primary CNS lymphoma. ECOG 1493 (Intergroup) Activated April,1994-1997 in ECOG, SWOG, and RTOG.

Curran, W., Langer, C., Scott, C.,: A phase II tumor volume-influenced dose escalation of accelerated hyperfractionated RT to 64.0 and 70.4 Gy with BCNU for radiosurgery-ineligible glioblastoma multiforme patients. RTOG 94-11 for Activation June, 1994.

Curran, W., Langer, C., Scott, C.: A phase III randomized comparison of concomitant versus sequential chemotherapy and radiation therapy for favorable patients with locally advanced inoperable non-small cell lung cancer. RTOG 94-10 Activated July, 1994.

Kovner, E., Curran, W., Heideman, R., Tomita, T., Burger, P.: Adjuvant chemotherapy for childhood ependymoma: conventional radiation with versus without vincristine and cyclophosphamide: A Phase III study. Pediatric Oncology Group Developmental Study. September, 1993-1997.

Schilder, R.J., Coia, L.R., Curran, W.J.: Phase II Trial of Mitoxantrone, Vinblastine, and Prednisone and involved field Radiation for intermediate risk clinical stage II Hodgkin's disease. Fox Chase Cancer Center Activated March, 1994-1997

Curran, W.J., Coia, L.R., Schilder, R.J.: Hyperfractionated irradiation for favorable clinical stages I-II Hodgkin's Disease. Fox Chase Cancer Center Developmental Protocol. October, 1993-1997

Schaebler, D., Clapper, M., Litwin, S., Ridge, J., Curran, W., Langer, C.: Human glutathione S-transferase Mu deficiency as a marker for susceptibility to squamous cell cancers of the head and neck among smokers. Fox Chase Cancer Center Protocol. January, 1994-1997

Goosenberg, E., Frucht, H., Coia, L., Curran, W.: A randomized double-blind placebo-controlled trial of oral omeprazole in the prophylaxis of radiation-induced esophageal injury in patients with lung cancer, esophageal cancer, or thoracic lymphoma. Fox Chase Cancer Center Protocol. January, 1994-1996

Curran, W., O'Dwyer, P., Frank, R., Hanks, G.: A phase I randomized cross over assessment of tolerability and absolute bioavailability of oral tira-pazamine in cancer subjects receiving radiotherapy. Thopmas Jefferson University Hospital Sponsored by Sterling Winthrop.1994-1996

Curran, W., Reynolds, R.: A phase I study of accelerated thoracic radiation

 W.J. CURRAN, M.D.
Page-28-

therapy for locally advanced non-small cell lung cancer patients with
unfavorable prognostic factors (WR 9037).  Sponsored by U.S. Bioscience.
Fox Chase Cancer Center Protocol.  For Activation March, 1994.

## ACTIVE

Mehta, M., Curran, W.:  Phase III randomized trial of gadolinium taxyphysin (PCI-0120) injection as a
     radiation sensitizer in patients receiving whole brain radiation therapy for the treatment of
     brain metastases.  Pharmacyclics Multi-instilial Trial, activated 1998.

Ahmad, N., Mitchell, E., Curran, W., et al:  Combined modallity of locally advanced or recurrent
     Adenocarcinoma of the rectum with radiation, 5-FU, and CPT-11 followed by surgery.  Thomas
     Jefferson University Hospitall, 1996-

Anne', P.R., Mitchell, E., Curran, W.:  Induction therapy for locally advanced esophageal or gastric cancer:
     A phase I/II trial of paclitaxel, cisplatin, 5FU, and radiation therapy followed by esophagectomy.
     Thomas Jefferson University Hospital, 1996-

Anne', P., Curran, W:  Phase II trial of radiation therapy and subcutaneous amifostine in patients with
     head and neck cancer.  Jefferson Oncology Group, 1998-

Curran, W., Underhill, K.:  Phase I intensive pharmacokinetic study of porfiosmycin in head and neck
     cancer and other patients with solid tumors who receive radiation therapy.  Thomas Jefferson
     University Hospital, 1999-

Werner-Wasik, M., Curran, W.:  Phase II trial of induction paclitaxel plus carboplatin followed by
     thoracic radiation therapy with concurrent weekly low-dose paclitaxel and twice-weekly
     amifostine for patients with unresectable locally advanced or partially resected NSCLC.  Thomas
     Jefferson University Hospital, 1996-

Curran, W., Belani, C., Bonomi, P., Choy, H.:  Phase II randomized study of paclitaxel carboplatin, and
     radiation therapy for locally advanced inoperable NSCLC.  American College of Radiology
     Trial 427  1997

Langer, C.J., Curran, W., Scher, R.:  Phase II trial of induction taxol and carboplatin followed by concurrent
     radical thoracic radiation and chemotherapy in stage IIIB and IIIA non-small cell lung cancer.
     Fox Chase Cancer Center Protocol - Activated March, 1994

Schilder, R.J., Curran, W.J., Goldberg, M.:  Phase II trial of induction high-dose chemotherapy for patients
     with marginally resectable stage III non-small cell carcinoma of the lung.  Fox Chase Cancer
     Center Protocol 93088.  Activated  November, 1993

## DEVELOPING

Curran, W., Capizzi, R.:  Phase I single-center, open-label, dose-escalation, safety, pharmacokinetic,
     and pharmacodynamic study of intravenously administered recombinant human angiostatin in
     cancer patients.  Entremed, Inc. ANG-CL-001.

Curran, W., Capizzi, R.:  Phase I single-center, open-label, dose-escalation, safety, and pharmacodynamic
     study of the combination of recombinant human angiostatin protein and radiation therapy for
     the treatment of patients with cancer.  Entremed, Inc. ANG-CL-002.

Machtay, M., Curran, W.:  Phase III trial of post-operative radiotherapy with versus without porofiro-
     mycin for patients with high risk resected cancer of the head and neck.  Boehringer Ingelheim

Bibliography
   Original Papers

1.   **Curran, W.,** Hackney, D., Blitzer, P. and Bilaniuk, L.:  The value of magnetic

resonance imaging in treatment planning of nasopharyngeal carcinoma. Int. J. Radiat. Oncol. Biol. Phys. 12: 2189 - 2196, 1986

2.    **Curran, W.,** Hecht-Leavitt,C., Zimmerman, R., Schut, L., Nelson, D.: Magnetic resonance imaging of cranial radiation lesions. Int. J. Radiat. Oncol. Oncol. Biol. Phys. 13: 1093 - 1098, 1987

3.    Hecht-Leavitt, C., Grossman, R., **Curran, W.,** Biery, D., Joseph, P., Nelson, D.: MRI of brain radiation injury: Experimental studies in cats. Am. J. Neuroradiol. 8: 427 - 430, 1987

4.    **Curran, W.,** Littman, P., Raney, R.: Interstitial radiation therapy in the treatment of childhood soft-tissue sarcomas. Int. J. Rad. Onc. Biol. Phys. 14: 169 - 174, 1988

5.    **Curran, W.,** Whittington, R., Peters, A., Fanning, J.: Vaginal recurrences of endometrial carcinoma: The prognostic value of staging by a primary vaginal carcinoma system. Int. J. Radiat. Oncol. Biol. Phys. 15: 803-808, 1988

6.    **Curran, W.,** Kornstein, M., Brooks, J., Turrisi, A.: Invasive thymoma: The role of mediastinal irradiation following complete or incomplete re-section. J. Clin. Oncol. 1722-1727, 1988

7.    Grossman, R., Hecht-Leavitt, C., Evans, S., Lenkinski, R., Holland, G., Van Winkle, T., McGrath, J., **Curran, W.,** Shelly, A., Joseph, P.: Experimental radiation injury: Combined imaging and spectroscopy of experimental radiation injury. Radiology 169: 305-309, 1988

8.    Kornstein, M., **Curran, W.,** Brooks, J., Turrisi, A.: Cortical versus medullary thymomas: A useful morphologic distinction? Human Pathology 19: 1335-1339, 1988

9.    Greven, K., **Curran, W.,** Whittington, R., Fanning, J., Randall, M., Wilder, J., Peters, A.: Analysis of failure patterns in stage III endometrial carcinoma and therapeutic implications. Int. J. Radiat. Oncol. Biol. Phys. 17: 35-39, 1989

10.    **Curran, W.,** Galvin, J., D'Angio, G.: A simple dose calculation method for total body irradiation. Int. J. Radiat. Oncol. Biol. Phys. 17: 219-224, 1989

11.    King, W., Johnson, M., Gatenby, R., **Curran, W.:** An analysis of steady-state temperature profiles in tumors during photodynamic therapy. AICHE Symposium Series 85: 389-393, 1989

12.    Chu, J., Sandler, H., **Curran, W.,** Shammo, G., Richter, M., Hanks, G.: Intraoral hyperthermia using microwave antenna and a dental mould. Endocurietherapy/Hyperthermia Oncology 5: 121-125, 1989

13.    **Curran, W.** and Stafford, P.: Lack of apparent difference in outcome between clinically staged IIIA and IIIB non-small cell lung cancer treated with radiation therapy. J. Clin. Oncol. 8: 409-415, 1990

14.    **Curran, W.,** Moldofsky, P., Solin, L.: Analysis of the influence of elective nodal irradiation (RT) on post-RT pulmonary function. Cancer 65: 2488 - 2493, 1990

15.    Sandler, H., **Curran, W.,** Turrisi, A.: The influence of tumor size and pre-treatment staging on outcome following radiation therapy (RT) alone for stage I non-small cell lung cancer. Int. J. Radiat. Oncol. Biol. Phys. 19: 9-13, 1990

16.    Goldwein, J.W., Glauser, T.A., Packer, R.J., Finley, J.L., Sutton, L.N.,

**Curran, W.J.,** Leahy, J.M., Rorke, L.B., Schut, L., D'Angio, G.J.: Recurrent intracranial ependymomas in children: Survival, patterns of failure, and prognostic factors.  Cancer 66: 557-563, 1990

17.  Greven, K., Randall, M., Fanning, J., Bahktar, M., Duray, P., Peters, A., **Curran, W.:**  Patterns of failure in patients with stage I, grade 3 carcinoma of the endometrium.  Int. J. Radiat. Oncol. Biol. Phys. 19: 529-534, 1990

18.  Marcial, V.A., Pajak, T.F., Mohiuddin, M., Cooper, J.A., Al Sarraf, M., Mowry, P.A., **Curran, W.J.,** Crissman, J., Rodriguez, M., Velez-Garcia, E.: Concomitant cis-platin chemotherapy and radiotherapy in advanced mucosal squamous cell carcinoma of the head and neck:  Long-term results of the Radiation Therapy Oncology Group Study 81-17.  Cancer 66: 1861-1868, 1990

19.  Goldwein, J.W., Leahy, J.M., Packer, R.J., Sutton, L.N., **Curran, W.J.,** Rorke, L.B., Schut, L., Littman, P.S., D'Angio, G.J.:  Intracranial ependymomas in children.  Int. J. Radiat. Oncol. Biol. Phys. 19: 1497-1502, 1990

20.  Lanciano, R.M., **Curran, W.J.,** Greven, K.M., Fanning, J., Stafford, P., Randall, M.E., Hanks, G.E.:  Influence of grade, histologic subtype, and timing of radiotherapy on outcome among patients with stage II carcinoma of the endometrium.  Gynecol. Oncol. 39:  368-373, 1990

21.  Pajak,T., Laramore, G., Marcial, V., Fazekes, J., Robinson, G., Cooper, J., Rubin, P., **Curran, W.,** Davis, L.:  Elapsed treatment days - A critical item for radiotherapy quality control review in head and neck trials. RTOG report, Int. J. Radiat. Oncol. Biol. Phys. 20: 13-20, 1991

22.  Lustig, R., Krall, J., **Curran, W.,** Hanks, G.E.:  Improved outcome in 1978 national survey of carcinoma of the larynx:  A Patterns of Care Study. Int. J. Radiat. Oncol. Biol. Phys. 20:  101-104, 1991

23.  Evans, S.M., LaCreta, F., Helfand, S., VanWinkle, T., **Curran, W.J.,** Brown, D.Q., Hanks, G.E.:  Technique, pharmacokinetics, toxicity, and efficacy of intratumoral etanidazole and radiotherapy for treatment of spontaneous feline oral squamous cell carcinoma.  Int. J. Radiat. Oncol. Biol. Phys. 20:  703-708, 1991

24.  Herbert, S.H., **Curran, W.J.,** Solin, L., Stafford, P.E., Hanks, G.E.: Decreasing gastrointestinal morbidity with the use of small bowel contrast during treatment planning for pelvic irradiation.  Int. J. Radiat. Oncol. Biol. Phys. 20:  835-842, 1991

25.  **Curran, W.J.,** Cox, J.D., Azarnia, N., Byhardt, R.W., Shin, K.H., Emani, B., Selim, H., Herskovic, A., Mohiuddin, M., Ager, P.J., Krisch, R., Pajak, T.J.:  Comparison of RTOG and AJCC staging systems among patients with non-small cell lung cancer receiving hyperfractionated radiation therapy:  A report of RTOG 83-11.  Cancer 68: 509-516, 1991

26.  Taylor, J.S., Vigneron, D.B., Murphy-Buesch, J., Nelson, S.J., Kessler, H.B., Coia, L., **Curran, W.J.,** Brown, T.R.:  Free magnesium levels in normal human brain and brain tumors:  $^{31}P$ chemical shift imaging measurements at 1.5 T.  Proc Nat Acad Sci 88:6810-6814, 1991

27.  Herbert, S.H., **Curran, W.J.,** Stafford, P.M., Rosenthal, S.A., McKenna, W.G., Hughes, E.N.:  Comparison of outcome between clinically staged, unresected superior sulcus tumors and other stage III non-small cell lung carcinomas treated with radiation therapy alone.  Cancer 69:363-369, 1992

28.  **Curran, W.J.,** Scott, C.B., Horton, J., Nelson, J.S., Weinstein, A.S., Nelson, D.F., Fischbach, A.J., Chang, C.H., Rotman, M., Asbell, S.O.,

Powlis, W.D.: Does extent of surgery influence outcome for astrocytoma with atypical or anaplastic foci (AAF)? A report from three Radiation Therapy Oncology Group (RTOG) trials. J Neuro-Oncol 12: 219-227, 1992

29.  Mattes, R.D., **Curran, W.J.,** Alavi, J., Powlis, W., Whittington, R.: Clinical implications of learned food aversions in patients with cancer treated with chemotherapy or radiation therapy. Cancer 70:192-200, 1992

30.  Mattes, R.D., **Curran, W.J.,** Powlis, W.D., Whittington, R.: A descriptive study of learned food aversions in radiotherapy patients. Physiology and Behavior 50:1103-1109, 1991

31.  Yousem, D.M., Lenkinsky, R.E., Sydney, E., Allen, D., O'Brien, R., **Curran, W.,** Schnall, M., Bennett, M., Wehrli, S.L., Grossman, R.I.: Proton MR spectroscopy of experimental radiation-induced white matter injury. J Comp Ass Tomo 16(4):543-548, 1992

32.  **Curran, W.J.,** Herbert S.H., Stafford, P.M., Sandler, H.M., Rosenthal, S.A., McKenna, W.G., Hughes, E., Dougherty, M.J., Keller, S.: Should patients with post-resection locoregional recurrence of lung cancer receive aggressive therapy? Int J Radiat Onc Biol Phys 24:25-30, 1992

33.  **Curran, W.J.,** Moldofsky, P., Solin, L.: Further observations on the predictive value of perfusion lung scans on post-irradiation pulmonary function among patients with bronchogenic carcinoma. Int J Rad Onc Biol Phys 24:31-36, 1992

34.  Herbert, S.H., **Curran, W.J.,** Rosenthal, S.A., Stafford, P.M., Hughes, E.N., McKenna, W.G., Sandler, H.M.: Adverse influence of young age on outcome in patients with non-small cell lung carcinoma (NSCLC) treated

with radiation therapy (RT) alone. Int J Radiat Onc Biol Phys 24:37-42, 1992

35.  Rosenthal, S.A., **Curran, W.J.,** Herbert, S.H., Hughes, E.N., Sandler, H.M., Stafford, P.M., McKenna, W.G.: Clinical stage II non-small cell lung cancer (NSCLC) treated with radiation therapy alone: The significance of clinically staged ipsilateral hilar adenopathy (N1 disease). Cancer 70:2410-2417, 1992

36.  Graham, M.V., Geitz, L.M., Byhardt, R., Asbell, S., Roach, M., Urtasun, R.C., **Curran, W.J.,** Lattin, P., Russell, A.H., Cox, J.D.: Comparison of prognostic factors and survival among black and white patients treated with irradiation for non-small cell lung cancer. J Nat Can Inst 84:1731-1735, 1992

37.  **Curran, W.J.,** Scott, C.B., Nelson, J.S., Weinstein, A.S., Phillips, T.L., Nelson, D.F., Murray, K., Fischbach, A.J., Yakar, D., Schwade, J.G., Powlis, W.D.: A randomized trial of accelerated hyperfractionated radiation therapy and bis-chlorethyl nitrosouren for malignant glioma: A preliminary report of Radiation Therapy Oncology Group 83-02 Cancer 70:2909-2917, 1992

38.  Sauter, E.R., Keller, S.M., Russo, J., Langer, C.J.: Radiation-induced chest wall chondrosarcoma following surgical resection and radiotherapy of non-small cell lung cancer. J Nat Can Inst 85:162-163, 1993

39.  Nelson, D.F., **Curran, W.J.,** Scott, C.B., Nelson, J.S., Weinstein, A.S., Ahmad, K., Constine, L.S., Murray, K., Powlis, W.D., Mohiuddin, M., Fischbach, J.: Hyperfractionated radiation therapy and bis-chlorethyl nitrosourea in the treatment of malignant glioma possible advantage

observed at 72.0 Gy in 1.2 Gy b.i.d. fractions: Report of the Radiation Therapy Oncology Group Protocol 8302 Int J Radiat Oncol Biol Phys 25:193-207, 1993

40.     Epstein, B.E., Scott, C.B., Sause, W.T., Rotman, M., Sneed, P.K., Janjan, N.A., Davis, L.W., Selim, H., Mohiuddin, M., Wasserman, T.H., **Curran, W.J.:** Improved survival duration in patients with unresected solitary brain metastasis using accelerated hyperfractionated radiation therapy at total doses of 54.4 Gray and greater: Results of RTOG 85-28. Cancer 71:362-367, 1993

41.     Herbert, S.H., Solin, L.J., Hoffman, J.P., Schultz, D.J., **Curran, W.J.,** Lanciano, R.M., Rosenblum, N., Hogan, M., Eisenberg, B., Hanks, G.E.: Volumetric analysis of small bowel displacement from radiation portals with the use of a pelvic tissue expander. Int J Radiat Oncol Biol Phys 25:885-893, 1993

42.     Fowler, W.C., Langer, C.J., **Curran, W.J.,** Keller, S.M.: Postoperative complications following combined neoadjuvant treatment of lung cancer. Ann Thorac Surg 55:986-989, 1993

43.     **Curran, W.J.,** Scott, C.B., Nelson, J.S., Martin, L.A., Weinstein, A.S., Phillips, T.L., Murray, K., Fischbach, A.J., Yakar, D., Schwade, J.G., Corn, B.W., Nelson, D.F.: Survival comparison of radiosurgery eligible and ineligible malignant glioma patients treated with hyperfractionated radiation therapy and BCNU: A report of RTOG 83-02. J Clin Oncol 11:857-862, 1993

44.     **Curran, W.J.,** Scott, C.B., Horton, J., Nelson, J.S., Weinstein, A.S., Nelson, D.F., Fischbach, A.J., Chang, C.H., Rotman, M., Asbell, S.O., Krisch, R.: Recursive partitioning analysis of 1,578 patients on 3

Radiation Therapy Oncology Group (RTOG) malignant glioma trials. J Nat Can Inst 85:704-710, 1993

45.     Simpson, J., Horton, J., Scott, C.B., Nelson, J.S., Weinstein, A.S., **Curran, W.J.,** Fischbach, A.J., Chang, C.C., Rotman, M., Nelson, D.F.: Influence of location and extent of surgical resection on survival of patients with glioblastoma multiforme. Results on 3 consecutive RTOG Trials. Int J Radiat Oncol Biol Phys 26:239-244, 1993

46.     Langer, C.L., **Curran, W.J.,** Keller, S.K., Blankstein, K., Catalano, R., Fowler, W., Litwin, S., Bagghi, P., Nash, S., Comis, R.L.: Report of phase II trial of concurrent chemoradiotherapy with radical thoracic irradiation (6,000 cGy), infusional fluorouracil, bolus cis-platin and etoposide for clinical stage IIIB and bulky IIIA non-small cell lung cancer. Int J Radiat Oncol Biol Phys 26:469-478, 1993

47.     Sause, W., Scott, C., Krisch, R., Rotman, M., Sneed, P., Murray, K., Davis, L., **Curran, W.,** Choi, K., Mohiuddin, M., Grigsby, P.: Phase I/II trial of accelerated fractionation in brain metastases. RTOG 85-28 Int J Radiat Oncol Biol Phys 26:653-657, 1993

48.     Komaki, R., Pajak, T.F., Byhardt, R.W., Emami, B., Asbell, S.O., Roach, M., Pedersen, J.E., **Curran, W.J.,** Lattin. P., Russell, A.H., Cox, J.D.: Analysis of early and late deaths on RTOG non-small cell carcinoma of the lung trials: Comparison with CALGB 8433. Lung Cancer 10:189-197,1993

49.     Corn, B.W., Yousem, D.M., Scott, C.B., Rotman, M., Asbell, S.O., Nelson, D.F., Martin, L., **Curran, W.J.:** White matter changes are significantly correlated with radiation dose: Observations from a randomized dose escalation trial for malignant glioma (RTOG 83-02). Cancer 74:2828-

2835, 1994

50. Sause, W., Scott, C., Taylor, S., Johnson, D., Livingston, R., Turrisi, A., Komaki, R., Emami, B., **Curran, W.,** Byhardt, R., Fisher, B.: Preliminary results of an intergroup randomized trial of chemo-radiation versus radiation alone for locally advanced non-small cell lung cancer. J Nat Can Inst 87:198-205, 1995

51. Chapman, J.D., Fenning, M.C., Stobbe, C.C., Gatt, S., Dagan, A., Engelhardt, E.L., Brow, D.Q., **Curran, W.J.:** Concept paper: Exploitation of interstitial brachytherapy of solid tumors. Int. J. Radiat. Oncol Biol Phys July, 1994

52. Vigneron, D.B., Taylor, J.S., Nelson, S.J., Kessler, H., Willard, T., **Curran, W.J.,** Coia, L., Murphy-Boesch, J., Brown, T.R.: Three dimensional P-31 metabolic images of metastatic brain disease. J. Nucl Mag Reson 1994

53. Murray, K.J., Nelson, D.F., Scott, C., Fischbach, A.J., Porter, A., Farnan, N., **Curran, W.J.:** Quality-adjusted survival analysis of malignant glioma patients treated with twice-daily RT and carmustine: A report of Radiation Therapy Oncology Group 83-02. Int J Radiat Oncol Biol Phys 31:453-459, 1995

54. Byhardt, R., Scott, C., Ettinger, D., **Curran, W.,** Doggett, S., Coughling, C., Scarentina, C., Rotman, M., Emami, B.: Concurrent hyperfractionated radiation and chemotherapy for unresectable non-small cell lung cancer. Results of Radiation Therapy Oncology Group 90-15. Cancer 75:2337-2344, 1995

55. Scott, C.B., Nelson, J.S., Farnan, N.C., **Curran, Jr., W.J.,** Murray, K., Fischbach, A.J., Gaspar, L.E., Nelson, D.F.: Central pathology review in clinical trials for patients with malignant glioma: A report of Radiation Therapy Oncology Group 83-02. Cancer 76:307-313, 1995

56. Fein, D.A., Corn, B.W., Hanlon, A.L., **Curran, Jr., W.J.,** Coia, L.W.: Acute parotitis during mantle irradiation: Incidence, onset, duration, and treatment. Radiation Oncology Investigations 2:291-294, 1994-1995

57. **Curran, W.J.:** New therapeutic strategies with radiation therapy for non-small cell lung cancer. Chest 107:302-305, 1995

58. Lee, D.J., Cosmatos, D., Marcial, V.A., Fu, K.K., Rotman, M., Cooper, J.S., Ortiz, H.G., Beitler, J.J., Abrams, R.A., **Curran, W.J.,** Coleman, C.N., Wasserman, T.H.: Results of an RTOG phase III trial (RTOG 85-27) comparing radiotherapy plus etanidazole with radiotherapy alone for locally advanced head and neck carcinomas. Int J Radiat Oncol Biol Phys 32:567-576, 1995

59. Fein, D.A., Lee, W.R., Hanlon, A.L., Ridge, J.A., Langer, C.J., **Curran, Jr., W.J.,** Coia, L.R.: Pretreatment hemoglobin level influences local control and survival of T1-T2 squamous cell carcinomas of the glottic larynx. J Clin Onc 13:2077-2083, 1995

60. Martin, L.A., Krall, J., **Curran, W.J.,** Leibel, S.A., Cox, J.D.: Influence of a sampling review process for radiation oncology quality assurance in cooperative group clinical trials - results of the RTOG Analysis. Radiotherapy and Oncology 36:9-14, 1995

61. Simpson, J.R., Scott, C.B., Rotman, M., **Curran, W.J.,** Constine III, L.S., Fischbach, A.J., Asbell, S.O. : Race and prognosis of brain tumor patients entering multi-center clinical trials - A report from the Radiation Therapy Oncology Group. Am J Clin Oncol 19:114-120, 1996.

62. Emami, B., Scott, C., Perez, C., Asbell, S., Swift, P., Grigsby, P., Montesano, A., Rubin, P., **Curran, W.J.,** Del Rowe, J., Arastu, H., Fu, K., Moros, E.: Phase III study of interstitial thermoradiotherapy

compared with interstitial radiotherapy alone in the treatment of recurrent or persistent human tumors: A prospectively controlled randomized study by the Radiation Therapy Oncology Group. Int J Radiat Oncol Biol Phys 34:1097-1104, 1996

63.   Lee, J.S., Scott, C., Komaki, R., Fossella, F.V., Dundas, G.S., McDonald, S., Byhardt, R.W., **Curran, Jr., W.J.:** Concurrent chemoradiation therapy with oral etoposide and cisplatin for locally advanced inoperable non-small cell lung cancer: Radiation Therapy Oncology Group Protocol 91-06 J of Clin Onc, 14: 1055-1064, 1996

64    Das, I., Downes, M.B., Corn, B.W., **Curran, Jr., W.J.,** Werner-Wasik, M.W., Andrews, D.W.: Characteristics of a dedicated linear accelerator-based stereotactic radiosurgery-radiotherapy unit. Radiotherapy and Oncology, 38: 61-68, 1996

65.   Das, I., McGee, K.P., Fein, D.A., Milito, S.J., Shammo, G., **Curran, Jr., W.J.,** Coia, L.R.: Use of multiplanar reformatted radiographic and digitally reconstructed radiographic images for planning conformal radiation therapy. Imaging & Therapeutic Technology 15:1483-1488, 1995

66.   Langer, C.L., **Curran, W.J.,** Blankstein, K., Keller, S., Comis, R.L.: Long-term survival results for patients with locally advanced, initially unresectable non-small cell lung cancer treated with aggressive concurrent chemoradiation. The Cancer Journal 2:99-105, 1996

67.   Werner-Wasik, M., Scott, C., Nelson, D., Gaspar, L., Murray, K., Fischbach, A., Nelson, J., Weinstein, A., **Curran, W.:** Final report of a phase I/II trial of hyperfractionated radiation therapy with carmustine for adults with supratentorial malignant glioma: RTOG 83:02. Amer. Radium Soc., Paris, France, 1995, Cancer 77: 1535-1543, 1996

68.   Fein, D. A., Lee, W. R., Hanlon, A.L., Ridge, J.A., **Curran, W.J.,** Coia, L.R.: Do field size and treatment energy influence local control of T1-T2 squamous cell carcinomas of the glottic larynx. Int J Rad Oncol Biol Phys 34:823-831, 1996

69.   Fein, D.A., Hanlon, A.L., Corn, B.C., **Curran, W.J.,** Coia, L.R.: The influence of lymphangio-graphy on the development of hypothyroidism in patients irradiated for Hodgkin's Disease. Int J of Radiat Onc Biol Phys 36:13-18, 1996

70.   Choucair, A., Scott, C., Urtasun, R., Nelson, D., Coia, L., **Curran, W.:** Quality of life (QOL) and neuropsychological evaluation (NSE) for patients with malignant astrocytomas (MA), RTOG 91-14. Int J Radiat Oncol Biol Phys 38:9-20, 1997

71.   Alden, M.E., O'Reilly, R.C., Topham, A., Lowry, L.D., Brodovsky, H., **Curran, Jr., W.J.:** Elapsed radiation treatment time is predictive of survival outcome among patients with advanced head and neck cancer receiving sequential chemotherapy and radiation therapy. Accepted for Scientific Program for RSNA, Chicago, November, 1995 Radiology 201:675-680, 1996

72.   Andrews, D.W., SIlverman, C.L., Glass, J., Downes, B., Riley, R.J., Corn, B.W., Werner-Wasik, M., **Curran, Jr., W.J.,** McCune, C.E., Rosenwasser, R.H., Buchheit, W.A.: Preservation of cranial nerve function after treatment of acoustic neurinomas with fractionated stereotactic radiotherapy. Stereotact Funct Neurosurg 64:165-182,1995

73.   Valicenti, R.K., Waterman, F.M., Croce, R.J., Corn, B., Suntharalingam, N., **Curran, Jr., W.J:** Efficient CT simulation of the four-field technique for conformal radio-therapy of prostate carcinoma. American Radium Society, San Francisco, CA, 1996, Int. J. Rad. Onc. Biol. Phys., 37:953-957, 1997

74.   Rudoler, S., Corn, B.W., De Potter, P., Shields, C.L., Hyslop, B.S., **Curran, Jr., W. J.,** Shields, J.A.: Functional vision is improved in the majority of patients treated with external beam radiotherapy for choroid metastases: A multivariate analysis

of 188 patients. J. Clin Oncol, 15:1244-1251, 1997

75. Rudoler, S., Corn, B.W., Shields, C.L., De Potter, P., Hyslop, T., Shields, J.A., **Curran, Jr., W.J.:** External beam irradiation for choroid metastases: Identification of factors predisposing to long-term sequelae. Int J Radiat Onc Biol Phys, 38: 251-256, 1997

76. Corn, B.W., Donahue, B.R., Rosenstock, J.G., Hyslop, T., Brandon, A.H., Hegde, H.H., Cooper, J.S., Sherr, D.L., Fisher, S.A., Berson, A., Han, H., Wahah, M.A., Koprowski, C.D., Ruffer, J.E., **Curran, Jr.,W.J.:** Performance status and age as independent predictors of survival among AIDS patients with primary CNS lymphoma: A multivariate analysis of a multi-institutional experience. The Cancer Journal 3:52-56, 1997

77. Corn, B.W., Marcus, S.M., Topham, A., Hauck, W., **Curran, W.J.:** Will primary central nervous system lymphoma be the most frequent brain tumor diagnosed in the year 2,000? Cancer 79:2409-13, 1997

78. Das, I.J., Cheng, C.W., Fein, D.A., Coia, L.R., **Curran, Jr, W.J.,** Fowble, B.: Dose estimation to critical organs from vertex field treatment of brain tumors. Cover Illustration. Int J Radat Oncol Biol Phys 37: 1023-1029, March, 1997

79. Komaki, R., Scott, C., Ettinger, D., Lee, J.S., Fossella, F.V., **Curran, W.,** Evans, R.F., Rubin, P., Byhardt, R.W.: Randomized study of chemotherapy/radiation therapy combinations for favorable patients with locally advanced inoperable nonsmall cell lung cancer: Radiation Therapy Oncology Group (RTOG) 92-04. Int J Radiat Oncol Biol Phys, 38:149-155, 1997.

80. Perry, J.R., DeAngelis, L.M., Schold, Jr., S.C., Burger, P.C., Brem, H., Brown, M.T., **Curran, W.J.,** Scott, C.B., Prados, M., Kaplan, R., Cairncross, J.G.: Challenges in the design and conduct of phase III brain tumor therapy trials. Neurology , 49:912-917, 1997

81. Scott, C., Greenberg, H.M., Emami, B., Seider, M., Vora, N.L, Olson, C., Whitton, A., Movsas, B.,**Curran, W.J.,** Murray, K.: A randomized phase III study of accelerated hyper-fractination versus standard in patients with unresected brain metastases: A report of the Radiation Therapy Oncology Group (RTOG) 91-04. Int J Radiat Oncol Biol Phys 39:571-574, October 1997.

82. Corn, B.W., Donahue, B.R., Rosenstock, J.G., Cooper, J.S., Xie, Y., Brandon, A.H., Hegde, H.H., Sherr, D.L., Fisher, S.A., Berson, A., Han, H., Wahab, M.A., Koprowski, C.D., Ruffer, J.E., **Curran, W.J.:** Palliation of AIDS-related primary lymphoma of the brain: Observations from a multi-institutional database. Int J Radiat Oncol Biol Phys, 38:601-605, 1997

83. **Curran, W.J.:** Chemoradiation strategies for patients with malignant glioma. Seminars in Radiation Oncology, 7:33-36, 1997

84. Donahue, B., Scott, C., Nelson, J., Rotman, M., Murray K., Nelson, D., Banker, F., Earle, J., Fischbach, J., Asbell, S., Gaspar, L., Markoe, A., **Curran, W.:** Influence of an oligodendroglial component on the survival of patients with anaplastic astrocytomas: A report of Radiation Therapy Oncology Group 83-02. Int J Radiat Oncol Biol Phys, 38:911-914, 1997

85. Komaki, R., Scott, C.B., Sause, W.T., Johnson, D.H., Taylor, IV, S.G., Lee, J.S., Emami, B., Byhardt, R.W., **Curran, Jr., W.J.,** Dar, A.R., Cox,J.D.: Induction cisplatin/vinblastine and irradiation vs. irradiation in unresectable squamous cell lung cander: Failure patterns by cell type in RTOG 88-08/ECOG 4588, Int J Radiat Oncol Biol Phys, 39:537-544, 1997

86. Murray, K.J., Scott, C., Greenberg, H.M., Emami, B., Seider, M, Vora, N.L., Olson, C., Whitton, A., Movsas, B., **Curran, W.:** A randomized phase III study of accelerated hyperfraction versus standard in patients with unresected brain metastases: A report of the Radiation Therapy Oncology Group (RTOG) 9104. Int J Radiat Oncol Biol Phys, 39:571-574, 1997



87.  Langer, C.J., Movsas, B., Hudes, R., Schol, J., Keenan, E., Kilpatrick, D., Yeung, C., **Curran, W**
      Induction paclitaxel and carboplatin followed by concurrent chemoradiotherapy in
      patients with unresectable, locally advanced non-small cell lung carcinoma:  Report
      Of Fox Chase Cancer Center Study 94-001.  Seminars in Oncology 24:S12-89-
      S12-95,1997

88.  Rudoler, S., Corn, B.W., Werner-Wasik, M., Flanders, A., Preston, P., Tupchong, L.,
      **Curran, W.J.:**  Patterns of tumor progression following radiotherapy for low-grade glioma:
      Analysis from the CT and MRI eras.  American Journal of Clinical Oncology-Cancer Clinical
      Trials 21: 23-27 1998.

89.  Scott, C.B., Scarantino, C., Urtasun, R., Movsas, B., Jones, C.V., Simpson, J.R., Fischbach,
      A.J., **Curran, W.J.:**  Validation and predictive power of Radiation Therapy Oncology
      Group (RTOG) recursive partitioning analysis classes for malignant glioma patients:
      A report using RTOG 90-06. Int J Radiat Oncol Biol Onc Phys, 40:51-55, 1998

90.  Werner-Wasik, M., **Curran, W.J.:**  Optimizing nonoperative approaches to locally advanced
      non-small cell lung cancer.  Advances in Oncology 13:10-16, 1998

91.  Valicenti, R.K., Waterman, F.M., Corn, B.W., **Curran, W.J.:**  A prospective randomized
      study addressing the need for physical simulation following virtual simulation.
      Int J Radiat Oncol Biol Phys, 39:1131-1135, 1998

92.  Prados, M.D., Scott, C., Rotman, M., Rubin, P., Murray, K., Sause, W., Asbell, S., Comis, R.,
      **Curran, W.,** Nelson, J., Davis, R.L., Levin, V.A., Lamborn, K., Phillips, T.L.:  Influence
      of bromodeoxyuridine radiosensitization on malignant glioma patient survival:  A retro-
      spective comparison of survival data from the Northern California Oncology Group
      (NCOG) and Radiation Therapy Oncology Group (RTOG) trials for glioblastoma
      multiforme and anaplastic astrocytoma.  Int J Radiat Oncol Biol Phys, 40:653-659. 1998

93.  Coke, C., Andrews, D., Corn, B., Werner-Wasik, M., Downes, B., McCunce, C., **Curran, W.:**
      Multiple fractionated stereotactic radiotherapy of residual pituitary macroadenomas:
      Initial experience.  Stereotactic Functional Neurosurgery 69 (1-4 Pt. 2): 183-90, 1997.

94.  Rosenthal, J., **Curran, W.J.,** Schuster, S.J.:  Waldenstrom's macroglobulinemia resulting from
      localized gastric lymphoplasmacytoid lymphoma.  Amer J Hem, 58:244-245, July 1998.

95.  Coke, C., Corn, B., Werner-Wasik, M., Xie, Y., **Curran, W.J.:**  Atypical and malignant meningiomas:
      An outcome report of seventeen cases.  J Neuro Onc 39:65-70, 1998

96.  Huq, M.S., Yue, N., Suntharalingam, N., **Curran, W.J.:**  A generalized film technique for the verifica-
      tion of vertex fields used in the treatment of brain tumors.  Med. Phys. 25:1685-1691, 1998

97.  **Curran, W.J.:**  Radiation-induced toxicities:  The role of radioprotectants.  Seminars in Oncology,
      8:2-4, 1998

98. Hudes, R.S., Corn, B. W., Werner-Wasik, M., Andrews, D., Rosenstock, J., Thoron, L., Downes, B.,
      **Curran Jr., W.J.:**  A phase I dose escalation study of hypofractionated stereotactic
      Radiotherapy as salvage therapy for persistent or recurrent malignant glioma.
      Int J Radiat Oncol Biol Phys, 43:293-298, 1999

99.  Werner-Wasik, M., Rudoler, S., Preston, P.E., Hauck, W.W., Downes, B.M., Leeper, D., Andrews, D.,
      Corn, B.W., **Curran, W.J.:**  Immediate side effects of stereotactic radiotherapy and radio-
      surgery.  Int J Radiat Oncol Biol Phys, 43:299-304, 1999

100.  Friedman, D.P., Goldman, H.W., Flanders, A.E., Gollomp, S.M., **Curran, Jr., W.J.:**  Stereotactic
      radiosurgical pallidotomy and thalamotomy with the Gamma Knife:  MR imaging findings
      with clinical correlation-preliminary experience.  Radiology, 212:143-150, 1999

101.  DiBiase, S.J., Guan, J., **Curran, W.J.,** Iliakis, G.:  Repair of DNA double strand breaks and radio-
      sensitivity to killing in an isogenic group of P53 mutant cell lines.  Int J Radiat Oncol Biol
      Phys, 45:743-751, 1999

102.  Bednarz, G, Downes, M.B., Corn, B.W., **Curran, W.J.,** Goldman, H.W.:  Evaluation of the spatial
      accuracy of MRI-based stereotactic target localization for Gamma Knife radiosurgery of
      functional disorders.  J Neurosurgery. 45:1156-1163, 1999

103.  Kurdoglu, B., Cheong, N., Guan, J., Corn, B.W., **Curran, W.J.,** Iliakis, G.:  Apoptosis as a predictor

of paclitaxel-induced radiosensitization in human tumor cell lines.  Clinical Cancer Research, 5:2580-2587, September 1999

104.    DiBiase, S., Werner-Wasik, M., Croce, J., Sweet, J., **Curran, W.J.**:  Standard off-cord lung oblique fields do not include the entire mediastinum:  A computerized tomography simulator study. Amer J of Clin Oncol,  23:249-252, 2000

105.    Sause, W., Kolesar, P., Taylor, S., Johnson, D., Livingston, R., Ritsuko, K., Emami, B., **Curran, W.,** Byhardt, R., Dar, A.R., Turrisi, A.:  Final results of phase III trial in regionally advanced unre-sectable non-small cell lung cancer.  Chest 117:358-364, February, 2000

106.    Prados, M.D., Scott, C., Sandler, H., Buckner, J.C., Phillips, T., Schultz, C., Urtasun, R., Davis, R., Gutin, P., Cascino, T.L., Greenberg, H.S., **Curran, Jr., W.J.**:  A phase 3 randomized study of radiotherapy plus procarbazine, CCNU, and vincristine (PCV) with or without BudR for the treatment of anaplastic astrocytoma:  A preliminary report of RTOG 9404. Int J Radiat Oncol Biol Phys, 45:1109-1115, 1999

107.    DelRowe, J., Scott, C., Bahary, J.P., Urtasun, R., Fisher, B., **Curran, W.**:  A single-arm open label phase II study of intravenously administered tirapazamine plus radiation therapy for glio-blastoma multiforme.  J. Clin Oncol 18:1254-1259, 2000

108.    Cleeland, C.S., Janjan, N.A., Scott, C.B., Seiferheld, W.F., **Curran, W.J.**:  Cancer pain manage-ment by radiotherapists: A survey of Radiation Therapy Oncology Group physicians. Int J Radiat Oncol Biol Phys, 47 (1): 203-208, 2000

109.    Trotti, A., Byhardt, R., Stetz, J., Gwede, C., Corn, B., Fu, K., Gunderson, L., McCormick, B., Morris, M., Rich, T., Shipley, W., **Curran, W.,** for the RadiationTherapy Oncology Group: Common toxicity criteria: Version 2.0.  An improved reference for grading the acute effects of cancer treatment:  Impact on radiotherapy,  Int. J Radiat Oncol Biol Phys, 47 (1):13-47, 2000

110.    Werner-Wasik, M., Pequignot, E., Leeper, D., Hauck, W., **Curran, Jr., W.J.**:  Predictors of severe esophagitis include use of concurrent chemotherapy, but not the length of irradiated esophagus:  A multivariate analysis of patients with lung cancer treated with non-operative therapy.  Int J Radiat Oncol Biol Phys 48:689-696. 2000

111.    Gaspar, L.E., Scott, C., Murray, K., **Curran, W.**:  Validation of the RTOG recursive partitioning analysis (RPA) classification for brain metastases.  Int J Radiat Oncol Biol Phys, 47: 1001-1006, 2000

112.    DiBiase, S., Zeng, A., Chen, R., Hyslop, T., **Curran, Jr., W.J.**, Ilikias, G.: DNA-dependent protein Kinase stimulates an independently active, nonhomologous, end-joining apparatus. Cancer Research, 60:1245-1253, March, 2000

113.    Coughlin, C., Scott, C., Langer, C., Coia, L., **Curran, W.**, Rubin, P.:  Phase II, two-arm RTOG trial (94-11) of bischloroethyl-nitrosourea plus accelerated hyperfractionated radiotherapy (64.0 or 70.4Gy) based on tumor volume (> 20 or ≤ 20 cm², respectively) in the treatment of newly-diagnosed radiosurgery-ineligible glioblastoma multiforme patients. Int J Radiat Oncol Biol Phys 48: 1351-1358, 2000

114     Gressen, E. L., **Curran, Jr., W.J.**:  Effectiveness of radiation therapy on non-small cell lung cancer.  Lung Cancer (Clinical) 2:182-190. February, 2001

115     **Curran, W.J.**, Choy, H.:  Optimizing chemoradiation in locally advanced non-small-cell lung cancer. Oncology (Supplement) 15:(3) 43-45, March, 2001

116     Werner-Wasik, M., Axelrod, R.S., Friedland, D.P., Hauck, W., Rose, L.J., Chapman, A.E.,Grubbs, S., DeShields, M., **Curran, W.J.**:  Preliminary report on reduction of esophagitis by amifostine in patients with non-small cell lung cancer treated with chemoradiotherapy.  Clin Lung Cancer Vol. 2: (4): 284-289, 2001

117.    Jenkins, R., **Curran, W.,** Scott, C., Cainrcross, G.:  Do alterations of 1p and 19q predict therapeutic sensitivity, prolonged survival, or benefit from neoadjuvant chemotherapy in anaplastic oligodendrogliomas?  Amer. J Clin Oncol, (In Press), 2001

118.    Andrews, D.W., Suarez, O., Goldman, H.W., Downes, M.B., Bednarz, G., Corn, B.W., Werner-Wasik, M., Rosenstock, J., **Curran, W.J.**:  Stereotactic radiosurgery and fractionated



stereotactic radiotherapy for the treatment of acoustic schwannomas:  Comparative observations of 125 patients treated at one institution. . Int J Radiat Oncol Biol Phys. Vol 50: (5) 1265-1278, August 2001

119.  **Curran, W.J.**:  Combined-modality therapy for limited-stage small cell lung cancer.  Seminars in Oncology (Supplement 4) 28 (2) 14-22, April, 2001

120.  Werner-Wasik, M.D., Xiao, Y., Pequignot, E., **Curran, W.J.**, Hauck, W.:  Assessment of lung cancer response after nonoperative therapy:  Tumor diameter, bidimensional product and volume.  Int J Radiat Oncol Biol Phys, Vol.51: (1) 56-61, April, 2001

121.  Langer, C.J., Ruffer, J., Rhodes, H., Paulus, R., Murray, K., Movsas, B., **Curran, W**.:  Phase II Radiation Therapy Oncology Group trial of weekly paclitaxel and conventional external beam radiation therapy for supratentorial glioblastoma multiforme. Int J Radiat Oncol Biol Phys, Vol.51 (1) 113-119, September, 2001


Editorials on Original Papers

1.  Rotman, M., Aziz, H., Boyce, J.:  Vaginal recurrences in endometrial cancer. Int J Radiat Oncol Biol Phys  15:1043-1044, 1988  (on Curran, W.J., et al [#5])

2.  Rusch, V.W., Benfield, J.R.:  Neoadjuvant therapy for lung cancer:  A note of caution.  Ann Thorac Surg  55:810-821, 1993  (on Fowler, W.C., et al [#42])

3.  Kaplan, R.S.:  Supratentorial malignant gliomas:  Risk patterns and therapy. J Nat Can Inst  85:690-691, 1993  (on Curran, W.J., et al [#44])

4.  Brada, M. and Rojan, B.:  Response to  Dr. Curran.  Int J Radiat Oncol Biol Phys  28:553, 1994

5.  Corn, B.W., and Curran, Jr., W.J.:  Can we disentangle dose from volume in the radiosurgical management of arteriovenous malformations?  Int J Radiol Onc Biol Phys  36:965-967, 1996

6.  Curran, W.J. and Scott, C.B.:  Radiosurgery for glioma patients: Hope or Hype? Int J Radiol Onc Biol Phys 36:1279-1280, 1997

7.  Curran, W.J.:  Introduction: Seminars in Radiation Oncology. 8: (4) (Suppl) p.1, 1998


Bibliography
    Abstracts

**Curran, W.,** Hecht-Leavitt, C., Nelson, D., Grossman, R., Biery, D., Joseph, P., McGrath, J.:  Contrast-enhanced MR findings after cerebral radiation in an animal model.  ASTRO Scientific program, Los Angeles, 1986

Hecht-Leavitt, C., **Curran, W.,** Nelson, D., Zimmerman, R., Goldberg, H., Bilaniuk, L. and Grossman, R.:  MRI of CNS radiation lesions.  American Society of Neuroradiology, San Diego, 1986

**Curran, W.,** Kornstein, M., Brooks, J., Turrisi, A., Goodman, R.:  Does aggressive preirradiation surgery for invasive thymoma lessen the risk for recurrence?  ASCO Annual Meeting, New Orleans, 1988. Proc ASCO 7:197, 1988

**Curran, W.,** Gatenby, R., Chu, J., Stafford, P., Hanks, G.:  Intratumoral temperature rise observed during photodynamic therapy via a percutaneous fiberoptic approach, Radiation Research Society Annual Meeting, Seattle, 1989

Rubenstein, J., LiVolvi, V., Goldwein, J., **Curran, W.,** Bakhtar, M., Coia, L.,

Weisman, R., Kligerman, M.: Correlation of gross and microscopic findings in head and neck tumors with local control following combined surgery and x-ray therapy. International Congress of Radiology, Paris, 1989

**Curran, W.J.,** Stafford, P.M.: Should patients with post-resection loco-regional recurrence of lung cancer receive aggressive therapy? First International Consensus Workshop on Radiation Therapy in the Treatment of Metastatic and Locally Advanced Cancer, Washington, D.C., 1990

**Curran, W.J.,** Scott, C.B., Nelson, D.F., Sause, W.: Results from RTOG phase I/II twice daily RT dose escalation trials for malignant glioma (83-02) and brain metastases (85-28). Ninth International Conference on Brain Tumor Research and Therapy, Asilomar, CA

Scott, C.B., **Curran, W.J.,** Pajak, T.F.: Nonparametric survival regression trees and application to three Radiation Therapy Oncology Group (RTOG) malignant glioma trials. Society of Clinical Trials, Philadelphia, PA, 1992

Al-Sarraf, M., Cosmatos, D., Ahmad, K., Fields, J.N., Byhardt, R., Davis, L., Cooper, J.S., **Curran, W.J.:** Post-operative concomitant cisplatin and radiotherapy in patients with stage IV and/or positive margins head and neck cancer. A Radiation Therapy Oncology Group (RT0G) study. Third International Conference on Head and Neck Cancer, San Francisco, California, July, 1992

Al-Sarraf, M., Cosmatos, D, Ahmad, K., Fields, J.W., Byhardt, R., Davis, L., Cooper, J.S., **Curran, W.J.:** Significant loco-regional control and neck cancer treated with post-operative concurrent cisplatin and radiotherapy. A Radiation Therapy Oncology Group study. ASCO Annual Meeting, San Diego 1992, Proc ASCO 11:242, 1992

Langer, C., **Curran, W.,** Catalano, R., Fowler, W., Keller, S., Nash, S., Blankstein, K., Bagchi, P., Hanks, G., Comis, R.: Encouraging 2-year survival in phase II trial of simultaneous thoracic radiation therapy and multi-agent chemotherapy for locally advanced non-small cell lung cancer. ASCO Annual Meeting, Proc ASCO 11:298, 1992

**Curran, W.J.,** Scott, C.B., Weinstein, A.S., Martin, L.A., Nelson, J.S., Phillips, T.L., Murray, K., Fischbach, A.J., Yakar, D., Schwade, J.G., Herbert, S.H., Nelson, D.F.: Survival comparison of brachytherapy eligible and ineligible malignant glioma patients treated with twice-daily radiotherapy and BCNU: A report of RTOG 83-02. Annual Meeting of the European Society for Therapeutic Radiology and Oncology, Malmo, Sweden, 1992

Chapman, J.D., Fenning, M.C., Stobbe, C.C., Brown, D.Q., **Curran, Jr., W.J.:** Feasibility of interstitial photodynamic therapy (PDT) at 670 and 750 nm for local tumor control. ASTRO Scientific Program, San Diego, CA, 1992

**Curran, W.J.,** Brown, D.Q., Fenning, M.C. Strobbe, C.C., Englehart, E., Chapman, J.D.: Laser Doppler monitoring of tumor perfusion changes induced by photodynamic therapy. Radiation Research Annual Meeting, Dallas, 1993

**Curran, W.J.,** Hakki, M., O'Dwyer, R.J.: Therapeutic responses observed in phase I trials for adult solid tumors from 1982 to 1992. Proc Am Soc Clin Oncol, New Orleans, 1993

**Curran, W.J.,** Langer, C.J., Keller, S.M., Comis, R.L.: Analysis of clinical trials employing pre-operative chemotherapy and/or thoracic radiation therapy for marginally resectable non-small cell lung cancer. ASTRO



Scientific Program, New Orleans, 1993

Yousem, D., Corn, B., Scott, C., Rotman, M., Asbell, S., Nelson, D., Martin, L., **Curran, W.J.:**  White matter changes are significantly correlated with RT dose:  Observations from a randomized dose escalation trial for malignant glioma (RTOG 83-02).  ASTRO Scientific Program, New Orleans, 1993

Nelson, D.F., Scott, C.B., Schultz, C., **Curran, W.J.:**  Status of central nervous system lymphoma: 1993.  International Society Rad Oncol, Kyoto, Japan, 1993

Lee, J.S., Scott, C., Komak, R., Fosella, F., Dundas, G.S., McDonald, S., Palmer, M., **Curran, W.J.,** Byhardt, R.W.:  Concurrent chemoradiation therapy with oral VP-16 and cisplatin for locally advanced inoperable non-small cell lung cancer.  RTOG protocol 91-06.  Proc Am Soc Clin Oncol, Dallas, 1994

Komaki, R., Scott, C., Lee, J.S., Fossella, F., Dundas, G.S., McDonald, S., **Curran, W.J.,** Byhardt, R.W.:  Phase I/II study of combined chemo-radiation therapy with cisplatin plus oral etoposide for patients with locally advanced inoperable non-small cell lung cancer.  RTOG 91-06 7th World Conference on Lung Cancer, Colorado Springs, CO,  1994

Turrisi, A.T., Kim, K., Johnson, D.H., Komaki, R., Sause, W., **Curran, W.,** Livingston, R., Wagner, H., Blum, R.:  Daily versus twice-daily thoracic irradiation with concurrent cisplatin-etoposide for limited stage small cell lung cancer.  Preliminary results on 352 patients. 7th World Conference on Lung Cancer, Colorado Springs, CO  1994

Langer, C.L., **Curran, W.J.,** Catalano, R.B., Keller, S.M., Blankstein, K.S., Comis, R.L.:  Long term survival results for patients with locally advanced NSCLC with concurrent chemoradiation:  A report of FCCC 87-867, ASCO Annual Meeting, Dallas, 1994

Byhardt, R.W., Scott, C.B., Ettinger, D.S., **Curran, W.J.,** Doggett, R.L.S., Coughlin, C., Scarentina, C., Rotman, M., Emami, B.:  Concurrent hyperfractionated irradiation and chemotherapy for non-small cell lung cancer.  Preliminary report of a phase I/II Radiation Therapy Oncology Group trial. 7th World Conference on Lung Cancer.  Colorado Springs, CO  1994

Wagner, H., Kim, K., Turrisi, A.T., Johnson D.H., Komaki, R., Sause, W., **Curran, W.,** Livingston, R., Blum, R.:  Loco-regional failure in an intergroup randomized trial of daily versus twice-daily thoracic irradiation with concurrent cisplatin-etoposide for limited stage small cell lung cancer.  ASTRO Scientific Program, San Francisco, 1994 (Plenary Session)

**Curran, W.,** Pajak, T., Emami, B., Fu, K., Mc Kenna, W., Rubin, P., Byhardt, R., Cooper, J., Abrams, R., Asbell, S., Russell, A., Sause, W., Cox, J.:  Lessons from our past:  Analysis of patient accrual patterns in RTOG clinical trials from 1968 to 1992.  Amer. Radium Society, Paris, France, 1995

**Curran, W.,** Scott, C., Komaki, R., Byhardt, R., Taylor, S., Emami, B., Langer, C., Dar, A., Cooper, J., Andras, E., Sause, W.:  Response to induction chemotherapy does not predict for long term survival among patients with unresected stage III non-small cell lung cancer (NSCLC) receiving sequential chemo-radiation on RTOG 88-04 and 88-08.  ASTRO Scientific Program, Miami Beach, FL, 1995

Sause, W., Scott, C., Taylor, S., Johnson, D., Livingston, R., Komaki, R., Cox, J., Emami, B., **Curran, W.,** Byhardt, R., Dar, A., Turrisi, A.:  RTOG 8808 ECOG 4588,

W.J. CURRAN, M.D.
Page-41-

preliminary analysis of a phase III trial in regionally advanced unresectable non-small cell lung cancer with minimum three year follow-up.  ASTRO Scientific Program, Miami Beach, FL, 1995

Scott, C.B., Choucair, A.K., Urtasun, R., Nelson, D., Coia, L., **Curran, W.J.:**  Mini-mental status exam versus the Radiation Therapy Oncology Group's (RTOG) neurologic function status scale.  Cross-validation using patients from RTOG 91-14.  International Society of Quality of Life Research Meeting, 1995

Andrews, D. W., Silverman, C.L., Corn, B.W., McCune, C.E., **Curran, Jr., W.J.,** Downes, B., Werner-Wasik, M., Buchheit, W.A.:  Recurrent posterior parasagittal meningiomas treated with focused radiation:  Complications.  Presented at Congress of Neurologic Surgery, San Francisco, CA,  October, 1995

Andrews, D.W., Silverman, C.L., Glass, J., Downes, B., Corn, B.W., Werner-Wasik, M., **Curran, Jr., W.J.,** McCune, C.E., Rosenwasser, R. H., Buchheit, W.A.:  Preservation of cranial nerve function after treatment of acoustic neurinomas with fractionated stereotactic radiotherapy:  Preliminary observations in 26 patients.  Presented at Congress of Neurologic Surgery, San Francisco, CA, October, 1995

Choucair, A., Scott, C., Urtasun, R., Nelson, D., Coia, L., **Curran, W.J.:**  Neuropsychological evaluation (NPE) and quality of life (QOL) in patients with malignant gliomas (MG).  RTOG 91-14.  Eleventh International Conference on Brain Tumor Research and  Therapy, Napa, California, 1995

Andrews, D.W., Silverman, C.L., Corn, B.W., Werner-Wasik, M., Rosenstock, J.G., **Curran, W.J.,** Buchheit, W.A., Downes, M.B., McCune, C.E.:  Multiple fractionated stereotactic radiotherapy for skull base meningiomas:  Initial review of 25 cases.  LINAC Radiosurgery-1995  Orlando, FL, 1995

Werner-Wasik, M., Rudoler, S., Preston, P.E., Downes, B.M., Andrews, D., Corn, B.W., Rosenstock, J., **Curran, W.J.:**  Immediate side effects (use) of stereotactic radio-therapy and radiosurgery.  LINAC Radiosurgery-1995, Orlando, FL, 1995

**Curran, W.J.,** Scott, C.B., Yung, W.K.A., Scarantino, C., Urtasun, R., Movsas, B., Jones, C., Simpson, J.R., Fischbach, A.J., Petito, C., Nelson, J.,:  No survival benefit of hyper-fractionated radiotherapy (RT) to 72.0 Gy and carmustine versus standard RT and carmustine for malignant glioma patients:  Preliminary results of RTOG 90-06.  Proc Amer. Soc. Clin Onc,  Philadelphia, PA  May, 1996

Kovnar, E., **Curran, W.,** Tadanori, T., Burger, P., Langston, J., Krischer, J., Kun, L:  Hyperfractionated irradiation for childhood ependymoma:  Early results of a phase III pediatric oncology group study. 7th International Symposium on Pediatric Neuro-Oncology, Washington, D.C., May, 1996

Downes, M.B., Das, I.J., Corn, B.W., Werner-Wasik, M., Rudoler, S., Andrews, D.W., **Curran, W.J.,:**  A simple method for portal imaging of fractionated stereotactic radiation treatment.  Accepted for poster presentation, 38th Annual Meeting of The American Association of Physicists in Medicine (AAPM), Philadelphia, PA, July, 1996

Thoron, L., Dolinskas, C., McDevitt, K., **Curran, W.,** Simeone, F.:  Accelerated hyper-fractionated radiotherapy to 70.4 Gy and carmustine for glioblastoma.  Society of Neuro-Oncology Meeting, Sante Fe, NM, November, 1996

Coke, C., Andrews, D.W., Downes, B., Werner-Wasik, M., Corn, B., **Curran, W.J.,** Mc Cune, C.:  Preliminary results of fractionated stereotactic radiotherapy for the preservation of serviceable hearing in patients with acoustic neurinomas.  LINAC Radiosurgery Meeting, Orlando, FL., December, 1996

Andrews, D., Rosenwasser, R.H., Bell, R., Downes, B., McCune, C., Corn, B., Werner-Wasik, M., **Curran, W.J.,** Rosenstock, J. :  Treatment of large AVM's with hypofractionated stereotactic radiosurgery.  LINAC Radiosurgery Meeting, Orlando, FL., December,

1996

Andrews, D., Kim, S., Zhang, J., Corn, B., Rosenstock, J., Werner-Wasik, M., **Curran, W.J.,** McCune, C., Downes, B. : Use of SPECT octreoscan to assess the biological response of meningiomas to fractionated stereotactic radiosurgery. LINAC Radiosurgery Meeting, Orlando, FL., December, 1996

Coke, C., Corn, B.W., Werner-Wasik, M.D., Xie, Y., **Curran, W.J.:** Atypical and malignant meningiomas: An outcome report of seventeen cases. Accepted for poster presentation at the 1997 Annual Meeting of the American Radium Society, New York City, April 30-May 4, 1997

Corn, B.W., Marcus, S.M., Topham, C.T.R., Hauch, W., **Curran Jr., W.J.:** Will primary central nervous system lymphomas be the most frequent brain tumor diagnosed in the year 2000? Accepted for poster presentation at the 1997 Annual Meeting of the American Radium Society, New York City, April 30-May 4, 1997

Corn, B.W., Donahue, B.R., Rosenstock, J.G., Cooper, J.S., Xie, Y., Brandon, A.H., Hegde, H.H., Sherr, D.L., Fisher, S.A., Berson, A., Han, H., Wahah, M.A., Koprowski, C.D., Ruffer, J.E., **Curran, W.J.:** Palliation of aid-related primary lymphoma of the brain: Observations from a multi-institutional database. Accepted for poster presentation at the 1997 Annual Meeting of the American Radium Society, New York City, April 30-May 4, 1997

Del Rowe, J., Scott, C., Baharry, J.P., Urtasun, R., Fisher, B., **Curran, W.:** A single-arm, open label phase II study of intravenously administered tirapazamine plus radiation therapy for glioblastoma multiforme-RTOG 94-17. (Oral Presentation) Proc. Amer Soc Clin Oncol 16:385, 1997 (Abstr)

Hudes. R., Langer, C., Movsas, B., Schol, J., Keenan, E., Kilpatrick, D., Yeung, C., **Curran, W**.: Induction paclitaxel and carboplatin followed by concurrent chemoradiotherapy in Unresectable, locally advanced non-small cell lung cancer: Report of FCCC 94-001 (Oral Presentation) Proc Amer Soc Clin Oncol. 16:448, 1997 (Abstr)

Coke, C., Andrews, D., Dolinskas, C., Corn, B., Werner-Wasik, M., Fitzpatrick, M., Downes, B., McCunce, C., **Curran, W.:** Multiple fractionated stereotactic radiotherapy of residual pituitary macroadenomas: Initial follow-up of nineteen patients. XIIth Meeting of the World Society for Stereotactic and Functional Neurosurgery, Lyon, France, July 1-4, 1997

Choucair, A.K., Scott, C., Movsas, B., **Curran, W.,** Urtasun, R., Brasacchio, R.,: Prognostic factors in malignant astrocytoma (MA) data from RTOG 91-41. Accepted for poster presentation. 12th International Conference on Brain Tumour Research and Therapy Oxford, England, September 20-23, 1997

Prados, M., Scott, C., Phillips, T., Davis, R., Sandler, H., Buckner, J., **Curran, W.,** Schultz, C., Urtasun, R.: Phase III randomized study of radiotherapy plus PCV with or without BUdR for the treatment of anaplastic astrocytoma: RTOG 94-04 interim report. ASTRO, Orlando, FL, October 19-22, 1997

Macdonald, D., Kolesar, P., Coughlin, C., Fisher, B., **Curran, W.:** A phase I study of topotecan plus cranial radiation for glioblastoma multiforme: A report of Radiation Therapy Oncology Group (RTOG) study 95-07. ASTRO, Orlando,FL, October 19-22, 1997

**Curran, W.J.,** Movsas, B., Hancock, S., Rosenthal, D., Lockwood, G., von Roemling, R., Harvey, E : A phase I trial of oral tirapazamine shows good bioavailability and tolerance.Proc. of ASCO, 17: Abstract 802, 1998

Shaw, E., Arusell, R., Scheuthauer, B., O'Fallon, J., O'Neill, R., DiNapoli, R., Nelson, D., Earle, J., Jones, C., Cascino, T., Nichols, D., Ivnik, R., Hellman, R., **Curran, W. J.,** Abrams, R.: A prospective randomized trial of low-versus high-dose radiation therapy in adults with supratentorial low-grade glioma: Initial report of a NCCTG-RTOG-ECOG study. (Oral Presentation) Proc Amer Soc Clin Oncol 17:401 (Abstr) 1998

Scott, C.B., **Curran, W.J.,** Yung, W.I., Scarantino, C., Urtasun, R., Movsas, B., Jones, C., Simpson,

J., Fischbach, A., Petito, C., Nelson, J.: Long term results of RTOG 9006: A randomized Trial of hyperfractionated radiotherapy to 72.0 Gy and carmustine vs standard RT and Carmustine for malignant glioma patients with emphasis on anaplastic astrocytoma Patients (Oral Presentation) Proc Amer Soc Clin Oncol 17:401a, 1998

Pajak, P.F., Welch, C.R., Caldwell, T., Cooper, J., **Curran, W.J.**: Radiation Therapy Oncology Group's (RTOG) measured approach in implementing modern technologies for their clinical trials. Proc Amer Soc Clin Oncol 17:447a, 1998

Sause, W., Kolesar, P., Taylor, S., Johnson, D., Livingston, R., Komaki, R., Emami, B., **Curran, W.,** Byhardt, R., Fisher, B., Turrisi, A.: Five-year results: Phase III trial of regionally advanced Unresectable non-small cell lung cancer: RTOG 8808. (Oral Presentation) Proc Amer Soc Clin Oncol 17:453, 1998

Kovnar, E., **Curran, W.,** Tomita, T., Burger, P., Langston, J., Kepner, J., Kun, L., Pediatric Oncology Group: Hyperfractionated irradiation for childhood ependymoma improved local control in subtotally resected tumors. 8th International Symposium on Pediatric Neuro-Oncology Rome, Italy, May, 1998

Kurdoglu, B., Cheong, N., Corn, B.W., **Curran, Jr., W.J.,** Iliakis, G.: Apoptosis as a predictor of taxol-induced radiosensitization. ESTRO, Edinburgh, Scotland, September 20-24, 1998

Langer, C.J., Paulus, R., Ruffer, J., Movsas, B., Murray, K., Rhodes, H., **Curran, W.J.**: Phase II RTOG trial of weekly paclitaxel (TA) and conventional external beam radiation therapy (EBRT) for supratentorial glioblastoma multiforme (GBM). 35th Annual Meeting of ASCO, Atlanta, GA, May, 1999

Glantz, M.J., Choy, H., Chakravarthy, A., Cmelak, A.J., **Curran, W.J.**, Porter, L.L., Rosenblatt, P.A., Moots, P.L., LaPorte, K.L., Shyr, Y., Johnson, D.H.: A randomized phase III trial of con-current paclitaxel and whole brain radiotherapy (WBRT/) vs. WBRT alone for brain metastases. 35th Annual Meeting of ASCO, Atlanta, GA, May, 1999

Mitchell, E., Ahmad, N., Fry, R., Anne', P.R., Rakinic, J., Goldstein, S., Rose, L., Kaufmann, A., Hightower, M., Palazzo, J., Boman, B., Bonanni, R., Hoey, D., **Curran, W.J.**: Combined modality therapy of locally advanced or recurrent adenocarcinoma of the rectum: Preliminary report of a phase I trial of chemotherapy (CT) with CPT-11, 5-FU and concomitant irradiation (RT). 35th Annual Meeting of ASCO, Atlanta, GA, May, 1999

Anne', P.R., Mitchell, E., Rosato, F.E., Ahmad, N., Kairys, J.C., Chapman, A.E., Bonanni, R., **Curran, W.J.:** A phase I study of preoperative paclitaxel, carboplatin, 5-FU and radiation in patients with resectable esophageal or gastric cancer. 35th Annual Meeting of ASCO, Atlanta, GA, May, 1999

Boman, B., Fry, R., **Curran, W.**, Rose, D.G., Bocker, T., Kovatich, A., Barusevicius, A., Palazzo, J., Cuesta, K., Anne', P., Melchert, L., Fishel, R., Mitchell, E.: Unique immunohistochemical features of MSI-classified tumors from HNPCC patients. 35th Annual Meeting of ASCO, Atlanta, GA, May, 1999

Werner-Wasik, M., Friedland, D., Axelrod, R., Hauck, W., Rose, L., Chapman, A., Grubbs, S., DeShields, M., **Curran, W.:** Amifostine reduces severe esophagitis during concurrent chemotherapy with weekly paclitaxel and thoracic irradiation in patients with locally advanced non-small cell lung cancer. 35th Annual Meeting of ASCO, Atlanta, GA, May, 1999

Anne', P.R., Mitchell, e., Rosato, F., Ahmad, N., Kairys, J., Chapman, A., Bonanni, R., **Curran, W.:** Preoperative paclitaxel, carboplatin, 5-FU and radiation in patients with resectable esophageal or gastric cancer: A phase I study. Poster Presentation-ASTRO Scientific Program, San Antonio, Texas, October, 1999

**Curran, Jr., W.J.**, Scott, C., Langer, C., Komaki, R., Lee, J., Hauser, S., Movsas, B., Wasserman, T.J., Rosenthal, S., Byhardt, R., Sause, W., Cox, J.: Phase III comparison of sequential vs concurrent Chemoradiation for patients with unresected stage III non-small cell lung cancer (NSCLC): Initial report of Radiation Therapy Oncology Group (RTOG) 9410. Oral Presentation-Proc Am Soc Clin Oncol, 19:484a, 2000 (Abstr)

Shaw, E., Scott, C., Stea, B., Suh, J., Kadish, S., Hackman, J., Pearlman, A., Garber, M., Murray, K.,

Gaspar, L., Mehta, M., **Curran, W.**: Survival improvement with RSR13 plus cranial radiation therapy in patients with brain metastases: Comparison to the Radiation Therapy Oncology Group recursive partitioning analysis brain metastases database. 36th Annual Meeting of ASCO, New Orleans, LA, May, 2000

Schultz, C., Scott, C., DeAngelis, L., Nelson, D., Nelson, J., Schold, Jr., C., **Curran, Jr., W.**: Radiation Therapy (RT) alone vs pre-RT chemotherapy (CTX) for the treatment of primary CNS lymphoma (PCNSL)): Age matched survival analysis of RTOG 83-15 and RTOG 93-10. 36th Annual Meeting of ASCO, New Orleans, LA, May, 2000

Ettinger, D.S., Seiferheld, W.F., Abrams, R.A., Fontanesi, J., Machtay, M., Duncan, P.J., **Curran, Jr., W.J.,** Byhardt, R.W.: Cisplatin (P), Etoposide (E), Paclitaxel (T) and concurrent hyperfractionated thoracic radiotherapy (TRT) for patients (Pts) with limited disease (LD) small cell lung cancer (SCLC): Preliminary results of RTOG 96-09. 36th Annual Meeting of ASCO, New Orleans, LA, May, 2000

Anne', P.R., Edmonston, T.B., Rose, D., Burkholder, S., Mitchell, E.M., Kovatich, A., Palazzo, J., Boman, B., Fry, R., **Curran, W.J.**: Microsatellite instability predicts for tumor response in a prospective trial of preoperative 5-FU, CPT-11 and radiation for locally advanced rectal cancer. Int J Rad Oncol Biol Phys, 48:121, 2000 (Abstr)

Movsas, B., Scott, C., **Curran, Jr.,** W., Byhardt, R., Langer, C.: A quality-adjusted time without symptoms or toxicity (QTWiST) analysis of Radiation Therapy Oncology Group (RTOG) 94-10. Poster presentation. Proc Am Soc Clin Oncol (ASCO), San Francisco, CA, 20:313a Abstr 1247, 2001, J Clin Oncol (Abstr In Press)

Yung, W.A., Seiferheld, W., Donahue, B., Richards, R., Kerlin, K., Wong, D., Hug, E., **Curran, Jr.,** W., Fine, H.: A RTOG (Radiation Therapy Oncology Group) Phase II study of conventional radiation therapy plus thalidomide followed by thalidomide post XRT for supratentorial glioblastoma. Accepted as oral presentation. Proceeding from Am Soc Clin Oncol (ASCO), 20:52a Abstr 206 San Francisco, CA, 2001, J. Clin Oncol (Abstr in Press)

Scott, C., Seiferheld, W., Prados, M., Mehta, M., **Curran, W.**: Is time to tumor progression (TTP) an appropriate endpoint for clinical trials in anaplastic astrocytomas (AA)? Analysis of Radiation Therapy Oncology Group (RTOG) study 94-04. Accepted for poster presentation. Proceeding From Am Soc Clin Oncol (ASCO), San Francisco, CA, 20:51a Abstr 200, 2001, J. Clin Oncol (Abstr In Press)

Sze, G., Mehta, M.P., Schultz, C.J., Ford, J.M., Roa, W.H., Leibenhaut, M., Cmelak, A.J., Rao, A., Timmer-man, R.D., Gaspar, L., **Curran, W.J.**, Phan, S., DeVault, A., Renschler, M.F.: Radiologic response evaluation of brain metastases: unidimensional World Health Organization (WHO) response evaluation criteria in solid tumors (RECIST) vs bidimensional or 3-dimensional criteria. Proceed-ings from Am -Soc Clin Oncol (ASCO), San Francisco, CA, 20:59a, Abstr 234, 2001

Mitchell, E.P., Anne', P., Fry, R., Ahmad, N., Boman, B., Edmunston, T., Rakinic, J., Goldstein, S., Rose, L., Palazzo, J., Cagir, B., Kovatich, A., Hauck, W., Fishel, R., Bonanni, R., Hoey, D., Rose, D., **Curran, W.**: Combined modality therapy of locally advanced or recurrent adenocarcinoma of the rectum: Report of a phase I trial of chemotherapy (CT) with CPT-11, 5-FU and concomitant radiation (RT). Proceeding From Am Soc Clin Oncol (ASCO), San Francisco, CA, 20:131a, Abstr 519. 2001

Rosato, E.L., Anne', P.R., Mitchell, E., Cohn, H., Kairys, J., Ramirez, M., Valicenti, R.K., Axelrod, R., Cham-man, A., Cantor, R., Bonanni, R., **Curran, W.**, Rosato, F.E.: Pathologic response in a Phase I/II trial of preoperative chemoradiation for resectable esophageal or gastric cancer: Proceedings from Am -Soc Clin Oncol (ASCO), San Francisco, CA, 20:162a Abstr 646, 2001

**Curran, Jr.,W.J.**, Scott, C., Bonomi, P., Choy, H., Travis, P., Haluschak, J., Belani, C., : Initial report of locally advanced multimodality protocol (LAMP): ACR 427: A randomized 3-Arm phase II study of paclitaxel (T), carboplatin (C), and thoracic radiation (TRT) for patients with stage III non-small cell lung cancer (NSCLC). Proceedings from Am -Soc Clin Oncol (ASCO), San Francisco, CA, 20:162a, Abstr 1244, 2001

Passe, S.M., Law, M.E., Cairncross, J.G., **Curran, W.J.,** Scott, C.B., Mehta, M., Scheithauer, B.W., Jenkins, R.B.: A pilot analysis of 1p and 19q deletions in anaplastic oligodendrogliomas and

mixed oligoastrocytomas from RTOG trial 94-02.  Proceedings from Neuro-Oncology Sixth Annual Meeting, November 15-18, 2001, Washington, D.C., Abstract

Reviews, Chapters, Letters:

Galvin, J., **Curran, W.** and D'Angio, G.:  Practical aspects of total body irradiation, pp. 190-210, in Kereiakes, J.G., Elson, H.R., Born, C.G. (Ed.)  Radiation Oncology Physics 1986, American Institute of Physics, New York, 1987

Corn, B. and **Curran, W.:**  Toxicity of adjuvant therapy following resection of locally advanced non-small cell lung cancer.  J. Clin. Oncol. 6: 1355, 1988 (letter)

**Curran, W.,** and Hanks, G.:  Status of hyperthermia in radiation therapy, pp. 364-373, in Twentieth Anniversary National Conference on Radiation Control, CRCPD Publication 88-6, Washington, D.C., 1988

Goldwein, J.W., Leahy, J.M., Packer, R.J., Sutton, L.N., **Curran, W.J.,** Rorke, L.B., Schut, L., Littman, P.S., D'Angio, G.J.:  Response to letter "Race and survival from intracranial ependymomas in children" Int J Radiat Oncol Biol Phys 21: 1676, 1991

Kornstein, M.J., **Curran, W.J.,** Turrisi, A.T., Brooks, J.J.:  Response to letter "Cortical versus Medullary Thymomas" Human Path.  20:716, 1989

**Curran, W.,** D'Angio, G.:  Nonsurgical management of spinal tumors, in Pascual-Castroviejo, I. (ed):  Spinal Tumors in Children and Adolescents. New York, Raven Press, pp. 71-83, 1990

**Curran, W.J.:**  Effectiveness of treatment for non-small cell lung cancer. Ann. Int. Med.  113:637, 1990 (letter)

Rosenthal, S.A. and **Curran, W.J.:**  The significance of histology in non-small cell lung cancer.  Cancer Treatment Reviews, 17:409-425, 1990

**Curran, W.,** Stafford, P.:  Response to letter "Prognostic importance of sub-dividing clinically staged IIIA and IIIB patients with non-small cell lung cancer (NSCLC)" J. Clin. Oncol.  9:358-359, 1991

**Curran, W.:**  Central Nervous System Tumors In:  Coia, L., Moylan, D., eds. Introduction to Clinical Radiation Oncology.  Madison, WI, Medical Physics Publishing  127-144, 1991

**Curran, W.,** Moylan, D.:  Lung Cancer In:  Coia, L., Moylan, D., eds. Introduction to Clinical Radiation Oncology.  Madison, WI: Medical Physics Publishing,  229-252, 1991

**Curran, W.J.** and Goodman, R.L.:  Hyperthermia 1991:  A Critical Review. In:  Dewey, W.C., Edington, M., Fry, R.J.M., Hall, E.J., Whitmore, G.F., eds  Radiation Research - A Twentieth-Century Perspective: Volume II  883-888, 1992

**Curran, W.J.,** Moldofsky, P.:  Response to letter by Dr. Abratt.  Int J Radiat Oncol Biol Phys 27:178-179, 1993

**Curran, W.J.:** Should patients with histologically unverified brain tumors receive cranial irradiation?  Int J Radiat Oncol Biol Phys 28:549-550, 1994

**Curran, W.J.,** Scott, C.B., Liebel, S.:  "Issues in the use of conventional and altered fractionated radiation therapy for pediatric and adult gliomas" Textbook of The Gliomas, Berger and Wilson (Ed) W.B. Saunders & Co., Philadelphia, 1995

Yung, W.K.A., Sawaya, R., **Curran, W.,** Fuller, G. N.: "Intracranial Metastatic Central Nervous System Tumors" in Cancer in the Nervous System, Levin, VA (Ed),



Churchill Livingstone, New York, 1995

**Curran, W.J.:** "The Halperin article reviewed" Oncology 9:238-243, 1995

Corn, B.W., Trock, B.J., **Curran Jr., W.J.:** Management of primary central nervous system lymphoma for the patient with acquired immunodeficiency syndrome: Confronting a clinical catch-22 Cancer 76:163-166, 1995

**Curran, W.J.:** New Chemotherapy/Radiation Therapy Regimens May Improve Survival for Patients with Locally Advanced, Unresectable Non-Small Cell Lung Cancer, COPE Magazine, January/February , 1996

**Curran, W.J.,** Ettinger, D.S., Lee, J.S., Sause, W.T.: Non-small cell lung cancer: Combined modality therapy practice guidelines for the community oncologist. Bristol-Myers Squibb Oncology, pp. 5-19, October, 1996.

Souhami, L., Scott, C.B., Shaw, E., **Curran, W.J.:** RTOG Glioma Proceedings of the Second International Stereotactic Radiosurgery Society. 1996

**Curran, Jr., W.J.,** Scott, C.B., Liebel, S.A.: Issues in the Use of Conventional and Altered Fractionation Radiation Therapy for Pediatric and Adult Gliomas. Chapter 38, Berger Publisher 38:480-488, 1998.

Corn, B.W., **Curran, Jr., W.J.,** Loeffler, J.S.: "Cancer of the Nervous System" Principles of Radiotherapy. Blackwell Science Publisher 9:178-199, 1997

**Curran, W.J.:** A Phase III Trial Testing Chemoradiation Sequencing in Stage III Non-Small Cell Lung Cancer: Goal of trial RTOG 94-10 to determine survival improvement with concurrent vs. sequential chemotherapy and radiation. Current Clinical Trials in Thoracic Oncology, 1: 5-7, 1997.

**Curran, W. J.:** Combined modality therapy in the management of stage III non-small cell lung cancer. Lung Cancer 18:144, 1997.

Werner-Wasik, M., **Curran, W.J.:** Optimizing non-operative approaches to locally advanced non-small cell lung cancer. Advances in Oncology 13:10-15, 1997.

Corn, B.W., **Curran, Jr., W.J.,** Shrieve, D.C., Loeffler, J.S.: Stereotactic radiosurgery and radiotherapy: New developments and new directions. Seminars in Oncology 24:707-714, 1997.

**Curran, W.J.,** Werner-Wasik, M.: Issues in nonoperative management of locally advanced non-small-cell lung cancer. Oncology Supplement, 12:60-66, 1998.

Peterson, M., **Curran, Jr., W.J.:** Intracoronary brachytherapy. Advance 9:60-64, 1999.

**Curran, W.J.:** Issues in the nonoperative management of patients with locally advanced non-small cell lung cancer. American Society of Clinical Oncology Educational Book 370-373, 1999

Corn, B., **Curran, W.J.,** Shrieve, D.C., Werner-Wasik, M., Loeffler, J.S.: Stereotactic irradiation: Linear accelerator and Gamma Knife. Clinical Radiation Oncology, Churchill Livingstone Publishing Company. Chapter 11, pp. 217-224, 2000

**Curran, W.J.:** Small cell lung cancer. Clinical Radiation Oncology, Churchill Livingstone Publishing Company. Chapter 31, pp. 589-599, 2000

Curran, WlJ.: Therapy of limited stage small cell lung cancer. Thoracic Oncology, David S. Ettinger (Ed) Kluwer Academic Publishers, Part III, pp. 229-252, 2001

Dziuba, S.J., **Curran, W.J.:** The radiotherapeutic management of invasive thymomas. Chest Surgery Clinics of North America. W.B. Saunders Publishing Company. Volume II, Number 2, May, 2001

Asavametha, N., Ateenyi-Agaba, C., Calaguas, M., **Curran, W.,** Delaney, T., Kasese, J., Levin, V., Kirova, Y., Mbidde, E., Munro, A., Parkin, M.: The role of radiotherapy in the management of cancer patients infected by human immunodeficiency virus (HIV). International Atomic Energy Agency (IAEA) Monograph, Vienna, Austria, June, 2001

Curran, W.J.: Proceedings from The First Investigators' Congress on Radioprotection. Program Chairman, Oncology News International. Supple. 5, Vol. 10, No. 8, August, 2001

Bibliography
  Presentations published as manuscripts

**Curran, W.,** Littman, P. and Raney, B.:  Interstitial radiation therapy for
              localized residual sarcomas in children.  RSNA Scientific Assembly,
              Chicago, 1985

Hecht-Leavitt, C., Grossman, R., **Curran, W.,** Nelson, D., Biery, D.,
              Joseph, P.:  MRI of experimental animal CNS radiation injury.  RSNA
              Scientific Assembly, 1985

**Curran, W.,** Hackney, D., Blitzer, P. and Bilaniuk:  MRI and treatment planning
              for nasopharyngeal carcinoma.  American Radium Society Scientific
              Program, San Francisco, 1986

**Curran, W.,** Hecht-Leavitt, C., Nelson, D., and Zimmerman, R.:  MRI findings
              of radiation effects following cranial irradiation.  American Radium
              Society Scientific Program, San Francisco, 1986

Hackney, D., **Curran, W.,** Blitzer, P., Bilaniuk, L., Goldberg, H., Zimmerman, R.,
              Grossman, R.:  MRI of nasopharyngeal carcinoma.  American Society
              of Neuroradiology, San Diego, 1986

**Curran, W.,** Whittington, R., Peters, A., Fanning, J.:  Application of primary
              vaginal carcinoma staging to vaginal recurrences of endometrial
              carcinoma.  ASTRO Scientific Program, Boston, 1987

Chu, J., Sandler, H., **Curran, W.,** Shammo, G., Richter, M., Hanks, G.:  Intraoral
              hyperhermia using microwave antenna and a dental mould.  AAPM Annual
              Meeting, Detroit 1987

Grossman, R., Hecht-Leavitt, C., **Curran, W.,** Evans, S., Lenkinski, R.,
              Holland, G., Shetty, A., Joseph, P:  Combined imaging and spectroscopy
              of experimental radiation injury.  RSNA Scientific Program,
              Chicago, 1987

**Curran, W.,** Kornstein, M., Brooks, J., Turrisi, A:  Is mediastinal irradiation
              necessary following total resection of an invasive thymoma?  American
              Radium Society Scientific Program, Seattle, 1988

Kornstein, M., **Curran, W.,** Turrisi, A., Brooks, J.:  A clinicopathologic
              and immunohistochemical study of thymomas.  International Academy
              of Pathology, Washington, 1988

**Curran, W.,** Galvin, J. and D'Angio, G.: A simple method for calculation of
              prescribed dose for total body irradiation. ASTRO Scientific Program,
              Los Angeles, 1986

Hecht-Leavitt, C., Grossman, R.I., **Curran, W.J.,** Evans, S., McGrath, J.T.,
              Joseph, P: High-field MRI of experimental radiation injury:  Results
              of proton, chemical shift, and sodium imaging at 1.9 tesla.  American
              Society of Neuroradiology, New York City, 1987

Greven, K., **Curran, W.,** Whittington, R., Fanning, J., Randall, M., Wilder, J.,
              Peters, A.:  Analysis of failure patterns in stage III endometrial

              carcinoma and therapeutic implications.  ASTRO Scientific Program,
              New Orleans 1988

**Curran, W.J.:**  Lack of difference in outcome between clinically staged IIIA
              and IIIB bronchogenic carcinoma treated with radiation therapy.
              ASTRO Scientific Program, San Francisco, 1989

**Curran, W.,** Moldofsky, P., Solin, L.:  Quantitative analysis of the impact of




radiation therapy (RT) field selection on post-RT pulmonary function, ASTRO Scientific Program, New Orleans 1988

**Curran, W.,** Moldofsky, P., Solin, L.: Quantitative analysis of the impact of elective nodal irradiation (RT) on post-RT pulmonary function. ESTRO Scientific Program, London 1989

Sandler, H., **Curran, W.J.,** Turrisi, A.: The influence of tumor size and pre-treatment staging on outcome following radiation therapy (RT) alone for stage I non-small cell lung cancer. ASTRO Scientific Program, San Francisco, 1989
Intratumoral hypoxic cell sensitization with SR 2508 in spontaneous feline oral squamous cell carcinoma. ASTRO Scientific Program, San Francisco, 1989

Goldwein, J.W., Leahy, J.M., Packer, R.J., Sutton, L.N., **Curran, W.J.,** Rorke, L.B., Schut, L., Littman, P.S., D'Angio, G.J.: Intracranial ependymomas in children. Pediatric Neurooncology Conference, Seattle, 1989

Herbert, S.H., **Curran, W.J.,** Solin, L., Stafford, P., Hanks, G.E.: Decreasing gastrointestinal morbidity with the use of small bowel contrast during treatment planning for pelvic irradiation. American Radium Society Annual Meeting, Scottsdale, AR, 1990

**Curran, W.J.,** Cox, J.D., Azarnia, N., Byhardt, R.W., Shin, K.H., Emani, B.: Comparison of RTOG and AJCC staging systems among patients with non-small cell lung cancer receiving hyperfractionated radiation therapy: A report of RTOG 83-11. ESTRO Annual Meeting, Italy, 1990

Lanciano, R.M., **Curran, W.J.,** Greven, K.M., Fanning, J., Stafford, P., Randall, M.E., Hanks, G.E.: Influence of grade, histologic subtype, and timing of radiotherapy on outcome among patients with stage II carcinoma of the endometrium. SGO Scientific Program, 1991

Taylor, J.S., Vigneron, D.B., Nelson, S.J., Murphy-Boesch, J., Stoyanova, R., Kessler, H.B., **Curran, W.J.,** Coia, L., Brown, T.R.: Studies of cytosolic $Mg^{2+}$ and free ATP concentrations in normal human brain and brain tumors. Society of Magnetic Resonance in Medicine Annual Meeting, New York, 1990

**Curran, W.J.,** Moldofsky, P., Solin, L.: Further observations on the predictive value of perfusion lung scans on post-irradiation pulmonary function among patients with bronchogenic carcinoma. ASTRO Scientific Program, Miami, 1990

**Curran, W.J.,** Scott, C.B., Nelson, J.S., Weinstein, A., Nelson, D.F., Fischbach, A.J., Chang, C., Rotman, M., Asbell, S., Powlis, W.D.: Does extent of surgery influence outcome for astrocytoma with atypical or anaplastic foci (AAF)? A report from 3 Radiation Therapy Oncology Group (RTOG) trials. Amer. Neuro. Ass'n Annual Meeting, Seattle, 1991

Dougherty, M.J., **Curran, W.J.,** Herbert, S.H., Stafford, P.M., Sandler, H.M., Rosenthal, S.A., Hughes, E.N., Mc Kenna, W.G., Keller, S.: Should patients with post-resection locoregional recurrence of lung cancer receive aggressive therapy? ASTRO Scientific Program, Washington, DC, 1991

Herbert, S.H., **Curran, W.J.,** Rosenthal, S.A., Stafford, P.M., Sandler, H.M., Hughes, E.N., McKenna, W.G.: Adverse influence of young age on outcome in patients with non-small cell lung carcinoma (NSCLC) treated with radiation therapy (RT) alone. American Radium Society Scientific Program, Orlando, 1992

**Curran, W.J.,** Scott, C.B., Nelson, J.S., Weinstein, A.S., Phillips, T.L.,
Nelson, D.F., Murray, K., Fischbach, A.J., Yakar, D., Schwade, J.G.,
Powlis, W.D.: A randomized trial of accelerated hyperfractionated
radiation therapy and BCNU for supratentorial malignant glioma:
A preliminary report of Radiation Therapy Oncology Group 83-02
American Radium Society Scientific Program, Orlando, 1992

Nelson, D.F., **Curran, W.J.,** Nelson, J.S., Weinstein, A.S., Martz, K.L.,
Ahmad, K., Keller, J.W., Murray, K.: Hyperfractionation in malig-
nant glioma, report of a dose searching phase I/II protocol of the
Radiation Therapy Oncology Group, ASCO Annual Meeting, Washington,
D.C., 1990

King, W., Johnson, M., Gatenby, R., **Curran, W.:** A modeling and experimental
study of temperature profiles in tumors during photodynamic therapy.
National Heat Transfer Conference, Philadelphia, 1989

Langer, C.J., **Curran, W.J.,** Blankstein, K., Nealy, S., Keller, S.K., Hanks, G.E.,
Comis, R.L.: Phase II evaluation of concurrent 5-fluorouracil, cisplatin,
etoposide, and thoracic radiation for locally advanced unresectable
non small cell bronchogenic carcinoma, ASCO Annual Meeting, Washington,
D.C., 1990

Langer, C.J., **Curran, W.J.,** Catalano, R.B., Fowler, W., Keller, S.K., Nash,
S., Blankstein, K., Comis, R.L.: Low locoregional relapse rate and
significant morbidity observed in a Phase II trial of simultaneous
thoracic radiation therapy (RT) and multi-agent chemotherapy for
locally advanced non-small cell lung cancer (NSCLC).
ASTRO Scientific Program, Washington, DC, 1991

Epstein, B.E., Scott, C.B., Sause, W.T., Rotman, M., Phillips, T.J., Janjan, N.,
Davis, L.W., Selim, H., Mohiuddin, M., Wasserman, T., **Curran, W.J.:**
Improved survival in patients with unresected solitary brain metastasis
using accelerated hyperfractionated radiation therapy (RT) at total
doses of 54.4 Gy and greater: Results of RTOG 85-28. ASTRO Scientific
Program, Washington, DC, 1991

Simpson, J., Horton, J., Scott, C.B., Nelson, J.S., Weinstein, A.S., **Curran,
W.J.,** Fischbach, A.J., Chang, C.C., Rotman, M., Nelson, D.F.: Influence
of location and extent of surgical resection on survival of patients
with glioblastoma multiforme: Results of 3 consecutive RTOG trials.
ASTRO Scientific Program, San Diego, 1992

Herbert, S.H., Solin, L.J., Hoffman, J.P., Schultz, D.J., **Curran, W.J.,**
Lanciano, R.M., Rosenblum, N., Hogan, M., Eisenberg, B., Hanks, G.E.:
Volumetric analysis of small bowel displacement from radiation portals
with the use of a pelvic tissue expander. ASTRO Scientific Program,
San Diego, 1992

**Curran, W.J.,** Scott, C.B., Horton, J., Nelson, J.S., Weinstein, A.S.,
Nelson, D.F., Fischbach, A.J., Chang, C.H., Rotman, M., Asbell, S.O.,
Krisch, R.: Recursive partitioning analysis of 1,578 patients on 3
Radiation Therapy Oncology Group (RTOG) malignant glioma trials.
ASCO Annual Meeting, San Diego, 1992

Sause, W., Scott, C., Krisch, R., Rotman, M., Snead, P., Murray, K.,
Davis, L., **Curran, W.,** Choi, K., Mohiuddin, M., Grigsby, P.:
RTOG 85-28: Accelerated fractionation in treatment of patients with
supratentorial brain metastases. Am. Radium Soc. Annual Meeting,
Montreal, 1991

**Curran, W.J.,** Scott, C.B., Nelson, J.S., Martin, L.A., Weinstein, A.S.,

Phillips, T.L., Murray, K., Fischbach, A.J., Yakar, D., Schwade, J.G., Corn, B.W., Nelson, D.F.: Survival comparison of radiosurgery eligible and ineligible malignant glioma patients treated with hyperfractionated radiation therapy and BCNU: A report of RTOG 83-02. ASTRO Scientific Program, San Diego, 1992

Vigneron, D.B., Taylor, J.S., Nelson, S.J., Murphy-Boesch, J., Kessler, H.B., **Curran, W.J.,** Coia, L., Brown, T.R.: Studies of metastatic brain tumors using three dimensional $^{31}P$ metabolite imaging. Society of Magnetic Resonance in Medicine Annual Meeting, New York, 1990

Fowler, W.C., Langer, C.J., **Curran, W.J.,** Keller, S.M., Nash, S., Catalano, R.B., Comis, R.L.: Excessive morbidity and mortality of pneumonectomy following concurrent chemotherapy (5-fluorouracil, cisplatin, etoposide) and high-dose thoracic radiation for locally advanced non-small cell lung cancer. ASCO Annual Meeting, Houston, TX, 1991

Komaki, R.K,, Pajak, T.F., Byhardt, R.W., Emami, B., Asbell, S.O., Roach, M., Pedersen, J.E., **Curran, W.J.,** Herskovic, A.M., Russell, A.H., Cox, J.D.: Analysis of early and late deaths on RTOG non-small lung carcinoma 1991 trials vs. CALGB 8433. ASTRO Scientific Program, Washington, DC, 1991

Byhardt, R.W., Scott, C.B., Ettinger, D.S., **Curran, W.J.,** Doggett, R.L., Couglin, C., Scarentino, C., Rotman, M., Emani, B.: Concurrent hyperfractionated irradiation and chemotherapy for non-small cell lung cancer. Preliminary report of a phase I/II Radiation Therapy Oncology Group Trial. American Radium Society, Bermuda, 1994

Fischbach, J., Scott, C.B., Murray, K., Gaspar, L., Nelson, J.S., Farnan, N., **Curran, W.J.:** Central pathology review in clinical trials of malignant glioma. American Radium Society, Bermuda, 1994

Murray, K.J., Nelson, D.F., Isaacson, S., Scott, C., Fischbach, A.J., Porter, A., Farnan, N., **Curran W.J.:** Quality adjusted survival analysis of malignant glioma patients treated with twice-daily radiation (RT) and carmustine: A report of Radiation Therapy Oncology Group 83-02. ASTRO Scientific Program, New Orleans, 1993

Emami, B., Scott, C., Perez, C., Asbell, S., Swift, P., Grigsby, P., Montesano, A., Rubin, P., **Curran, W.J.,** Del Rowe, J., Arasto, H., Fu, K., Moros, E.: Phase III study of interstitial thermoradiotherapy compared with interstitial radiotherapy alone in the treatment of recurrent or persistent human tumors: A prospectively controlled randomized study by the Radiation Therapy Oncology Group. ASTRO Scientific Program, New Orleans, 1993

Byhardt, R.W., Scott, C.B., Ettinger, D.S., **Curran, W.J.,** Doggett, R.L.S., Coughlin, C., Scarantino, C., Rotman, M., Emami, B.: Concurrent hyperfractionated irradiation and chemotherapy for non-small cell lung cancer. Preliminary report of a phase I/II RTOG trial. Proc Am Soc Clin Oncol, New Orleans, 1993

Lee, D.J., Pajak, T., Marcial, V.A., Fu, K.K., Rotman, M., Cooper, J.S., Ortiz, H.G., Beitler, J.J., Abrams, R.A., **Curran, W.J.,** Coleman, C.N., Wasserman, T.H.: Results of an RTOG Phase III trial comparing radiotherapy plus etanidazole (SR 2508) with radiotherapy alone for locally advanced head and neck carcinomas. ASTRO Scientific Program, San Francisco, 1994 (Plenary Session)

Sause, W., Scott, C., Taylor, S., Johnson, D., Livingston, R., Turrisi, A.,

Komaki, R., Emani, B., **Curran, W.,** Byhardt, R., Fisher, B.: Preliminary results of an intergroup randomized trial of chemoradiation versus radiation alone for locally advanced non-small cell lung cancer. Proc Am Soc Clin Oncol, Dallas, 1994

Fein, D.A., Lee, W.R., Hanlon, A.L., Ridge, J.A., Langer, C.J., **Curran, Jr., W.J.,** Coia, L.R.: Pretreatment hemoglobin level influences local control and survival of T1-T2 squamous cell carcinomas of the glottic larynx. 37th Annual Meeting of ASTRO, Miami Beach, FL, October, 1995

Das, I., Downes, M.B., Corn, B.W., **Curran, Jr., W.J.,** Werner-Wasik, M.W., Andrews, D.W.: Characteristics of a dedicated linear accelerator-based stereotactic radiosurgery-radiotherapy unit (Clinac-600SR). 2nd Congress of the International Stereotactic Radiosurgery Society - Poster presentation. Boston, Massachusetts, 1995

Werner-Wasik, M., Scott, C., Nelson, D., Gaspar, L., Murray, K., Fischbach, A., Nelson, J., Weinstein, A., **Curran, W.:** Final report of a phase I/II trial of hyperfractionated radiation therapy with carmustine for adults with supratentorial malignant glioma: RTOG 83:02. Amer. Radium Soc., Paris, France, 1995

Choucair, A., Scott, C., Urtasun, R., Nelson, D., Coia, L., **Curran, W.:** Quality of life (QOL) and neuropsychological evaluation (NSE) for patients with malignant astrocytomas (MA), RTOG 91-14. ASTRO Scientific Program, Miami Beach, FL, 1995

McGee, K.P., Fein, D.A., Lee, W.R., Hanlon, A.L., Ridge, J.A., Langer, C.J., **Curran, W.J.,** Coia, L.R.: Pretreatment hemoglobin level influences local control and survival of T1-T2 squamous cell carcinomas of the glottic larynx. ASTRO Scientific Program, Miami Beach, Fl, 1995

Alden, M.E., O'Reilly, R.C., Topham, A., Lowry, L.D., Brodovsky, H., **Curran, Jr., W.J.:** Elapsed radiation treatment time is predictive of survival outcome among patients with advanced head and neck cancer receiving sequential chemotherapy and radiation therapy. RSNA Scientific Program, Chicago, November, 1995

Werner-Wasik, M., Rudoler, S., Preston, P.E., Downes, B.M., Andrews, D., Corn, B.W., Rosenstock, J., **Curran, W.J.:** Immediate side effects (use) of stereotactic radio-therapy and radiosurgery. LINAC Radiosurgery-1995, Orlando, FL, 1995

Valicenti, R.K., Waterman, F.M., Croce, R.J., Corn, B., Suntharalingam, N., **Curran, Jr., W.J:** Efficient CT simulation for conformal radiotherapy of prostate carcinoma. American Radium Society, San Francisco, CA, April,1996

Scott, C.B., Scarantino, C., Urtasun, R., Movsas, B., Jones, C.V., Simpson, J.R., Fischbach, A.J., **Curran, W.J.:** Validation and predictive power of radiation therapy oncology group (RTOG) recursive partitioning analysis classes for malignant glioma patients: A report using RTOG 90-06. ASTRO 38th Annual Meeting, Los Angeles, CA, 1996

*Exh B*

# CURRICULUM VITAE

**NAME**    Indra J. Das, Ph.D., FIPEM, FAAPM

**PRESENT POSITION**    Professor of Radiation Oncology
and Chief of Clinical Physics

**OFFICE ADDRESS**    Department of Radiation Oncology
University of Pennsylvania, 3400 Spruce St, 2 Donner Bldg.
Philadelphia, PA 19104
Tel: (215) 662-6472
Fax: (215) 349-5978
E-mail: Das@xrt.Upenn.edu

**HOME ADDRESS**    1513 Anna Marie Circle, Ambler, PA 19006, USA.
Tel: (215) 641-2822

**VITAL STATISTICS**

| | |
|---|---|
| Date of Birth | July 15, 1950 |
| Place of Birth | India |
| Citizenship | USA |
| Martial Status | Married |
| Children | 2 |

**EDUCATION**

| | | | |
|---|---|---|---|
| B.Sc. | 1971 | Gorakhpur University, India | *(Physics, Chemistry, Math).* |
| M. Sc. | 1973 | Gorakhpur University, India | *(Physics X-rays).* |
| Dip.R.P. | 1975 | Bombay University, India | *(Radiological Physics).* |
| M.S. | 1984 | University of Wisconsin, Madison, USA | *(Medical Physics).* |
| Ph.D. | 1988 | University of Minnesota, Minneapolis, USA | *(Biophysical Science).* |

**HONORS**

| | |
|---|---|
| 1966 | First Division with distinction in maths, High School, U.P., India. |
| 1968 | First Division, I.Sc., U. P. Educational Board, India. |
| 1971 | First Division, B.Sc., Gorakhpur University, India. |
| 1973 | First Division, M.Sc., Gorakhpur University, India. |

**POSTGRADUATE TRAINING**

1973-74    DRP Trainee
Division of Radiological Protection, Bhabha Atomic Research center
Bombay, India.

1974    Junior Research Fellow
Cancer Research Institute, Bombay, India.

1984    Internship (Physics)
Department of Radiation Therapy, Mayo Clinic and Foundation, Rochester,
Minnesota, USA.

## CERTIFICATIONS

| | |
|---|---|
| 1989 | American Board of Radiology (Therapeutic Radiological Physics), USA. |
| 1990 | American Board of Medical Physics (Radiation Oncology Physics), USA. |
| 1995 | The Registration Council of Scientists in Health care, London, England. |

## FELLOWSHIP IN SOCIETIES

| | |
|---|---|
| 1993 | FIPEM, Fellow of the Institute of Physics and Engineering in Medicine (IPEM), England; (Formerly known as Institute of Physical Sciences in Medicine, IPSM) |
| ▪ 2001 | FAAPM, Fellow, American Association of Physicist in Medicine, USA. |

## AWARDS

| | |
|---|---|
| 1988 | Farrington Daniels award of the AAPM for the best article on the Radiation Dosimetry in Medical Physics. |
| 1989 | Basic Sciences Travel Grant Fellowship of the ASTRO (American Society for Therapeutic Radiology and Oncology). |
| 1994 | Best paper (2nd place) award of the American Association of Medical Dosimetrists. |
| 1995 | Medical Physics Travel Award of the AAPM (American Association of Physicists in Medicine). |
| 1997 | Basic Sciences Travel Grant of the ASTRO (American Society for Therapeutic Radiology and Oncology). |
| 2001 | AAPM/IPEM Medical Physics Travel Award |

## WHO'S WHO

| | |
|---|---|
| 1996- | Who's Who in Sciences |
| 1999- | Who's Who in Medicine and Healthcare |

## PRIVILEGED MEMBER

| | |
|---|---|
| 1994- | Accreditation Surveyor, American College of Radiology (ACR) |
| 1996- | Examiner, American Board of Radiology (ABR) |
| 2000- | ACR Member of Radiation Oncology Practice Accreditation |

## POSITIONS HELD

| | |
|---|---|
| 1973-74 | DRP Trainee<br>Div. of Radiological Protection, Bhabha Atomic Research center, Bombay, India |
| 1974 | Junior Research Fellow<br>Cancer Research Institute, Bombay, India |
| 1975-77 | Physicist (Lecturer)<br>Department of Radiology<br>Goa Medical College and Hospital, Panajim, Goa, India |

| 1978-82 | Clinical Physicist (Instructor)<br>Department of Radiation Therapy<br>Nemazee Hospital, Pahlavi/Shiraz University, Shiraz, Iran. |
|---|---|
| 1982 | Chief Physicist<br>Kingston Public Hospital, Ministry of Health, Kingston, Jamaica. |
| 1982-83 | Teaching Assistant (Diagnostic Radiology)<br>Department of Medical Physics, University of Wisconsin, Madison, WI, USA. |
| 1983-84 | Teaching Assistant (Health Physics)<br>Department of Medical Physics, University of Wisconsin, Madison, WI, USA. |
| 1982-84 | Research Assistant<br>Department of Medical Physics, University of Wisconsin, WI, USA. |
| 1984-87 | Research Assistant<br>Department of Therapeutic Radiology, University of Minnesota, Minneapolis, Minnesota, USA. |
| 1987-91 | Assistant Professor & Staff Physicist<br>Department of Radiation Oncology, University of Massachusetts Medical Center, Worcester, Massachusetts, USA. |
| 1992-93 | Associate Professor & Director of Physics<br>Department of Radiation Oncology, University of Massachusetts Medical Center, Worcester, Massachusetts, USA. |
| 1993-99 | Member (=Associate Professor)<br>Department of Radiation Oncology, Fox Chase Cancer Center<br>7701 Burholme Avenue Philadelphia, PA, USA |
| 1999- | Professor of Radiation Oncology and<br>Chief of Clinical Physics<br>Department of Radiation Oncology, University of Pennsylvania<br>3400 Spruce St., 2 Donner Building, Philadelphia, PA, USA |

## TEACHING EXPERIENCE

| 1975-77 | Radiation Physics<br>Radiology Residents, and Technologist<br>Goa Medical College & Hospital, Panajim, India. |
|---|---|
| 1978-82 | Radiation Physics<br>Radiology and Radiation Therapy Residents<br>Shiraz University, Shiraz, Iran. |
| 1982-83 | Diagnostic Radiology<br>Graduate students of Medical Physics |

University of Wisconsin, Madison, USA.

| | |
|---|---|
| 1983-84 | Health Physics<br>Graduate students of Medical Physics<br>University of Wisconsin, Madison, USA. |
| 1988-93 | Radiation Physics & Introduction. to Computers<br>School of Therapy Technologists, Department of Radiation Oncology<br>University of Massachusetts Medical Center, Worcester, MA, USA. |
| 1993-99 | Radiological Physics & Dosimetry<br>Radiation Oncology Residents of the Fox Chase Cancer Center<br>Philadelphia, PA, USA. |
| 1999- | Clinical Physics & Dosimetry<br>Radiation Oncology Residents of the University Of Pennsylvania<br>Philadelphia, Pennsylvania. |

### Advisor to Students:

| | |
|---|---|
| 1988 | David A Legion, BE, Tulane University, New Orleans, LA |
| 1989-92 | John F.Copeland, Ph.D., Lowell University (University of Massachusetts at Lowell MA. |
| 1992-95 | Kashmiri L. Chopra, MS, University of Massachusetts at Lowell, MA |
| 1999- | Andrew Jones, Ph.D., Hahnemann University, Philadelphia, PA. |

## PROFESSIONAL AFFILIATIONS
### Membership

| | |
|---|---|
| 1975- | Life Member<br>AMPI (Association of Medical Physicist of India). |
| 1979- | Full Member<br>HPA, IPEM (The Institute of Physics & Engineering in Medicine, England). |
| 1982- | Full Member<br>AAPM (American, Association of Physicist in Medicine). |
| 1989- | Active Member<br>ASTRO ( American Society for Therapeutic Radiology and Oncology) |
| 1988-93 | Member<br>New England Chapter of American Association of Physicist in Medicine. |
| 1990- | Full Member<br>ACMP (American College of Medical Physics). |
| 1992- | Full Member<br>ESTRO (European Society for Therapeutic Radiology and Oncology). |
| 1994- | Member, ACR (American College of Radiology). |

## COMMITTEES
### Local

| | |
|---|---|
| 1983-84 | Graduate student representative, Department of Medical Physics, University of Wisconsin, Madison, WI. |
| 1985-87 | Board of Director, CTC University Housing, University of Minnesota, MN |
| 1990-93 | Member of Faculty Council, University of Massachusetts Medical Center, Worcester, MA. |
| 1992-93 | Radiation Protection Committee, University of Massachusetts Medical Center, Worcester, MA. |
| 1994-99 | Radiation Protection Committee, Fox Chase Cancer Center Philadelphia, PA. |
| 1999- | Educational Committee, Dept. Radiation Oncology, University of Pennsylvania, Philadelphia, PA |
| 1999- | Advisory Committee, Radiation therapy program of the Gwynedd Mercy College, Gwynedd Valley, PA. |

**National**

| | |
|---|---|
| 1990-96 | Radiation Safety Committee, American Association of Physicist in Medicine (AAPM) |
| 1992-93 | Professional Information and Clinical Relations Committee of the AAPM |
| 1993-96 | Finance Committee, (AAPM) |
| 1997- | TG-63: Management of radiation oncology patients with implanted high-Z materials, (AAPM) |
| 1998- | TG-66: Quality assurance of CT simulators (AAPM) |
| 1999- | Calibration Laboratory Accreditation Subcommittee, AAPM. |
| 2000- | Finance Committee, AAPM |
| 2001- | TG- 69: Radiographic Film for Megavoltage Beam Dosimetry (AAPM) |
| 2002- | Gynecology Oncology Group (GOG), ACR collaborative committee |
| 2002- | Medical Dosimetry Certification Board: Liaison from ACMP |

**REFEREE**

| | |
|---|---|
| | Medical Physics (USA) |
| | Health Physics (USA) |
| | Physics in Medicine and Biology (UK) |
| | International J. Radiation Oncology Biology Physics (USA) |
| | Radiotherapy and Oncology (Europe) |
| | National Science Foundation (USA) |
| | Natural Sciences and Engineering Research Council of Canada |
| | Journal of Clinical Medical Physics |
| Associate Editor | Medical Physics |

**Grants & Funding**

| | |
|---|---|
| 1988-90 | Diffusion Approximation for radiation dosimetry, University of Massachusetts Medical Center, Worcester, MA. ($45,000) |
| 1990-92 | Interface dosimetry as a measure of photon beam energy, Nuclear Associate, NY.($35,000) |

1999                Dose enhancement by high-Z materials in tumors:
                    Submitted to National Institute of Health, MD, ($530,000)

## INVITED LECTURES

April 16, 1990      "Interface dosimetry at high Z interfaces in megavoltage photon beam", Osaka Prefecture Radiation Research Institute, Sakai, Osaka, **Japan**,.

Dec. 10, 1991       "Interface dosimetry using diffusion approximation for photon and beta rays", New England Chapter of the AAPM, Worcester, Massachusetts, **USA**,.

Sept. 6, 1992       "Selection and acceptance testing of high energy linear accelerators", Mafraq Hospital, Abu-Dhabi, **United Arab Emirates**,.

Sept. 8-11, 1992    "Problems of high Z interfaces in megavoltage photon beam therapy", International Conference on Medical Physics and Radiation Safety, (ICMP-92) Bombay, **India**,.

Sept. 20, 1992      "Three-dimensional treatment planning systems", UP Chapter of Association of Radiation Oncologist, Regional Conference, Gorakhpur, **India**,.

June 11, 1993       "Choice of beam energy for radiation oncology", National Cancer Institue & School of Technology, Mahidol University, Bangkok, **Thailand**,.

July 15, 1993       "Optimum field size and beam normalization in electron beam therapy", Chiangmai University, Chiangmai, **Thailand**,.

Sept. 9, 1993       "Role of Medical Physicist in Radiation Oncology", Tohanto Regional High School, Bolyston, Massachusetts, **USA**,.

August 8, 1994      "Backscatter electron treatment", Fox Chase Cancer Center, Philadelphia, Pennsylvania, **USA**,.

June 30, 1995       "Backscatter electrons for clinical use", University of Arizona, Tucson, Arizona,

July 31, 1995       "Developments in Backscatter-electron radiation therapy (BSERT)", Research Institute for Advanced Sciences and Technology, University of Osaka Prefecture, Sakai, Osaka, **Japan**.

Aug., 1, 1995       "Current concept in CT-simulation: Physical aspects", University of Osaka Medical Center, Osaka, **Japan**

August 3, 1995      "Dosimetry of small fields used in stereotactic radiosurgery", National Cancer Institute & School of Technology, Mahidol University, Bangkok, **Thailand**

August, 5, 1995     "Clinical implication of interface dosimetry", Siriraj university hospital, Bangkok, **Thailand.**

May 23-24, 1996     "CT-simulation", First Annual Multidisciplinary Radiation Oncology Conference, Philadelphia, Pennsylvania, **USA**

June 19, 1996       "Role of CT-simulation in radiation oncology" Universitaire Ziekenhuizen, Leuven, **Belgium**

| | |
|---|---|
| June 26, 1996 | "Biological and clinical implications of interface dosimetry at low energy x-rays", Het Nederlands Kanker Instituut, Antoni van Leeuwenhoek Ziekenhuis, Amsterdam, **Netherlands.** |
| June 28, 1996 | "Biological and clinical implications of interface dosimetry", Institut Gustave Roussy, Villejuif, **France.** |
| July, 2, 1996 | "Role of CT-simulation in radiation oncology" Institute of Cancer Research, Royal Marsden NHS Trust, Sutton, **England** |
| October 3-4, 1997 | "Extended SSD clinical electron beam dosimetry". The Mid-Atlantic Chapter of the American Association of Physicists in Medicine, University of Virginia Health Sciences Center, Charlottesville, Virginia, **USA** |
| October 3-4, 1997 | "Tissue inhomogeneity in clinical electron beam dosimetry" The Mid-Atlantic Chapter of the American Association of Physicists in Medicine, University of Virginia Health Sciences Center, Charlottesville, Virginia, **USA.** |
| April 23-25 1998 | "Advances in beam shaping for conformal therapy: Multi-Leaf Collimator" 2nd Radiation oncology conference for nurses, therapists, and Dosimetrists, Philadelphia, **USA.** |
| May 13, 1998 | "CT simulation",.Institut für Röntgendiagnostik der Universität Würzburg, Würzbu **Germany** |
| May 14, 1998 | "Biological consequence of interface effects" Kleiner Horsaal im institut für Strahlenschutz, GSF-Forschungszentrum für Umwelt und Gesundheit, Neuherberg, **Germany** |
| February 1-5, 1999 | "CT simulator and its applications in radiation treatment planning & its quality assurance procedures" Workshop on Advances in Physics of Radiation Oncology, Bhabha Atomic Research Center and Tata Memorial Hospital, Mumbai, **India** |
| May 22, 1999 | "Beam Modifications: Intensity Modulation with Physical Wedge, Dynamic Wedge Virtual wedge" Third, Radiation oncology conference for Nurses, Therapists, and Dosimetrists, Philadelphia, **USA.** |
| October10, 2000 | "Advances in modern treatment: MLC and soft wedges", Department of Radiation Oncology, Sanjay Gandhi Post Graduate Institute of Medical Sciences, Lucknow, U **India.** |
| February 28, 2001 | "MLC: A key for Modern Radiation Treatment", New Jersey Chapter of the AAPM Iselin, NJ, **USA.** |
| July 24, 2001 | "Basic film dosimetry", AAPM annual meeting, Salt Lake City, Utah, **USA.** |
| March 25, 2002 | "Biological and Clinical Implication of high-Z interfaces for dose escalation in tumors", IPEM/AAPM travel award talk at Bristol Haematology and Oncology Centre, Bristol BS2 8ED **UK.** |

| | |
|---|---|
| March 28, 2002 | "MLC", IPEM/AAPM travel award lecture, Elekta Oncology Centre, Crawley, Surrey, **UK.** |
| April 3, 2002 | "CT-simulation: Geometric and dosimetric simulation", IPEM/AAPM travel award lecture at Western General Hospital, Edinburgh, Scotland, EH4 2XU, **UK.** |
| April 4, 2002 | "CT-simulation" IPEM/AAPM travel award lecture, Clatterbridge Oncology Centre Bebington, Wirral, CH6 34JY, **UK.** |
| April 5, 2002 | "Technological advances: How far have we come in Radiation Oncology" IPEM/AAPM travel award lecture, Christie Hospital NHS trust, Manchester, M20 4BX, **UK.** |
| April 8, 2002 | "MLC: An essential tool for IMRT" IPEM/AAPM travel award lecture, Christie Hospital NHS trust, Manchester, M20 4BX, **UK.** |
| April 9, 2002 | "Small Field Dosimetry in SRS and IMRT" IPEM/AAPM travel award lecture, Queen Elizabeth Hospital, University of Birmingham, Birmingham, B15 2TH, **UK.** |
| April 10, 2002 | "MLC: An essential tool for IMRT" IPEM/AAPM travel award lecture, Royal Marsden NHS Trust & Institute of Cancer Research, Sutton, Surrey, SM2 5PT, **UK.** |
| April 11, 2002 | "Biological and Clinical Implication of high-Z interfaces for dose escalation in tumors" IPEM/AAPM travel award lecture, Royal Marsden NHS Trust & Institute of Cancer Research, Sutton, Surrey, SM2 5PT, **UK.** |
| April 12, 2002 | "CT-simulation: Geometric and dosimetric simulation", MLC: An essential tool for IMRT" IPEM/AAPM travel award lecture, Royal Marsden NHS Trust, Fulham Road, London, SW3 6JJ, **UK.** |
| April 12, 2002 | "Small Field Dosimetry in SRS and IMRT" IPEM/AAPM travel award lecture, Centre for Ionizing Radiation Metrology, National Physical Laboratory, Teddington, TW11 0LW, **UK.** |

## RESEARCH AND PUBLICATIONS

### I.    Thesis, Books, Chapters & Proceedings

B-1.    Das I. J.; Biological effects of a LASER beam at cellular level, Thesis Dip. Rad. Physics, Bhabha Atomic Research Center, Bombay, 1974.

B-2.    Das I. J.; Study of dose perturbation at bone-tissue interface in Megavoltage photon therapy: Ph.D. Thesis University of Minnesota, 1988.

B-3.    AAPM Report No.53, Radiation Information for Hospital Personnel, the American Institute of Physics, AIP, Woodbury, NY, 1995.

B-4.    Das I. J., McGee P. K. and Desobry G. E. "The Digitally Reconstructed Radiographs". In *A Practical Guide to CT Simulation* (Advance Medical Publishing, Madison, WI) 1995.

B-5.    McGee K.P. and Das I. J., "Commissioning, Acceptance Testing, & Quality Assurance of a CT Simulator" In *A Practical Guide to CT Simulation* (Advance Medical Publishing, Madison, WI) 1995

B-6.    Das I. J., Chapman J. D., Verhaegen F., Zellmer D. E. Interface dosimetry in kilovoltage photon beams. In *Proceedings of a workshop on kilovoltage x-ray beam dosimetry Eds C.M. Ma and J.P. Seuntjens, (*Medical Physics Publishing, Madison, WI 1999) *Pg 239-260.*

B-7.    Moskvin V, Papiez L., Tabata T., Das, I.J. Calculation of deep penetration using the method of trajectory rotation. *In Advanced Monte Carlo for Radiation Physics, Particle Transport Simulation and Applications. Eds. A. Kling, F.J.C Barao, M.Nakagawa, L. Tavora, P Vaz,* (Springer-Verlag, NY, 2001), Pg 199-204.

B-8.    Verhaegen F., Das I.J., Interface dosimetry for KV and MV photon beams. *In Recent Developments in Accurate Dosimetry, Eds J.P. Seuntjens, (*Medical Physics Publishing, Madison, WI (in press, 2002)

## II.  ABSTRACTS (Published)

Ab-1.    **Das I. J.** and Toussi, H.; A method of dose calculation for irregular fields; AMPI Med. Phys. Bullet., Vol. 5, 20-21, (1980)

Ab-2.    **Das I. J.**; Wedge factor, AMPI Med. Phys. Bullet., Vol. 5, 52-53, (1980)

Ab-3.    Pushap, M.P.S., Behmard, M. and **Das I. J.**; Irregular field dosimetry and its best approximation, AMPI Med. Phys. Bulletin, Vol. 7, B-10, Pg 7 (1982).

Ab-4.    **Das I. J.**, Meigooni, A.S., Werner, B.L. and Khan, F.M.; A study of dose enhancement at interfaces with megavoltage x-ray beam, Med. Phys. Vol.12, U11, Pg 542 (1985).

Ab-5.    Werner, B.L. and **Das I. J.**; The dose distribution at the edge of a block; Med. Phys. Vol. 12, C20, Pg 508, (1985).

Ab-6.    Werner, B.L. and **Das I. J.**; The dose distribution of a spherical region with embedded electron sources; Med. Phys. Vol. 13, F14, Pg 579 (1986).

Ab-7.    Meigooni, A.S. and **Das I. J.**; Analytical representation of central axis depth dose for electron beams; Med. Phys. Vol. 13, R8, Pg 604 (1986).

Ab-8.    Tang, W.L. and **Das I. J.**; Comparison of dose perturbation near an interface; Med. Phys., Vol. 13, Wp 1-4, Pg 779 (1986).

Ab-9.    Werner, B.L. and **Das I. J.**; Dose distribution in regions containing beta sources; Med. Phys., Vol. 14, C2, Pg 456 (1987).

Ab-10.   **Das I. J.**, Khan, F.M. and Tang, W.L.; Dose Uniformity at bone soft tissue interface irradiated by megavoltage photon beams; Med. Phys. Vol. 14, G7, Pg 473 (1987).

Ab-11.   **Das I. J.**, Khan, F.M. and Gerbi, B.J.; Determination of megavoltage photon beam quality using the dose perturbation at interface; Med. Phys. Vol. 14, V6, Pg 491 (1987).

Ab-12.   Khan, F.M., Deibel, C.F., Gerbi, B.J. and **Das I. J.**; Dosimetry of irregularly shaped electron fields; Med. Phys. Vol. 14, M1, Pg 473 (1987).

Ab-13.   **Das I. J.**, Kase, K.R. and Khan, F.M.; Validity of dose measurements at high atomic number interfaces in megavoltage photon beam. World Congress on Medical Physics and Biomedical Engineering, Phys. Med. Biol. 33, suppl I, MP26.3, Pg 95 (1988).

Ab-14.   **Das I. J.**, Khan, F.M. and Kase, K.R.; Dose perturbations at high atomic number interfaces in parallel opposed megavoltage photon beams. World Congress on Medical Physics and Biomedical Engineering Phys. Med. Biol. 33, suppl I, MP32.13, Pg 121 (1988).

Ab-15.   Werner, B.L. and **Das I. J.**; Dose perturbations at interfaces in photon beams: the partial fluence model. World Congress on Medical Physics and Biomedical Engineering, Phys. Med. Biol. 33, suppl I, MP5.4, Pg 22 (1988).

Ab-16.   **Das I. J.**, Kase, K.R., and Fitzgerald, T.J.; Electron beam modifications for radiation treatment of superficial malignancies. Med. Phys. 16(3), N7, Pg 491 (1989).

Ab-17.   **Das I. J.**, Kase, K.R., and Tello, V.M.; Dosimetric accuracy at low monitor unit settings. Med. Phys. 16(3), U6, Pg 500 (1989).

Ab-18.   Tang, W.L., Khan, F.M., and **Das I. J.**; Dosimetric effects of lung inhomogeneity in the buildup region for megavoltage photon beams. Med. Phys. 16(4), WP3-5, Pg 678 (1989).

Ab-19.   **Das I. J.**, Kase, K.R., and Fitzgerald, T.J.; Study of dose perturbation parameters for eye shielding in megavoltage photon beam therapy. Int. J. Radiat.Oncol. Biol. Phys. 17, Suppl 1, Pg 145, (1989).

Ab-20.   **Das I. J.**, Kase, K.R., and Kelley, J.E.; Diffusion Approximation for photon dose at a blocked beam edge. Med. Phys. 17(3), V3, Pg 551 (1990)

Ab-21.   Fitzgerald, T.J., Henault S., Anklesaria, P., Kase, K.R., **Das I. J.**, Pierce, J.H., and Greenberger, J.S.; Gamma irradiation resistance of a clonal hematopoietic progenitor cell line is induced by the V-ABL Oncogene as demonstrate by both split dose and single

fraction experiments at 5 cGy/min clinical low dose rate. Int. J. Radiat.Oncol. Biol. Phys., 19, S1, Pg 167 (1990).

Ab-22.   **Das I. J.**, Kase K.R.; Another look at beam energy for Radiation Oncology: Dose perturbation at interfaces, Med. Phys. 18 (3), R3, Pg 651 (1991).

Ab-23.   Cheng C.W., **Das I. J.**, and Stea B; Are three calculation planes adequate in three dimensional planning of tangential breast treatment, Med. Phys. 18 (3), H7, Pg 612 (1991).

Ab-24.   Greenberger J.S., Anklesaria P., Leif J., Sakakeeny M.A., English D.B., Kase K.R., **Das I. J.**, Buckley C., and Fitzgerald T.J.; Indirect gamma irradiation leukemogenesis through bone marrow stromal cells, Int. J. Radiat. Oncol. Biol. Phys. Phys., 21, Sup 1, 136, Pg 187-188 (1991)

Ab-25.   **Das I. J.**, Cheng C.W., Sykes H., and Kase K.R.; Tolerances in setup and dosimetric error in the radiation treatment of breast cancer, Breast Cancer Res. Treat. 19 (2), pg 187, (1991)

Ab-26.   Santucci M.A., FitzGerald T.J., Anklesaria P., Pratt D., Buckley C., **Das I. J.**, Kase K.R., Greenberger J.S., and Holland C.; The Tax-Gene of HTLV-1 increases radiosensitivity of a stromal cell line in vitro, Blood, Suppl. 79, 1585, Pg.399A (1991).

Ab-27.   **Das I. J.**, Bushe H.S., Copeland J.F., Kase K.R. and Fitzgerald T.J.; Spatial distribution of bremsstrahlung in total skin electron irradiation, Med. Phys. 19 (3), P10, Pg 810 (1992).

Ab-28.   **Das I. J.**, and Bushe H.S.; Interface dosimetry as a measure of electron beam energy, Med. Phys. Med. Phys. 19 (3), X8, Pg. 834 (1992).

Ab-29.   Cheng C.W., **Das I. J.**, and Chen D.; Dosimetry in the moving gap region in cranial-spinal irradiation, Med. Phys. 19 (3), S37, Pg. 821 (1992).

Ab-30.   **Das I. J.**, Cheng C.W. and Healey G. A., Optimum field size and beam normalization in electron beams treatment, Int. J. Radiat. Oncol. Biol. Phys., 24, Suppl l, 133, pg 203 (1992).

Ab-31.   Healey G., **Das I. J.**, Lynch J., and Kase K.R. 3-Dimensional dosimetry of head and neck treatment techniques, Int. J. Radiat.Oncol. Biol. Phys., 24, Suppl l, 134, pg 203-204 (1992).

Ab-32.   **Das I. J.**, Bushe H.S., and Copeland J.F.; Determination of exact point of measurement and surface dose in an electron beam with cylindrical ion chamber, Med. Phys. Bulletin, 17(3), P-7, Pg19 (1992)

Ab-33.   Santucci M.A., **Das I. J.**, Anklesaria P., Fitzgerald T.J., and Greenberger J.S. Differential effect of mammalian cellular and viral oncogenes on radioresistance of hematopoietic progenitor cells at clinical low dose rate, Blood, Suppl. 80: 1180, Pg.297A, (1992).

Ab-34.   Copeland J.F., Chabot G.E., Bute J.J., Greenaway F.T., **Das I. J.**, and Kase K.R. ESR dosimetry and interspecies differences. Health Physics, Suppl. 64(6), TAM-C4, Pg 524, (1993).

Ab-35.   **Das I. J.**; Harrington J.C., Akber S.F. and Tomer A.F.  Dosimetric problems at low monitor unit settings for scanned and scattering foil electron beams. Med. Phys. 20 (3), L19, Pg 886, (1993).

Ab-36.   **Das I. J.**, Tabata T., and Coia L.R.  Harvesting backscatter electrons for radiation therapy (BSERT). Med. Phys. 21(6), II83, pg 972 (1994).

Ab-37.   **Das I. J.** and Chopra K.L.  Backscatter dose perturbation at high Z interfaces in kilovoltage photon beams.  Med. Phys. 21(6), K21, pg 903 (1994).

Ab-38.   **Das I. J.** McGee K.P., and Cheng C.W.  Electron beam characteristics at extended treatment distances.  Med. Phys. 21(6), Y4, pg 933 (1994).

Ab-39.   McGee, K.P., **Das I. J.**, Schultheiss T.E., and Simms C.; A phantom for digitally reconstructed radiograph (DRR) verification.  Med. Phys. 21(6), K14, pg 902 (1994).

Ab-40.   Copeland J.F., Chabot G.E., Azzam N.F., MacFarlane C.L., Inglis G.B., Greenway F.T., **Das I. J.** ESR bone dosimetry. Health Physics, 66(6), S21, (1994).

Ab-41.   McGee K.P., **Das I. J.**, Milito S.J., Shammo G., Curran W.J., and Coia L.R. Use of multiplanar reconstruction (MPR) and digitally reconstructed radiograph (DRR) for conformal treatment of brain tumors. Radiology, 193 (Suppl), Pg 174 (1994).

Ab-42.   **Das I. J.**, Downes, M. B.  Beam profiles and dosimetry of small fields used in radiosurgery. Med. Phys. 22(6), pg1009-1010 (1995).

Ab-43.   McGee K.P., Hunt M. A., Martin E. E., Schmidt D. L., Coia L. R., Schultheiss T. E., Hanks G. E., Lee W. R., and **Das I. J.**, Use of a PACS to implement "Filmless" radiation therapy treatments. Med. Phys. 22(6), Pg 1003 (1995).

Ab-44.   **Das I. J.**, Desobry G. E., Soares C. G.  Backscatter dose perturbation with small inhomogeneity in kilovoltage beams. Med. Phys. 22(6), Pg 965 (1995).

Ab-45.   Cheng C-W, **Das I. J.**, Tang W. Chang X-S, Ceberg C., Cassady J. R., Fein D. A. and Fowble B. Dosimetric comparison of treatment planning systems in irradiation of breast with tangential fields. Int. J. Radiat.Oncol. Biol. Phys.32, S1, Pg 262 (1995).

Ab-46.   **Das I. J.**, Cheng C-W., Fein D. A., and Fowble B. Patterns of dose variability in radiation prescription of breast cancer.  Int. J. Radiat.Oncol. Biol. Phys.32, S1, Pg 256 (1995).

Ab-47.   **Das I. J.** and Akber S. F. Ion Recombination and Polarity effects of ionization chambers in mammographic x-ray exposure measurements. Med. Phys., 23(6), pg 1105 (1996).

Ab-48. **Das I. J.** Forward dose perturbation in kilovoltage beams. Med. Phys., 23(6), pg 1116, (1996).

Ab-49. **Das I. J.**, Kagawa K., Desobrey G. E., and Cheng C. W. Target coverage in photon beams used for conformal treatments. Med. Phys., 23(6), pg 1144 (1996).

Ab-50. Downes M. B., **Das I. J.**, Corn B. W., Werner-Wasik M., Rudoler S., Andrews D. W., and Curran W. J.  A simple method for portal imaging of fractionated stereotactic radiation treatment. Med. Phys., 23(6), pg 1173, (1996).

Ab-51. Zellmer D. L., **Das I. J.**, Chapman J. D., and Xu F. Potential dose enhancement in radiotherapy through the use of high-LET electron track ends. Med. Phys. 23(6), pg 1105, (1996).

Ab-52. **Das I. J.**, Lanciano R. M., Kagawa K., Barnes S. C. Movsas B. and Coia L. R. Efficacy of belly board device with CT-simulation in reducing small bowel volume within pelvic irradiation fields. Int. J. Radiat.Oncol. Biol. Phys., 36, Suppl 1, pg 186 (1996).

Ab-53. **Das I. J.**, McNeeley S. W., Desobrey G. E., Cheng E. C., and Schultheiss T.E. Beam characteristics of a retrofitted multileaf collimator. Med. Phys., 24(6), pg 1029, (1997).

Ab-54. **Das I. J.** Broad beam attenuation and organ shielding in kilovoltage photon beams: Dependence on ion chambers. Med. Phys., 24 (6), Pg 1045 (1997).

Ab-55. Verhaegen F., and **Das I. J.**, Dose distribution near high Z interfaces: Analysis of measurements versus Micro- and Macro dosimetric Monte-Carlo simulation. Med. Phys. 24(6), pg 980 (1997).

Ab-56. McNeeley S. W., and **Das I. J.** Surface dose measurements of photon beams using CEA film in a custom packets. Med. Phys., 24 (6), pg 1005 (1997).

Ab-57. Zellmer D. L., Chapman J. D., Stobbe C.C. and **Das I. J.**, Variable biological effects applicable to brachytherapy produced at material interfaces. Med. Phys., 24 (6), pg 1005 (1997).

Ab-58. **Das I. J.**, Chapman J. D., Stobbe C., and Zellmer D. L. Biological effects of low energy track-end electrons produced at high atomic number medium interfaces in kilovoltage X-ray beams. Radiation Research, S, P24-481, pp 271, 1997.

Ab-59. Verhaegen F., and **Das I. J.**, Dose distribution near inhomogeneities irradiated with photon beams: comparison of measurements and Monte-Carlo simulations. Med. Biol. Eng. Comp. 35, Suppl 2, Pg 880, 1997.

Ab-60. **Das I. J.**, Cheng E.C., and Fowble B. Lung and heart volume analyses with CT simulator in tangential field irradiation of breast cancer; Int. J. Radiat. Biol. Phys. 39(2), Suppl, Pg 187, (1997).

Ab-61. Lattanzi J., McNeeley S., Barnes S., **Das I.J.**, Schultheiss T. E., Hanks G. E. Initial results of using daily CT localization to correct portal error in prostate Cancer, Int. J. Radiat. Biol. Phys., 39(2) Suppl, Pg 193 (1997).

Ab-62. Chapman J.D., Stobbe C.C., **Das, I.J.**, Zellmer D.L. Why are mitotic cells resistant to the interphase mechanisms of radioresistance? Radiation Research S1, P18-330, Pg. 173, 1998.

Ab-63. Huq S.M., Steinberg T., **Das I. J.**, Galvin J. A comparison of multileaf collimators. Med. Phys. 25, A164, 1998.

Ab-64. Verhaegen F., **Das I. J.**, Palamans H. Stereotactic radiosurgery (SRS) dosimetry: measurements and monte carlo simulation. Med. Phys. 25, A204, 1998.

Ab-65. Zellmer D. L., **Das I. J.** Dose enhancement due to intravascular stints and source walls. Med. Phys.25, A175, 1998.

Ab-66. **Das I. J.**, Steinberg T. H. Virtual wedge factor: An uncertainty analysis. Med. Phys.25, A204, 1998.

Ab-67. Lattanzi J., McNeeley S., Hanlon A., **Das I. J.**, Schultheiss T. E., Hanks G. E. A comparison of daily CT localization to a daily ultrasound based system (BAT$^{tm}$) in prostate carcinoma, Int. J. Radiat. Biol. Phys., 42(1) Suppl, 215, 1998..

Ab-68. **Das I. J.**, Cheng E.C., Wurzer J. C. Freedman G, Fowble B. Impact of CT simulation for cone down electron treatment of breast cancer. Int. J. Radiat. Biol. Phys., 42(1) Suppl, 244, 1998.

Ab-69. McNeeley S.W., **Das I. J.**, Fowble B. Surface dose measurements using CEA film in a custom packet. Int. J. Radiat. Biol. Phys., 42(1) Suppl, 377, 1998

Ab-70. Cheng C-W., **Das I. J.**, Steinberg T. The role of Multi-leaf Collimator (MLC) in replacing a Cerrobend Block in Radiation Therapy, Radiology, 209(P), 398, 1998.

Ab-71. Das **I. J.**, Cheng E.C, Anderson P. R., Movsas B. Optimum beam angles for the conformal treatment of lung cancer: A CT simulation study, Radiology, 209(P) 164, 1998.

Ab-72. Chapman J. D., Stobbe C. C., **Das I. J.**, Matsumoto Y., Biade S., The radiosensitivity of tumor cells at mitosis, Proc. Am. Ass. Cancer Res., 40, 144, 1999.

Ab-73. **Das I. J.**, Verhaegen F., Moskvin V. Interface dosimetry for KV x-rays: Comparison of measurements and Monte Carlo simulations with EGS4, MCNP4B and Penelope, Radiotherapy & Oncology, 51S, 51, 198, 1999.

Ab-74. Zellmer D. L., **Das I. J.**, Dosimetry of intravascular stints and source tissue interfaces, Radiation Research, ICRR, Vol 1, 228, 1999.

Ab-75.   **Das I. J.,** Akber S. F. Broad beam attenuation measurements in kilovoltage beams, Med. Phys., 26(6), 1123, 1999.

Ab-76.   **Das I. J.,** Mitra R. K.& Cheng Chee-Wai, Transmission and dose perturbations with high-Z materials in clinical electron beams, Med. Phys., 26(6), 1155, 1999.

Ab-77.   **Das I. J.,** Mitra R. K. Modulation of MLC dose undulation Med. Phys., 26(6), 1140, 1999.

Ab-78.   **Das I. J.,** Moskvin V. Verhaegen F., Tabata T. Monte Carlo simulated data for dose perturbation at high-Z interfaces irradiated by kilovoltage photon beams undulation. Med. Phys., 26(6), 1122, 1999.

Ab-79.   Verhaegen F, **Das I. J.,** Monte Carlo study of virtual versus physical wedges for photon beams of 6-10 MV. Med. Phys., 26(6), 1167, 1999.

Ab-80.   Freedman G. M., **Das I. J.,** Mitra R. K., Nicolaou N., Fowble B. Internal mammary node (IMN) irradiation increases dose to the heart and coronary vessels, Int. J. Radiat. Oncol. Biol. Phys, 45(3S), 314-315, 1999.

Ab-81.   **Das IJ,** Hanlon AL, Mitra RK, Hanks GE. Need for a national protocol for portal filming practices impacting on target volume dose specification, reporting and delivery Int. J. Radiat. Oncol. Biol. Phys, 45(3S), 342, 1999

Ab-82.   Mitra R. K. **Das IJ** Horwitz, EM, Pinover WH, Hanks GE, Dosimetric implication of post implant prostatic edema with I-125 brachytherapy: temporal and spatial dose volume histogram analysis based on image fusion, Presented at RSNA meeting in Chicago, Nov. 1999.

Ab-83.   Horwitz, EM, Mitra R. K. **Das I J,** Pinover W H, Hanlon A L, Hanks G E, Impact of target volume coverage with RTOG 98-05 guidelines for transrectal ultrasound guided permanent I-125 prostate implant, Radiother. Oncol. 55 (S1), 42, 2000.

AB-84.   **Das I. J.** Kassaee A, Verhaegen F., Moskvin V. P. Interface dosimetry: Measurements and Monte Carlo simulations of low energy photon beams, Proceedings of the 8th Int. Symp. Radiat. Phys., Pg 114, 2000.

AB-85.   Arjomandy B., Rajotte M., **Das I. J.,** Dosimetric verification of gynecological implants. Proceedings of the 22nd Annual International Conference of the IEEE Eng. Med. Biol. Th-FXH-30, Piscatway, NJ, CD-Rom, 2000.

AB-86.   Cheng C. W., **Das I. J.** Kapulski A. Comparison of beam characteristics in normal and intensity modulated radiation therapy (IMRT) of a modern accelerator. Proceedings of the 22nd Annual International Conference of the IEEE Eng. Med. Biol. MO-B BR-8, Piscatway, NJ, CD-Rom, 2000.

AB-87.   Kassaee A, **Das I J**. Desai D. Solin L J.. Dosimetry of overlap region in the radiation treatment of breast cancer accelerator. Proceedings of the 22nd Annual International Conference of the IEEE Eng. Med. Biol, Th-C XH-62, Piscatway, NJ, CD-Rom, 2000

AB-88.   Mitra R. K., **Das I. J.**, Verhaegen F. Film dosimetry and commissioning of virtual wedge. Proceedings of the 22nd Annual International Conference of the IEEE Eng. Med. Biol. FR-B BR-3, Piscatway, NJ, CD-Rom, 2000

AB-89.   **Das I. J.**,. Kassaee A., Mitra R. K.,. Rosenthal D. I. Dosimetric implication of multileaf collimator leaves for abutting, half beam blocking and intensity modulation. Proceedings of the 22nd Annual International Conference of the IEEE Eng. Med. Biol. WE-F XH-47, Piscatway, NJ, CD-Rom, 2000

AB-90.   **Das I. J.**,. Chopra K. L.,  Kassaee A., Verhaegen F. Dose Perturbations at Interfaces: Effect of Ion Chamber. Proceedings of the 22nd Annual International Conference of the IEEE Eng. Med. Biol. Th-B BR-2, Piscatway, NJ, CD-Rom, 2000

AB-91.   Zhu T., **Das I. J.**, Bjarngard B. Components of bremsstrahlung in electron beam therapy Chamber. Proceedings of the 22nd Annual International Conference of the IEEE Eng. Med. Biol. Th-B BR-7, Piscatway, NJ, CD-Rom, 2000

Ab-92.   Cheng C. W., Wong J. R., Ndlovu A. M., **Das I. J.**, Schiff P., Uematzu M. Dosimetric study of virtual mini-multileaf and its clinical implication, Int. J. Radiat. Oncol. Biol. Phys, 48(3S), 342-343, 2000.

Ab-93.   Mitra R. Mah D., **Das I. J.**, Movsas B. Schultheiss T. E. Effect of inhomogeneities in small fields: dosimetric implications for complex IMRT of lung. Int. J. Radiat. Oncol. Biol. Phys, 48(3S), 129, 2000.

AB-94.   Kassaee A, **Das I. J.**, Rosenthal DI, Tochner Z, Modification of Gill-Thomas-Cosman (GTC) frame for extra-cranial stereotactic radiotherapy. Int. J. Radiat. Oncol. Biol. Phys, 48(3S), 322-323, 2000.

Ab-95.   **Das I. J.**, Kassaee A., Solin L. J., Wang L., Verhaegen F. Dosimetric implementation of lung in the radiation treatment of breast cancer. Radiology, 217(P), 406, 2000.

AB-96.   Shikama N., **Das I. J.**, Cheng C. W., Is there a need for high energy photon beams in radiation treatment of breast cancer in a sub-population of large breast women?, Radiother. Oncol.,58 Supp1, S77-78, 2001.

Ab-97.   **Das I. J.**, Kassaee A., Solin L. J., Wang L., Verhaegen F. Interface dosimetry of lung and chest wall in radiation treatment of breast cancer. Radiother. Oncol, 58 Supp1, S65, 2001.

Ab-98.   Mitra R.K., **Das I. J.**, Horwitz, E, Pinover W., Hanks G., Schultheiss T. Image fusion based analysis of post implant prostate edema with I-125 brachytherapy: spatial and temporal dose volume histogram implications. Radiother. Oncol. 58 Supp1, S68, 2001.

AB-99.   Mitra R.K., Mah D., **Das I. J.**, Movsas B., Schultheiss T. Effect of inhomogeneities in complex IMRT treatment of lung: film verification of dosimetric implications. Radiother. Oncol. 58 Supp1, S38, 2001.

AB-100.  Mitra R.K., **Das I. J.**, Mah D., Horwitz, E, Pinover W., Movsas B, Hanks G., Schultheiss T. Clinical evaluation and implementation of MLC dose undulation using Siemens HD-270. Radiother. Oncol. 58 Supp1, S21, 2001.

Ab-101.  Mitra R.K., **Das I. J.**, Bayouth J. Startup characteristics and dosimetry of small monitor unit (MU) segments in step and shoot IMRT delivery for two types of digital linear accelerators, Med. Phys. 28(6) 1202, 2001.

Ab-102.  **Das I. J.,** Cheng C.-W., Dosimetric characteristics of new Gafchromic-HS film, Med. Phys. 28(6), 1244, 2001.

AB-103.  Jones A., **Das I. J.**, Simpson L, A Monte Carlo study of small photon beams in inhomogeneous medium, Med. Phys. 28(6), 1251, 2001.

Ab-104.  Rusu I. McDonough J, **Das I. J.** Transmission factors of immobilization devices used for IMRT and conformal therapy, Med. Phys. 28(6), 1266, 2001.

Ab-105.  **Das I. J.,** Cheng C.-W., Basic Film dosimetry, Med. Phys. 28(6),1274-1275, 2001.

Ab-106.  Mitra R.K., Mah D., **Das I. J.**, Horwitz, E, Hanks G., Evaluation of Dosimetric Characteristics of a Virtual Micro-Multileaf Collimator - Siemens HD270 MLC, Med. Phys. 28(6), 1277, 2001.

Ab-107.  Cheng C.-W., **Das I. J.,** Huq M. S. Grimm L. Lateral loss and dose discrepancies in the step-and-shoot aproach of IMRT beamlets, Med. Phys. 28(6), 1308-1309, 2001.

Ab-108.  Das IJ., Cheng E. C, Schultz D., Harris E., Solin, L. J. Radiation pneumonitis in megavoltage treatment of breast cancer, Int. J. Radiat. Oncol. Biol. Phys., 51(s), 42606, 2001).

Ab-109.  Cheng C.-W., Grimm L., Wong J., **Das I. J.,** The effect of beam characteristics on IMRT delivery with step-and-shoot technique, Radiology, 221(P)602, 2001.

Ab-110.  **Das I. J.** and Zhu T., Temporal and thermal response to Farmer-type ion chambers, Medical Physics, 29, 1319-1320, 2002.

Ab-111.  Cheng C.-W., **Das I. J.**, Ying X., Galvin J.M., Beam characteristics in intensity modulated radiotherapy (IMRT) of modern accelerators, Medical Physics, 29; 1266, 2002.

Ab-112.  **Das I. J.** Cheng C.W; Pai S., Film dosimetry in megavoltage radiation beams, Med. Phys. 29, 1281, 2002.

Ab-113.  Cheng C.-W., Tang, W. L., **Das I. J**, Beam characteristics and transmission factors of the dual wedge systems for Varian Clinac and EX accelerators. Medical Physics, 29; 1212, 2002.

Ab-114.  **Das I. J.** Szeglin, S, Bieda M. R., Cheng C.W. Leaves position accuracy and quality assurance of MLC with an ion chamber array. Medical Physics, 29, 1320, 2002.

Ab-115.  Bieda M. R., Szeglin, S., **Das I. J.,** Microanalysis and temporal response of accelerators in IMRT mode. Medical Physics, 29, 1304, 2002.

Ab-116.  Bieda M. R., Sarkar, A., **Das I. J.,** Accuracy of Kodak EDR2 film in measuring clinical dosimetry data. Medical Physics, 29; 1264, 2002.

Ab-117.  Jang S., Wang L., **Das I. J.,** Virtual source position in electron beam. Medical Physics, 29; 1203, 2002..

Ab-118.  Kota C., **Das I.J,** Harris E.R ,. Variability and underdosing of apical points in vaginal applicators used in high dose rate, Med. Phys. 29; 1223, 2002.

Ab-119.  Jones A., **Das I. J.**, A comparison of algorithms to Monte Carlo data near inhomogeneities, Med. Phys. 29; 1232, 2002.

Ab-120.  **Das I. J.** Cheng C. W., Harris E.R., Solin L. J., Contralateral radiation dose in breast treatment with physical and soft wedges, Radiology (Accepted for presentation in RSNA, 2002.)

## III. PRESENTATIONS (without published abstract)

Pr-1.  Cheng C. W. and **Das I. J.**; Treatment plan evaluation using dose volume histogram (DVH) and differential dose volume histogram (dDVH). Annual AAPM meeting Washington D.C. August 8-12 (1993).

Pr-2.  Iannitto J. F., **Das I. J.,** Desobry G. E., Chen H-L. A Radiographic Technique for Acquisition of External Patient Contour.  Annual meeting of the AAMD, Salt Lake City, UT, June 5-10, (1994).

Pr-3.  D'Emilio B. S., **Das I. J.,** McGee K. P. An Evaluation of Tabletop Materials for autocontouring in CT Treatment Planning.  Annual meeting of the AAMD, Salt Lake City, UT, June 5-10, (1994).

Pr-4.  **Das I. J.,** McGee K.P., Hunt M.A., Schultheiss T.E., Hanks G. E., and Sims C.  A pragmatic approach to acceptance testing of a CT simulator.  European Symposium on CT-based simulation in radiotherapy, Gent, Belgium, June 16-18, 1994.

Pr-5.  McGee K.P., Martin E.E., Hunt M.A., **Das I. J.,** Schultheiss T.E., and Hanks G.E., Integration of CT-simulation to the picture archives and communication system in radiation oncology.  European Symposium on CT-based simulation in radiotherapy, Gent, Belgium, June 16-18, 1994.

Pr-6.  McGee K.P., **Das I. J.**, Schultheiss T.E. Towards a quantitative analysis of digitally reconstructed radiographs (DRRs): finding a path through the maze. PACSRO meeting, July 13-14, Philadelphia, PA, 1994.

Pr-7.  **Das I. J.**, Downes, M. B., Curran W. J., Wasik M. W. and Andrews D. W. Characteristics of a dedicated linear accelerator based stereotactic radiosurgery/radiotherapy unit (Clinac-600SR). The 2nd Congress of the international Stereotactic radiosurgery society, Boston, June 14-17 (1995).

Pr-8.  Cheng C-W, **Das I. J.**, LaFrance, T.  Effect of beam energy, dose, and dose rate on $P_{ion}$. AAPM annual meeting, Boston, MA, July 23-27 (1995).

Pr-9.  **Das I. J.**, and Gazda M. J. Characteristics of a scintillator-based daily QA device for radiation oncology. AAPM annual meeting, Boston, MA, July 23-27 (1995).

Pr-10. Cheng C. W. **Das I. J.** and Roehrig H. Characteristics of CEA films for megavoltage portal imaging. AAPM annual meeting, Philadelphia July 21-25 (1996).

Pr-11. Zellmer D. L., Chapman J. D., **Das I. J.**,  and Xi F. Microdosimetry and radiobiological enhancement of low energy electrons. XXII Symposium on Microdosimetry, Oxford, UK Sept 29-October 4 (1996).

Pr-12. **Das I. J.**, Lanciano R. M., Fein D.A., and Movsas B. CT simulation and CT-CT image fusion for reduction of small bowel volume in pelvic irradiation. AcQsim 3rd Annual Users' Conference, Los Angeles, CA October 24-25 (1996).

Pr-13. **Das I. J.**, Chapman J. D., Zellmer D. L., and Verhaegen F. Interface dosimetry in kilovoltage beams, Kilovoltage dosimetry workshop, Palo Alto, CA, April 14-15, 1997.

Pr-14. **Das I. J.**, McNeeley S. W., and Cheng C.-W., Effective point of measurements of ionization chambers in electron beams. PA-L-03, AAPM annual meeting, Milwaukee, July 27-31 (1997).

Pr-15. Cheng C-W., **Das I. J.**, Roehrig H. Characteristics of CEA films for megavoltage portal imaging. AAPM annual meeting, San Antonio, Med. Phys.25, PA-65, A93, (1998).

Pr-16. **Das I. J.**, Steinberg T. H. Dosimetric undulations in multileaf collimator. AAPM annual meeting, San Antonio, Med. Phys.25, PA-104, A93, 1998.

Pr-17. Verhaegen F., **Das I.J.**, Nahum A.E. Monte Carlo modeling in kV X-ray dosimetry: strength and limitations, British Institute of Radiology, London, Nov.25 1998.

Pr-18. Mitra R. K. & **Das I. J.**, Dosimetric considerations of MLC shaped fields and optimization techniques for conformal therapy using dose volume histogram (DVH) analysis Annual AAPM meeting in Nashville, Med. Phys.26, PA-T-56, 1999



Pr-19. **Das I. J.**, Moskvin V. Verhaegen F., Tabata T. Pitfalls in Monte Carlo simulations for interface dosimetry in kilovoltage beams, 3rd Int. workshop on electron and photon transport theory applied to radiation dose calculation, Indianapolis, Aug 8-12, 1999.

Pr-20. Moskvin V. Tabata T. **Das I. J.**, Average depth of penetration and average penetration depth (projected range) of electrons: differences and similarities, 3rd Int. workshop on electron and photon transport theory applied to radiation dose calculation, Indianapolis, Aug 8-12, 1999.

## IV.    Original Papers (Bibliography)

P-1.   Deward L.A., Cameron J.R., Wu Da-ke, Papini T. and **Das I. J.**; Characteristics of a new dosimeter material LiF (Mg, Cu, P); *Rad. Protection Dosimetry*, 6, 350-352, 1983.

P-2.   Meigooni A.S. and **Das I. J.**; Parameterization of depth dose for electron beams; *Phys. Med. Biol.* 32, 761-768, 1987.

P-3.   Werner B.L., **Das I. J.**, Khan F.M. and Meigooni A.S.; Dose perturbations at interfaces in photon beams: *Med. Phys.* 14, 585-595, 1987.

P-4.   Werner B.L. and **Das I. J.**; Dose distributions in regions containing beta sources, Plan interface in a homogeneous medium: *Med. Phys.* 14, 797-806, 1987.

P-5.   **Das I. J.**; An empirical method for beta-ray dosimetry at a plane homogeneous plane interface, *Phys. Med. Biol.* 32, 1609-1613, 1987.

P-6.   Werner B.L., **Das I. J.** and Khan F.M.; The production of secondary electrons in an electron beam; *Med. Phys.* 14, 992-995, 1987.

P-7.   **Das I. J.**, Khan F.M. and Gerbi B.J.; Dose perturbation as a measure of megavoltage photon beam energy: *Med. Phys.* 15, 78-81, 1988.

P-8.   **Das I. J.**, McCullough E.C. and Weber F.; Evaluation of several film/screen combinations for megavoltage radiation therapy treatment field verification: *Med. Dosim.* 13, 95-97, 1988.

P-9.   Werner B.L., Kwok C.S. and **Das I. J.**; Dose distributions in regions containing beta sources: Large spherical source regions in a homogeneous medium: *Med. Phys.* 15(3), 358-363, 1988.

P-10.  **Das I. J.** and Khan F.M.; Backscatter dose perturbation in megavoltage photon beams at high atomic number interfaces: *Med. Phys.* 16(3), 367-375, 1989.

P-11.  Werner B.L., **Das I. J.** and Salk W.L.; Dose perturbations at interfaces in photon beams: A simplified model: *Med. Phys.* 17, 212-226, 1990.

P-12.  **Das I. J.**, Kase K.R., Meigooni A. S., Khan F.M., and Werner B.L.; Validity of transition zone dosimetry of high atomic number interfaces in megavoltage photon beams: *Med. Phys.* 17, 10-16, 1990.

P-13. Fitzgerald T.J., Henault S., Sakakeeny M., Santucci M.A., Pierce J.H., Anklesaria P., Kase K.R., **Das I. J.** and Greenberger J.S.; Expression of transfected recombinant oncogenes increases irradiation resistance of clonal hematopoietic and fibroblast cell lines selectively at clinical low dose rate. *Radiation Research* 122, 44-52, 1990.

P-14. **Das I. J.,** Kase K.R., Fitzgerald T.J. and Ligon D.A.; Study of dose perturbation parameters for eye shielding in megavoltage photon beam therapy. *Int. J. Radiat. Oncol. Biol. Phys.* 19, 461-467, 1990.

P-15. **Das I. J.,** Kase K.R. and Tello V.; Dosimetric accuracy at low monitor unit settings. *Br. J. Radiology,* 64, 808-811, 1991.

P-16. **Das I. J.,** Kase K.R., Copeland J.F. and Fitzgerald T.J.; Study of electron beam dose modifications for the treatment of superficial malignancies. *Int. J. Radiat.Oncol. Biol. Phys.* 21, 1627-1634, 1991.

P-17. Fitzgerald T.J., Santucci M.A., **Das I. J.,** Kase, K.R., Pierce, J.H., and Greenberger, J.S.; The V-ABL, C-FMS, or VMYC Oncogene induced gamma irradiation resistance of hematopoietic progenitor cell line 32d CL 3 at clinical low dose rate. *Int. J. Radiat. Oncol. Biol. Phys* ., 21, 1203-1210, 1991.

P-18. **Das I. J.;** Dosimetry of electron backscatter at mandibular reconstruction in megavoltage photon beam. *Br. J. Radiology,* 64, 185-186, 1991.

P-19. **Das I. J.,** Kase, K.R., Kelley, J.E., and Werner, B.L.; Photon beam dosimetry at a blocked beam edge using diffusion approximation. *Phys. Med. Biol.* 37, 937-946, 1992.

P-20. **Das I. J.,** and Kase K.R.; Dosimetric accuracy at low monitor unit settings, *Br. J. Radio.l,* 65, 92 (1992).

P-21. Santucci M.A., Anklesaria P., Fitzgerald T.J., Valenski H., Anderson S., Kase K.R., **Das I. J.,** Sakakeeny M.A. and Greenberger J.S.; V-SRC gene product is not responsible for increased gamma irradiation resistance of clonal hematopoietic cells at clinical low dose rate. *Radiat. Res.* 129, 297-303,1992

P-22. **Das I. J.,** and Kase K.R.; Higher energy, is it necessary, is it worth the cost for Radiation Oncology? *Med. Phys.* 19, 917-925, 1992.

P-23. **Das I. J.;** Problems of high Z interfaces in megavoltage photon beam therapy, *Med. Phys. Bulletin.,* 17(4), 31-33, 1992.

P-24. **Das I. J.,** Cheng C.W., Fosmire H., Kase K.R., and Fitzgerald T.J.; Tolerances in setup and dosimetric error in the radiation treatment of breast cancer. *Int. J. Radiat. Oncol. Biol. Phys.* 26(5), 883-890, 1993.

P-25. Santucci M.A., Anklesaria P., Laneuville P., **Das I. J.**, Sakakeeny M.A., Fitzgerald T.J. and Greenberger J.S.; Expression of p210 BCR/ABL increases hematopoietic progenitor cell radiosensitivity. *Int. J. Radiat.Oncol. Biol. Phys.* 26(5), 831-836, 1993.

P-26. **Das I. J.**, Bushe H.S. and Copeland J.F.; Determination of exact point of measurement and surface dose in an electron beam with cylindrical ion chamber. *Med. Phys. Bulletin.*, 18(2) 16-19, 1993.

P-27. Santucci M.A., Holland C.A., Anklesaria P., **Das I. J.**, Fitzgerald T.J., McKenna M.G., Sakakeeny M.A., and Greenberger J.S.; Expression of the transcriptional activator tax protein of human t-cellleukemia virus type I increases the radiosensitivity of a mouse fibroblast cell line to ionizing radiation *Radiat .Oncol. Investigations*, 1(3) 131-136, 1993.

P-28. **Das I. J.,** and Bushe H.S.; Backscattering and transmission through a high Z interface as a measure of electron beam energy, *Med. Phys.* 21(2), 315-319, 1994.

P-29. **Das I. J.**, Harrington J.C., Akber S.F., Tomer A.F., and Murray J.C.; Dosimetric problems at low monitor unit settings for scanned and scattering foil electron beams. *Med. Phys.* 21(6) 821-826, 1994.

P-30. Cheng C.W., **Das I. J.**, and Chen D-J; Dosimetry in the moving gap region in cranio-spinal irradiation. *Br. J. Radiol.* 67, 1017-1022, 1994.

P-31. Cheng C.W., **Das I. J.**, and Stea B; The effect of the number of computed topographic slices and the evaluation of treatment planning systems on the radiation therapy of intact breast. *Int. J. Radiat.Oncol. Biol. Phys.* 30(1) 183-195 1994.

P-32. Iannitto J.F., **Das I. J.**, Desobry G.E., Chen H-L.; A radiographic technique for acquisition of external patient contour. *Med. Dos.* 19(4) 211-216, 1994.

P-33. D'Emilio, B.S., **Das I. J.**, and McGee, K.P. An evaluation of tabletop materials for autocontouring in CT treatment planning. *Med. Dos.* 19(4 ), 223-226, 1994.

P-34. **Das I. J.**, Copeland J.F., and Bushe H.S.; Spatial distribution of bremsstrahlung in total skin electron irradiation, *Med. Phys.* 21 (11), 1733-1738, 1994.

P-35. **Das I. J.**, Cheng C.W. and Healey G. A., Optimum field size and beam normalization in electron beam treatment. *Int. J. Radiat.Oncol. Biol. Phys.* 31(1), 157-164, 1995.

P-36. McGee K.P., **Das I. J.**, Martin EE, Schultheiss T.E., Fein E. A., and Hanks G.E.; Picture archiving and communications systems in radiation oncology (PACSRO): Tools for a physics based digital image review system. *Radiotherapy & Oncology* , 34 (1) 54-62, 1995.

P-37. Cheng C.W., **Das I. J.**, and Chen D-J. Field matching in craniospinal irradiation. *Br. J. Radiology,* 68, 670-671, 1995.

P-38. **Das I. J.**; Backscatter radiation damage at tissue-titanium interface in biological dosimetry experiment, *Acta. Oncologica*, 34(4), 543-545, 1995.

P-39. **Das I. J.** and Chopra K.L.; Backscatter dose perturbation in kilovoltage photon beams at high Z interfaces. *Med. Phys.* 22 (6) , 767-773, 1995.

P-40. **Das I. J.**, Coia L.R., and Tabata T. Harvesting backscatter electrons for radiation therapy. *Int. J. Radiat. Oncol. Biol. Phys.* 33(3) 695-703, 1995.

P-41. **Das I. J.**, McGee K.P, Fein D. A., Milito S. R., Shammo G., Curran W. J., Coia L. R. Use of multiplanar reformatting (MPR) and digitally reconstructed radiograph (DRR) for conformal treatment of brain tumors. *RadioGraphics* , 15(6), 1483-1488, 1995.

P-42. **Das I. J.**, McGee K.P., and Cheng C.W. Electron beam characteristics at extended treatment distances. *Med. Phys.* 22 (10) 1667-1674, 1995.

P-43. McGee, K.P., **Das I. J.** and Sims, C. Evaluation of digitally reconstructed radiographs (DRRs) used for clinical radiotherapy: A phantom study. *Med. Phys.* 22(11) 1815-1827, 1995.

P-44. **Das I. J.**, Downes M. B., Corn B. W., Curran W. J., Wasik M. W., and Andrews D. W. Characteristics of a dedicated linear accelerator based stereotactic radiosurgery-radiotherapy unit. *Radiotherapy and Oncology*, 38(1) 61-67, 1996.

P-45. **Das I. J.**, Gazda M.J. and Beddar, A. S. Characteristics of a scintillator-based daily QA device for radiation oncology. *Med. Phys.* 23 (12) 2061-2067, 1996.

P-46. Cheng C.W. and **Das I. J.** Dosimetry of high-energy photon and electron beams using CEA films. *Med. Phys.* 23, 1225-1232, 1996.

P-47. **Das I. J.**, Cheng C.W, Fein D. A., Coia L.R., Curran W. and Fowble B.; Dose estimation to critical organs from a vertex field. *Int. J. Radiat. Oncol. Biol. Phys. 37(5), 1023-1030*, 1997.

P-48. **Das I. J.**, Cheng C.W, Fein D. A., and Fowble B. Patterns of dose variability in radiation prescription of breast cancer. *Radiotherapy & Oncology, 44, 83-89,* 1997.

P-49. Cheng C.W, **Das I. J.**, Tang W.L., Chang X-S., Tsai J-S, Ceberg C. De Gaspie B, Singh R., Fein D. A., and Fowble B. Dosimetric comparison of treatment planning systems in irradiation of breast with tangential fields. *Int. J. Radiat. Oncol. Biol. Phys. 38(4), 835-842,* 1997.

P-50. **Das I. J.**, Lanciano R. M., Movsas B., Kagawa K., and Barnes S. C. Efficacy of belly board device with CT-simulation in reducing small bowel volume within pelvic irradiation fields. *Int. J. Radiat.Oncol. Biol. Phys.,39(1), 67-76,* 1997.

P-51. **Das I. J.**; Forward dose perturbation at high atomic number interfaces in kilovoltage x-ray beams. *Med. Phys. 24(11), 1781-1787,* 1997.

P-52. **Das I. J.** Broad beam attenuation and organ shielding in kilovoltage photon beams: Effect of ion chambers, *Br. J. Radiol. 71, 68-73, 1998.*

P-53. Desobry G. E., Waldron T. J., and **Das I. J.**; Validation of a new virtual wedge model. *Med. Phys. 25 (1), 71-72,* 1998.

P-54. Lattanzi J., McNeeley S., Hanlon A., **Das I. J.,** Schultheiss T. E., Hanks G. E. Daily CT localization for correcting portal errors in treatment of prostate cancer, *Int. J. Radiat.Oncol. Biol. Phys, 41(3), 1079-1086,* 1998.

P-55. Zellmer D. L. Chapman J. D., Stobbe C.C., Xu F. and **Das I.J.** Biological enhancement of low energy electrons. *Radiat. Research, 150 (10), 406-415,* 1998.

P-56. **Das I. J.** and Akber S. F. Ion recombination and polarity effect of ionization chambers in X-ray exposure measurements. *Med. Phys.* 25(9), *1751-1757,* 1998.

P-57. **Das I. J.,** Cheng E.C., Freedman G., and Fowble B. Lung and heart volume analyses with CT simulator in tangential field irradiation of breast cancer; *Int. J. Radiat. Oncol. Biol. Phys. 42(1) 11-19,* 1998

P-58. **Das I. J.,** Desobry G. E., McNeeley S. W., Cheng E. C., and Schultheiss T.E. Beam characteristics of a retrofitted Siemens multileaf collimator. *Med. Phys,* 25(9), *1676-1684,* 1998.

P-59. Verhagen F., **Das I. J.,** and Palmans H. Monte Carlo dosimetry study of a 6 MV stereotactic radiosurgery unit. *Phys. Med. Biol. 43(10), 2755-2768,* 1998.

P-60. **Das I. J.,** McNeeley S. W., and Cheng C.-W., Ionization chamber shift correction and surface dose measurements in electron beams. *Phys. Med. Biol. 43(11) 3419-3424.* 1998

P-61. **Das I. J.,** Cheng C.W. and Akber S. F. Low monitor units: Significance in special therapy, (letter) *Phys. Med. Biol. 44(2), L1-2,* 1999

P-62. Lattanzi J., McNeeley S., Pinover W., Horwitz E., **Das I. J.,** Schultheiss T. E., Hanks G. E. A comparison of daily CT localization to a daily ultrasound-based system in prostate cancer, *Int. J. Radiat.Oncol. Biol. Phys, 43(4), 719-725,* 1999.

P-63. Cheng C.W. and **Das I. J.,** Treatment plan evaluation using dose-volume histograms (DVH) and spatial dose volume histogram (zDVH); *Int. J. Radiat. Oncol. Biol. Phys., 43(5) 1143-1150,* 1999.

P-64. Chapman J. D., Stobbe C.C., Gales T., **Das, I.J.,** Zellmer D. L., Biade S., Matsumoto Y. Condensed chromatin and cell inactivation by single-hit kinetics, *Radiat. Res. 151 (4) 433-441* 1999.

P-65. Verhaegen F, **Das I. J.,** Monte Carlo simulation of virtual wedges. *Phys. Med. Biol. 44, N251-N259,* 1999

P-66. Herold D. M., **Das I.J.**, Stobbe C.C., Iyer R. V, Chapman J. D. Gold microspheres: A selective technique for producing biologically effective dose enhancement. *Int. J. Radiat. Biol.* 76, 1357-1364, 2000.

P-67. **Das I. J.**, Cheng E.C, Anderson P. R., Movsas B. Optimum beam angles for the conformal treatment of lung cancer: A CT simulation study. *Int. J. Cancer (Radiat. Oncol. Invest)* 90-359-365, 2000

P-68. **Das I. J.**, Downes M. B. Kassaee A, Tochner Z. Choice of radiation detector for beam profiles and dosimetry of small fields used in stereotactic radiosurgery-radiotherapy. *J. Radiosurg.* 3 (4), 177-186, 2000.

P-69. **Das I. J.**, Kassaee A, Verhaegen F., Moskvin V. Interface dosimetry: Measurements and Monte Carlo simulations of low energy photon beams, *Radiat. Phys. Chem., 61, 593-595, 2001.*

P-70. Zhu T. C., **Das I. J.**, Bjärngard B.E. Characteristics of bremsstrahlung in electron beams *Med. Phys. 28, 1352-1358, 2001.*

P-71. Moskvin V, Papiez L., Tabata T., **Das, I.J.** Calculation of deep penetration using the method of trajectory rotation. *In Advanced Monte Carlo for Radiation Physics, Particle Transport Simulation and Applications. Eds. A. Kling, F.J.C Barao, M.Nakagawa, L. Tavora, P Vaz,* (Springer-Verlag, NY, 2001), Pg 199-204

P-72. Cheng C. W., **Das I. J.** Steinberg T, The role of multileaf collimator (MLC) in replacing a Cerrobend blocks in radiation therapy. *Int. J. Cancer (Radiat. Oncol. Invest) 96(6), 385-395 2001*

P-73. Cheng C.W., **Das I. J.**, Comparison of beam characteristics in a step and shoot intensity modulated radiation therapy (IMRT) and normal treatment condition. *Med. Phys.* 29, 226-230, 2002

P-74. **Das I. J.**, Moskvin V.P., Kassaee A., Tabata T., Verhaegen F. Dose perturbations at high-Z interfaces in kilovoltage photon beams: Comparison with Monte Carlo simulations and measurements. *Radiat. Phys. Chem. 64(3), 173-179, 2002.*

P-75. Huq M. S., **Das I. J.**, Steinberg T., Galvin J. M. A dosimetric comparison of various multileaf collimators *Phys. Med. Biol.,* 47; N159-170, 2002.

P-76. Cheng C.W., **Das I. J.**, Ndlovu A., The effect of the initial pulse forming network (IPFN) on leakage radiation in step-and-shoot intensity modulated radiation therapy (IMRT) *Med. Phys.* 29(9), 1974-1979, 2002.

P-77. Cheng C.W., Wong J. R., Ndlovu A. M., **Das I. J.**, Schiff P. Dosimetric evaluation and clinical application of virtual mini-multileaf. Am J. Clin. Oncol. (in press), 2002.

P-78. Alecu R, **Das, I.J.**, Gerbi B.J., Lief E., Mijnheer B..J., Reft C, Sibata C, van Dyk J. Management of radiation oncology patients with implanted high-Z materials: Report of the AAPM radiation therapy committee Task Group 63, (submitted to Med. Phys. 2002).

P-79. Mutic S., Palta J.R., Butker E. K., **Das I. J.**, Huq M. S., Loo L. D., Salter B. J., McCollough C. H., Van Dyke J. Quality assurance for CT simulators and the CT simulation process: Report of the AAPM radiation therapy committee Task Group No. 66, (submitted to Med. Phys. 2002).

P-80. Horwitz, EM, Mitra R. K. **Das I. J.**, Pinover W H, Hanlon A L, Hanks G E, Impact of target volume coverage with RTOG98-05 guidelines for transrectal ultrasound guided permanent I-125 prostate implant. (Submitted to Radiother. Oncol.2001)

P-81. Cheng C.W., **Das I. J.**, Huq M.S. Lateral loss and dose discrepancies of MLC segments in the step-and-shoot approach of IMRT (Submitted to Phys. Med. Biol.2002)

P-82. **Das I. J.**, Mitra R. K., Cheng C. W., Kassaee A, Transmission and dose perturbations with high-Z materials in clinical electron beams,(being submitted to Med. Phys. 2002)

P-83. **Das I. J.**, Cheng E. C., Freedman G, Fowble B. Impact of CT simulation for cone down electron treatment of breast cancer. (submitted to Int. J. Radiat. Oncol. Biol. Phys., 2002)

P-84. **Das I. J.**, Kagawa K. Cheng C.-W. Target coverage in conformal photon beam treatments, (submitted to Int. J. Radiat. Oncol. Biol. Phys., 2002)

P-85. **Das I. J.**, Mitra R. Steinberg T. H., Cheng C.-W., Modulation of multi-leaf-collimator dose undulation, [submitted to Med. Phys. 2001].

P-86. Shikama N. **Das I. J.** Is there a need for high-energy photon beam in three-dimensional radiation treatment of large breast [Submitted to Radiother. Oncol.2002]

**Electronic Publications:**

Lee J. H., **Das, I. J.**, Woo, S.Y., Grant W., Teh B.S., Chiu J. K., Butler E. B. Intensity modulated radiation therapy: An introduction for patients and clinicians, Oncolink: "http:/www.oncolink.upenn.edu/speciality/rad_onc/treat/imrt1.html" [Posted July 17, 2000]

 

Thomas
Jefferson
University

Jefferson
Medical
College

Walter J. Curran, Jr., MD, FACR
Professor and Chairman
Department of Radiation Oncology
Clinical Director
Kimmel Cancer Center

111 South 11th Street
Bodine Center for
Cancer Treatment
Philadelphia, PA 19107-5097

215-955-6700, 6701
Fax: 215-955-0412, 5331
Pager: 215-955-1303, #4227
walter.curran@mail.tju.edu

October 30, 2002



Robert A McDermott, Esquire
McKissock & Hoffman, PC
2040 Linglestown Road
Suite 302
Harrisburg, PA 17110

Dear Mr. McDermott:

The following opinion is based on my careful review of the following records made available for my review:

Records of Drs. Marilyn Miller, David Salinger, Lawrence Feldman, Leslie Wong, Paul Manson, and Robert Spence.

The Complaint against the Defendants

Deposition Records of Drs. David Salinger and Abdurrahman Unal and of Amanda Barge

The Expert Opinions Provided by Drs. Glenn Tonneson, Robert Brookland, James Rodgers, Paul Mason, and Stephen Siebert.

This represents comments on the Barge-Salinger case with specific reference to the culpability of Dr. Salinger in the outcome of management of Mrs. Barge. Specifically, the following issues will be considered:

1. Was the evaluation and management of Mrs Barge prior to radiotherapy medically inappropriate?
2. Was the decision to treat Mrs. Barge with orthovoltage radiotherapy medically appropriate?
3. Was the radiotherapy prescription in terms of field size, dose-per-fraction, and total dose written by Dr. Salinger appropriate?
4. Was Dr. Salinger's review of the machine calibration within the standards in the field?
5. Was Dr. Salinger's review of the physics calculation specific to Mrs. Barge's case appropriate? More specifically, should Dr. Salinger noted that the amount of time for each treatment were numerically larger than would be expected?
6. Should Dr. Salinger noted that Mrs. Barge's reaction to the first and subsequent treatments was unusual and a warning of an overdosage?
7. Was Dr. Salinger's management of Mrs. Barge after the discontinuation of therapy appropriate?

Founded 1824

Jefferson Medical College    •    College of Graduate Studies    •    College of Health Professions    •    Jefferson University Physicians

Comments are based upon my personal review of the above listed documents.

1. The management of Mrs. Barge by both Dr. Salinger in recommending radiotherapy and by other participating physicians in referring her to a radiation oncologist was appropriate.

2. The decision to employ orthovoltage radiotherapy was appropriate. Dr. Salinger acknowledges a modest level of experience in employing orthovoltage in his deposition. There is however nothing about his decision about employing this therapy in my opinion which was not appropriate.

3. The field size and placement as best I can ascertain from the available records, the radiotherapy dose-per-fraction and the total dose are appropriate. The total dose is in fact on the low side of the range of acceptable radiation doses which should be employed for such patients.

4. The machine calibration and acceptance testing was handled by Dr Ying, the medical physicist involved with Dr. Salinger's center. It is the responsibility of the physicist in such a facility to ensure that the equipment employed to provide radiation oncology services is fully functional and properly calibrated. There is no reasonable expectation that the treating radiation oncology physician would be expected to detect an error on the part of a certified physicist to correctly test and calibrate the equipment. Training in radiation equipment testing for radiation oncology physicians is virtually non-existent due to the extremely specialized nature of the process. There is no requirement that the treating physician "sign-off" on the machine acceptance testing as the process is technically managed by a certified physicist.

5. Dr. Salinger signed off on a prescription which delivered therapy for over seven minutes during each treatment in order for the target to receive 250 cGy. It is documented in the chart that Dr. Salinger reviewed the treatment plan and approved it, and there is no reason to doubt this. Given the complexity of radiation oncology treatment planning and variety of planning and delivery systems, it is both understandable and defensible that a radiation oncology physician would be reliant on his dosimetry and physics staff for matching the number of treatment minutes to the radiation prescription. It is my opinion that Dr. Salinger was performing his duties at an appropriate standard of care when he accepted the calculations of his RT dose prescription as provided by the physicist Dr. Ying.

6. Dr. Salinger did document the symptoms Mrs. Barge noted after the first several treatments. It is true that patients sometimes note subjective symptoms of burning or discomfort early on in the course of a radiation course which tend to subside after several treatments. Generally, such symptoms are not a sign of overtreatment or any subsequent morbidity. It is clear that Dr. Salinger did terminate therapy after the objective evidence of side effects became clear. I disagree with the expert testimony provided by Dr. Tonneson and Brookland that Dr. Salinger was negligent in not terminating the patient's therapy at an earlier date. I believe, to a high degree

of medical certainty, that Dr. Salinger's evaluation of the patient during therapy was appropriate.

7.    Dr. Salinger's care and referral of the patient upon discovery of her morbidity was appropriate.


In summary, I believe to a high degree of medical certainty, that the medical management of Ms. Amanda Barge by Dr. David Salinger does not constitute negligence in any manner.


Sincerely

*Walter J. Curran, Jr, MD FACR*

Walter J. Curran, Jr, MD, FACR

**UNIVERSITY OF
PENNSYLVANIA
MEDICAL CENTER**

**Department of Radiation Oncology**

Division of Medical Physics

University of Pennsylvania School of Medicine
Hospital of the University of Pennsylvania

$\mathcal{E}xh\ D$

October 14, 2002

B. Craig Black, Esquire
McKissock & Hoffman, PC
Attorneys at Law
2040 Linglestown Road
Suite 302
Harrisburg, PA 17110

**Subject: Barge vs. Salinger et al.**

Dear Mr. Black:

I have reviewed the documents (enclosures 1-21) sent by you dated September 19, 2002. Without seeing the kilovoltage unit and measuring the radiation output (dose rate) myself, it is rather difficult to find exact cause of over exposure to Mrs. Barge; however, I can state following observations with reasonable degree of confidence based on the data provided to me.

1. Based on the description and medical findings, there is no doubt that Mrs. Barge did receive significantly higher dose than was prescribed by Dr Salinger. This could have been avoided, if physicist had proper training and knowledge of kilovoltage therapy.

2. I found that Dr. William Ying had no formal training in medical physics. Temple University does not have any training program in medical physics. Also as I can recall, there was no training record in Fox Chase associated with Dr Ying (I used to work at Fox Chase till 1999).

3. Dr. Ying was not competent to calibrate the Universal Treatmaster Superficial unit. He is not a 'qualified physicist'. A qualified physicist is one who is certified by the American Board of Radiology (ABR) or American Board of Medical Physics (ABMP). Dr. Ying does not have any certification. He should be working under direct supervision of a board-certified physicist.

4. The acceptance and commissioning data presented is extremely poor and inconsistent with usual norms. There are numerous typos and contradicting data in various exhibits. There is no date, clear logic and explanation on the data collected. For example, time of measurement is mentioned in seconds as well as in minutes. The beam parameters are not stated clearly. There are numerous hand-written data that cannot be understood. Often, the data pages have no dates and hence the sequence of events cannot be fully understood.

3400 Spruce Street • Philadelphia, PA 19104-4283 • 215-662-7733 • FAX: 215-349-5978
UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM

5. Dose in a kilovoltage beam is very complex as shown below:

$$D(d) = \frac{kV^n mAs}{d^2}$$

Were D is dose at a distance, d, k is constant depends on the x-ray unit, V is kilovoltage, n is variable with a value between 2-3 and mA is current in milliampere and s is time in seconds. It is clearly obvious that dose is very sensitive to the kilovoltage. Slight changes in tube kilovoltage cause square or cube order change in output (dose rate). This unit might not have a voltage stabilizer and/or line voltage regulator.

6. Apart from above equation tube filtration is critical in dosimetry. Every tube has inherent filtration (this is refereed in terms of half value layer, HVL, in aluminum or copper). For low energy it is usually in aluminum. External filters are added to increase effective beam energy (harder beam), higher HVL at expense of lowering output. Hence for proper calibration of the unit following parameters are extremely critical;

    i.   kV = kilovoltage applied to the tube

    ii.   mA = tube current in milliampere

    iii.   filter = defines the HVL (energy of the beam)

    iv.   SSD = source to skin distance, d

    v.   Cone size = area of the treated field

    vi.   Design of cone metallic or plastic

    vii.   Shielding (some times lead shields are used to prevent normal tissue).

If you look at the exhibits, these parameters are not completely filled out. Reports are poorly documented. It is extremely difficult to decipher information from such documents. Items iii, vi and vii are missing in patient's chart and calculation sheet, which is subject to serious error. There is a great deal of published data suggesting that metallic cone and lead cutout could contribute upto 16-20 folds dose increase to very superficial region of the skin (Aldrich *et al* 1992, Das 1998, Das 1997, Das and Chopra 1995, Stern and Kubo 1995).

7. Common sense knowledge about kilovoltage unit should have avoided this crisis. For example there is a report on this type of machine by Wayne A. Meyers addressed to Dr. Miller of Lebanon. He states an exposure rate of 615 R/min for a HVL of 0.4 mm Al for 3 cm cone at 15 cm SSD. It is hard to understand how Dr. Ying failed to ignore the report during commissioning and first treatment.

8. There is a recent report (Klevenhagen *et al* 1996) that could have been used for calibration of this machine.

9. Dr. Ying has signed the treatment sheet daily even if he did not measure the dose, did not checked the set up, nor participated in clinical care.

10. Dr. Ying has signed a special physics consultation form, which is again improper and unethical since he did not perform any special work for the patient.

11. It is common knowledge that x-ray tube rapidly changes output close to its death. Dr. Ying observed the calibration of this machine from May 18, 1999 - July 22, 1999 and found the output constantly rising. It could have been a siren bell that tube is dying and not suitable for clinical use. Even before the first treatment, the measured dose was reported to be 50.5 cGy/min compared to the 32.54cGy/min used for Mrs. Barge treatment. Dr Ying failed to even consult with his own group (Dr. Walker, president of Consulting Physics and Regulatory Services, CPRS).

12. There is a large discrepancy in calibrations among various physicists of this group (CPRS). In various reports and exhibits, output values range from 32.54 cGy/min to 615 cGy/min (nearly 20-folds increase). In such situation, CPRS should have taken the responsibility to rectify the differences and hence avoided such a crisis. A good practice is to have dose within ±2%.

13. Vender (Nixon Equipment Corp & EquiMed) who sold the unit to Heritage Hill Cancer Center should also take responsibility of selling a dying tube that should not have been installed.

Summary:

This incidence could have been avoided with proper equipment, training, coordination, supervision and double check.

Please feel free to contact me for any discussion on this matter. I shall be happy to clarify, discuss, or amend the findings with additional documentation.


Sincerely,

Indra J. Das, Ph.D. FIPEM, FAAPM
Professor & Chief of Clinical Physics
Department of Radiation Oncology


References:

Aldrich J E, Meng J S and Andrew J W  1992 The surface doses from orthovoltage X-ray treatments Med. Dosim. 17 69-72

Das I J  1998 Broad beam attenuation of kilovoltage photon beams: effect of ion chambers Br. J. Radiol. 71 68-73

Das I J  1997 Forward dose perturbation at high atomic number interfaces in kilovoltage X-ray beams Med. Phys. 24 1781-1787

Das I J and Chopra K L  1995 Backscatter dose perturbation in kilovoltage photon beams at high atomic number interfaces Med. Phys. 22 767-773

Klevenhagen S C, Aukett R J, Harrison R M, Moretti C, Nahum A E and Rosser K E  1996 The IPEMB code of practice for determination of absorbed dose for x-rays below 300kV generating potential (0.035 mm Al-4 mm Cu HVL; 10-300 kV generating potential) Phys. Med. Biol. 41 2605-2625

Stern R L and Kubo H D  1995 Considerations for superficial photon dosimetry Med. Phys. 22 1469-1470

 

### STATEMENT OF COUNSEL THAT PERSON OR COMMITTEE
### WITH SETTLEMENT AUTHORITY HAS BEEN NOTIFIED OF
### THE REQUIREMENTS OF AND POSSIBLE SANCTIONS
### <u>UNDER LOCAL RULE 16.2</u>


I, B. Craig Black, Esquire, as attorney for Defendants David J. Salinger, M.D., and Keystone Oncolcgy, LLC., and as a member of the bar of this Court, hereby state that notice of the requirements of Local Rule 16.2 has been provided to the following:

> Ms. Lisa Pratt
> Claim Representative
> Pennsylvania Property and Casualty Guarantee Association
> One Penn Center at 1620 Suburban Station
> 1617 J.F. Kennedy Boulevard
> Philadelphia, Pennsylvania 19103
>
> And
>
> Louis J. Sheehan Esq.
> Attorney Examiner
> M-Care Fund
> 8th  Floor;
> 30 North 3rd Street
> Harrisburg, Pennsylvania 17101

A true and correct copy of the correspondence dated February 3, 2003 evidencing notice is attached to this statement.


> Respectfully Submitted,
> McKissock & Hoffman, P.C.
>
>
> B. Craig Black, Esquire
> Attorney I.D. No. 36818
> 2040 Linglestown Road; Suite 302
> Harrisburg, PA 17110
> (717) 540-3400

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing **Pre-trial Conference**

**Memorandum of Defendants David J. Salinger, M.D. And Keystone Oncology, LLC** upon

the person(s) and in the manner indicated below, which service satisfies the requirements of

FRCP 5(b), by depositing a copy of same in the United States Mail, first-class postage prepaid,

addressed as follows:

Richard Oare, Esquire
1434 South George Street
York, PA  17403
*(Counsel for Plaintiffs)*

Louis G. Close, III, Esquire
22 West Pennsylvania Avenue
Towson, MD  21204
*(Co-Counsel for Plaintiffs)*

Joseph A. Ricci, Esquire
Farrell & Ricci
4423 North Front Street
Harrisburg, PA  17110
*(Counsel for William Ying, Ph.D., Comprehensive Physics and
Regulatory Services, Ltd. and Equimed, Inc.)*

McKissock & Hoffman, P.C.

By: _____
B. Craig Black, Esquire
2040 Linglestown Road
Suite 302
Harrisburg, PA 17110
(717) 540-3400

Attorneys for Defendants, David J. Salinger, M.D.
and Keystone Oncology, LLC

Dated: 2/19/03