cc: ct, ptnrs dep

#47
2/21/03
rcm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## MINUTES OF CONFERENCE

CASE: **AMANDA BARGE, et ux., V. DAVID J. SALINGER, M.D., et al.**
NO. 1:00-CV-1881

DATE: Friday, February 21, 2003 @ 10:00 a.m.

Honorable Christopher C. Conner presiding, Harrisburg, Pennsylvania, in chambers.

Nature of Conference: **TELEPHONE CONFERENCE**

Time Commenced: 10:03 am         Time Terminated: 10:11 am

**PLAINTIFF: APPEARANCES**                **DEFENDANT: APPEARANCES**

Richard Oare                              B. Craig Black
Louis George Close, III                   Joseph A. Ricci

FILED
HARRISBURG, PA
FEB 21 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## REMARKS

Telephone conference re: possible mediation. Order to issue.

Kimberly A. McKinney
Courtroom Deputy Clerk