

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA BARGE and ARTHUR BARGE,<br>Plaintiffs, | : | NO. 1:00-CV-1881 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| DAVID J. SALINGER, M.D., et al.,<br>Defendants | : | |

**<u>ORDER</u>**

AND NOW, this 21st day of February, 2003, following a telephone conference with counsel of record and by agreement of the parties, this matter is hereby referred to private mediation with G. Thomas Miller, Esquire (Miller & Miller) of Camp Hill, PA; phone (717)920-5500. Mediation in this matter shall begin promptly at 10:00 a.m. on Thursday, February 27, 2003, at the Pennsylvania Bar Association Headquarters, located at 100 South Street, Harrisburg, PA. The presence of both counsel and representatives for all involved parties shall be <u>required</u> at said mediation, with the exception of representatives of the insurance carriers for Defendants William Ying, Ph.D. and Comprehensive Physics and Regulatory Services, Ltd. These representatives may participate in the mediation by telephone <u>provided</u>, <u>however</u>, that the individual with <u>final</u> settlement authority is <u>immediately</u> available to Attorney Joseph Ricci, throughout the entire mediation session, for purposes of consultation and settlement decision-making.

BY THE COURT:

CHRISTOPHER C. CONNER
United States District Judge