ORIGINAL

# LOUIS G. CLOSE, III, P.A.
ATTORNEY AT LAW
22 WEST PENNSYLVANIA AVENUE
SUITE 300
TOWSON, MARYLAND 21204

E-MAIL: LGCIIIPA@aol.com

TELEPHONE
410-296-3606
FACSIMILE
410-296-0080

ADMITTED IN
MARYLAND AND
DISTRICT OF COLUMBIA

February 24, 2003

The Honorable Christopher C. Conner
United States District Court for the
Middle District of Pennsylvania
U.S. District Courthouse
228 Walnut Street, P.O. Box 983
Harrisburg, Pennsylvania 17108

**FILED**
HARRISBURG, PA

FEB 27 2003

MARY E. D'ANDREA, CLERK
Per _____

RE: **Amanda Barge, et ux. v. David J. Salinger, M.D., et al.**
United States District Court for the Middle District of Pennsylvania
Case No.: 1:00-CV-1881

Dear Judge Conner:

In reviewing Defendants' respective Pre-Trial Memoranda, I note that they include fact witnesses in Section 6, as well as expert witnesses. The Plaintiffs' Pre-Trial Memorandum addresses only expert witnesses.

Plaintiffs wish to reserve the right to call as witnesses at the trial of this case, in addition to the experts set forth in Plaintiffs' Pre-Trial Memorandum and identified earlier in accordance with the Court's Scheduling Order, the following:

1. The Plaintiffs;
2. The Defendants;
3. Lisa Marie Barge (Plaintiffs' daughter)
4. Michelle Lynn Barge (Plaintiffs' daughter)
5. Peggy Hawkins, Westminster Bank & Trust Company, Dept. of Human Resources, 71 East Main Street, Westminster, Maryland 21168; and
6. Any and all witnesses (fact and/or expert) identified by any of the Defendants, whether called or not called as witnesses at the time of trial.

Please accept this letter as an amendment to Plaintiffs' Pre-Trial Memorandum previously submitted.

Very truly yours,

Louis G. Close, III

LGC/dg

cc: Joseph A. Ricci, Esquire
B. Craig Black, Esquire
Richard Oare, Esquire