**ORIGINAL**

2 to W

**FILED**
HARRISBURG, P

MAR 1 0 2003

MARY E. D'ANDREA,
Per _____

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMANDA BARGE and :
ARTHUR BARGE, :
      Plaintiffs :
       :
      v. : CASE NUMBER: 1:00-CV-1881
       :
DAVID J. SALINGER, M.D.; :
WILLIAM YING, Ph.D.; : Judge Connor
KEYSTONE ONCOLOGY, LLC d/b/a :
HERITAGE HILLS ONCOLOGY CTR.; :
COMPREHENSIVE PHYSICS AND :
REGULATORY SERVICE, LTD. and :
EQUIMED, INCORPORATED, :
      Defendants : JURY TRIAL DEMANDED

---

SUPPLEMENTAL PROPOSED JURY INSTRUCTION OF DEFENDANTS
WILLIAM YING, Ph.D. AND COMPREHENSIVE PHYSICS AND REGULATORY
SERVICES

---

Respectfully submitted,

_____
Joseph A. Ricci
Pa. ID 49803
Farrell & Ricci, P.C.
4423 North Front Street
Harrisburg, PA 17110
(717) 230-9201
Counsel for Dr. Ying and
Comprehensive Physics and Regulatory
Services

If you should conclude that Dr. Salinger was aware of the existence of a potential danger in the use of the superficial treatment equipment and proceeded to use that equipment in a negligent manner then you may find that his negligence alone is the proximate cause of the injury claimed by the Plaintiff. If you should conclude that Dr. Salinger was not aware of the existence of a potential danger in the use of the superficial treatment equipment then you must determine if each of the defendants acted to contribute to the injury claimed by the Plaintiff.

**Coleman v. Dahl** 92 A.2d 678 (Pa. 1952)

# CERTIFICATE OF SERVICE

I, Joseph A. Ricci, certify that I am this day serving a copy of the foregoing Supplemental Proposed Jury Instruction of William Ying, Ph.D. and Comprehensive Physics and Regulatory Services upon the persons listed below by personal delivery addressed as follows:

Richard Oare, Esq.
1434 South George Street
York, PA 17403

Louis G. Close, Esq.
22 West Pennsylvania Avenue
Towson, MD 21204

B. Craig Black, Esq.
2040 Linglestown Road
Harrisburg, PA 17110


Dated: 3-10-03