2—⅓ C⅞

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA BARGE, et ux., | * | NO. 1:00-CV-1881 |
| Plaintiffs | * | J. Conner |
| v. | * | CIVIL ACTION - LAW |
| DAVID J. SALINGER, M.D., et al., | * | |
| Defendants | * | JURY TRIAL DEMANDED |
| | * | |

FILED

MAR 3 1 2003

**********************************

MARY E. D'ANDREA, CLERK

PER _____ HBG, PA DEPUTY CLERK

### PLAINTIFFS' RESPONSE TO DEFENDANT KEYSTONE ONCOLOGY, LLC'S MOTION TO DISMISS PLAINTIFFS' CLAIMS ASSERTING VICARIOUS LIABILITY FOR THE NEGLIGENCE OF DEFENDANT WILLIAM YING

COME NOW the Plaintiffs, Amanda Barge and Arthur Barge, by and through their attorneys, Richard Oare, Louis G. Close, III and Louis G. Close, III, P.A., and in response to the Defendant Keystone Oncology's Motion to Dismiss Plaintiffs' Claims Asserting Vicarious Liability for the Negligence of the Defendant William Ying, states as follows:

1.      The Plaintiffs do not intend to attempt to establish at the trial of this case, that the Defendant Keystone Oncology, LLC is vicariously liable for the negligence of the Defendant William Ying.  Therefore, the Plaintiffs do not oppose the Motion to Dismiss Plaintiffs' claims

1

asserting vicarious liability on the part of Keystone Oncology, LLC for the negligence of the

Defendant William Ying, only.

Respectfully submitted,

Dated:

Richard Oare, Esquire
U.S. Dist. Ct. M. D. ID #02985
1776 South Queen Street
York, Pennsylvania 17403
(717) 846-3000
*Attorney for Plaintiffs*

Dated:

Louis G. Close, III, Esquire
Louis G. Close, III, P.A.
22 West Pennsylvania Avenue, Suite 300
Towson, Maryland 21204
(410) 296-3606
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __26__ day of March, 2003, a copy of the

foregoing Plaintiffs' Response to Defendant Keystone Oncology, LLC's Motion to Dismiss

Plaintiffs' Claims Asserting Vicarious Liability for the Negligence of Defendant William Ying,

was mailed, postage prepaid, to:

B. Craig Black, Esquire
McKissock & Hoffman
2040 Linglestown Road, Suite 302
Harrisburg, Pennsylvania 17110
        *Attorneys for David J. Salinger, M.D. and Keystone Oncology, LLC*

Joseph A. Ricci, Esquire
Farrell & Ricci, P.C.
4423 North Front Street
Harrisburg, Pennsylvania 17110
     *Attorneys for William Ying, Ph.D. and Comprehensive Physics and Regulatory Services, Ltd*

     Respectfully submitted,

     Louis G. Close, III, Esquire
     Louis G. Close, III, P.A.
     22 West Pennsylvania Avenue, Suite 300
     Towson, Maryland 21204
     (410) 296-3606
     *Attorney for Plaintiffs*