IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMANDA BARGE, et ux.,** | CASE NO. 1:00-CV-1881 |
| Plaintiffs | |
| v. | (Judge Conner) |
| **DAVID J. SALINGER, M.D., et. al.** | |
| Defendants | |

FILED
HARRISBURG, PA
APR 02 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

### ORDER

AND NOW, this 2nd day of April, 2003, upon consideration of defendant Keystone Oncology, LLC's unopposed motion to dismiss plaintiff's claims asserting vicarious liability for the negligence of defendant William Ying (Doc. 58), it is hereby ORDERED that defendant's motion is GRANTED. Plaintiffs' claims asserting vicarious liability on the part of Keystone Oncology, LLC for the negligence of William Ying are DISMISSED.

CHRISTOPHER C. CONNER
United States District Judge