2TOG

# ORIGINAL

**FILED**
HARRISBURG, PA

APR 2 4 2003

MARY E. D'ANDREA, CLERK
Per _____

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMANDA BARGE and    :
ARTHUR BARGE,     :
    Plaintiffs     :
             :
   v.        :  CASE NUMBER:  1:00-CV-1881
             :
DAVID J. SALINGER, M.D.;   :
WILLIAM YING, Ph.D.;    :  Judge ~~Rambo~~ CONNER
KEYSTONE ONCOLOGY, LLC d/b/a :
HERITAGE HILLS ONCOLOGY CTR.; :
COMPREHENSIVE PHYSICS AND  :
REGULATORY SERVICE, LTD. and  :
EQUIMED, INCORPORATED,   :
     Defendants   :  JURY TRIAL DEMANDED

---

**PROPOSED VERDICT FORM OF DEFENDANTS WILLIAM YING, Ph.D. AND
COMPREHENSIVE PHYSICS AND REGULATORY SERVICES**

---

  1.  Was Dr. David Salinger  negligent in his care and treatment of Amanda Barge?

    _____ YES

    _____ NO

  If you answer question 1 "NO" then the Plaintiffs cannot recover damages from Dr.

Salinger and you should go on to question number 3.  If you answer question number 1 "YES" then

go on to question number 2.

2.      Was the negligence of Dr. David Salinger a substantial factor in causing an injury to Amanda Barge?

_____ YES

_____ NO

If you answer question number 2 " NO" then the Plaintiffs cannot recover damages from Dr. Salinger and you should go on to question number 3.  If you answer question 2 "YES" then you should go on to question 3.

3.      Was Dr. William Ying negligent in his calibration of the superficial treatment unit used at the Heritage Hills Cancer Center?

_____ YES

_____ NO

If you answer question number 3 " NO" then the Plaintiffs cannot recover damages from Dr. Ying.  If you answered **either** questions 1 or 2 "NO" **AND** you also answered question 3 "NO" then the Plaintiffs cannot recover damages and you should return to the courtroom.  If you answered **both** questions 1and 2 "YES" **OR** if you answered question 3 "YES" you should go on to question number 4.

4.      Was the negligence of Dr. William Ying a substantial factor in causing an injury to Amanda Barge?

_____ YES

_____ NO

If you answer question number 4 " NO" then the Plaintiffs cannot recover damages from Dr. Ying.  If you answered **either** questions 1 or 2 "NO" **AND** you also answered **either**

questions 3 or 4 "NO" then the Plaintiffs cannot recover damages and you should return to the courtroom. If you answered **both** questions 1 and 2 "YES" **OR** if you answered **both** questions 3 and 4 "YES" you should go on to question number 5.

5. Was Plaintiff Amanda Barge contributorily negligent in failing to follow the advice and recommendations of her physicians?

_____ YES

_____ NO

If you answer question 5 "YES" go on to question 6. If you answer question 5 "NO" go on to question 7.

6. Was the contributory negligence of Plaintiff Amanda Barge a substantial factor in exacerbating or worsening her condition?

_____ YES

_____ NO

Please go on to question 7.

7. Please state the percentage of negligence attributable to:

Dr. David Salinger         _____

Dr. William Ying.          _____

Amanda Barge               _____

                                                100%

If you answered **either** question 1 or 2 "NO" then you must place a zero (0) in the space for Dr. David Salinger. If you answered **either** question 3 or 4 "NO" then you must place a

zero (0) in the space for Dr. William Ying. If you answered **either** question 5 or 6 "NO" then you must place a zero (0) in the space for Amanda Barge. The sum of all numbers entered above must equal 100 percent. If the amount of negligence attributed to Amanda Barge is greater than the sum of the negligence attributed to **all** Defendants, the Plaintiffs cannot recover and you should return to the courtroom. If the amount of negligence attributed to Amanda Barge is less that the sum of the negligence attributed to **all** Defendants, please go on to question 8.

8.      Kindly state the amount of damages, if any, to be awarded to the Plaintiffs:

Amanda Barge  _____
Arthur Barge   _____

9.      Was Dr. David Salinger the agent or employee of Keystone Oncology?

_____ YES

_____ NO

Please go on to question number 10.

10.     Was Dr. William Ying. the agent or employee of Comprehensive Physics and Regulatory Services?

_____ YES

_____ NO

Please return to the courtroom.

_____                    _____
Jury Foreperson                                       Date

## CERTIFICATE OF SERVICE

**AND NOW**, this _____ day of April, 2003, I, Joseph A. Ricci, Esquire, hereby certify

that I served a true and correct copy of the foregoing ***Proposed Verdict Form*** upon all

counsel of record as listed below by hand-delivering a copy of same:

Richard Oare, Esquire
1434 South George Street
York, PA  17403

Louis G. Close, III, Esquire
22 West Pennsylvania Avenue
Suite 300
Towson, MD  21204

B. Craig Black, Esquire
Robert A. McDermott, Esquire
McKissock & Hoffman, P.C.
2040 Linglestown Road
Suite 302
Harrisburg, PA  17110

_____
Joseph A. Ricci, Esquire