**McKISSOCK & HOFFMAN, P.C.**
By:   B. Craig Black, Esquire
I.D.   #36818
By:   Robert A. McDermott, Esquire
I.D.   #66724
2040 LINGLESTOWN ROAD
SUITE 302
HARRISBURG, PA  17110
(717) 540-3400

ATTORNEYS FOR DEFENDANTS
DAVID J. SALINGER, M.D. and KEYSTONE
ONCOLOGY, LLC

---

| | |
|---|---|
| AMANDA BARGE and ARTHUR BARGE<br>Plaintiffs<br><br>v.<br><br>DAVID J. SALINGER, M.D., WILLIAM YING, PH.D.,  KEYSTONE ONCOLOGY, LLC, COMPREHENSIVE PHYSICS AND REGULATORY SERVICES, LTD. and EQUIMED, INCORPORATED<br>Defendants | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA<br><br>NO.  1:CV-00-1881<br><br>CIVIL ACTION – LAW<br><br>JUDGE CONNER<br><br>JURY TRIAL DEMANDED |

*FILED*
*HARRISBURG*

APR 2 4 2003

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## DEFENDANT, DAVID J. SALINGER, M.D. AND KEYSTONE ONCOLOGY, LLC'S SUPPLEMENTAL PROPOSED POINTS FOR CHARGE

Defendants, David J. Salinger, M.D. and Keystone Oncology, LLC, respectfully

supplements its proposed points for charge filed with this Honorable Court on February 19,

2003, (which Proposed Points for Charge are incorporated by reference) and requests that this

Court instruct the jury on the following additional points of law as they are applicable under the

doctrine of law established in Erie Railroad v. Tompkins,. 304 U.S. 64, *cert denied*, 305 U.S.

639 (1938), regarding the application of the forum state's substantive law and are set forth in the

Pennsylvania Suggested Standard Civil Jury Instructions, modified to reflect the fact specific

circumstances of this case:

1.     Comparative Negligence And Apportionment Among Joint Tortfeasors –
       Pa.   S.S.J.I. – 3.03A;

2.     Conflicting Testimony; Pa. S.S.J.I. -  5.40

                                      Respectfully submitted,

                                      **McKissock & Hoffman, P.C.**

                              By: _____
                                      B. Craig Black
                                      Attorney I.D. No. 36818
                                      Robert A. McDermott
                                      Attorney I.D. No.  66724
                                       2040 Linglestown Road; Suite 302
                                       Harrisburg, PA 17110
                                      (717) 540-3400

                                      *Attorneys for Defendants,*
                                      *David J. Salinger, M.D. and*
                                      *Keystone Oncology, LLC*

Date:  *April 24, 2003*

## CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of the foregoing **Supplemental Proposed Points for Charge Submitted By  David J. Salinger, M.D. And Keystone Oncology, LLC** upon the person(s) and in the manner indicated below, which service satisfies the requirements of FRCP 5(b), by hand delivering a copy of same addressed as follows:

Richard Oare, Esquire
1434 South George Street
York, PA  17403
*(Counsel for Plaintiffs)*

Louis G. Close, III, Esquire
22 West Pennsylvania Avenue
Towson, MD  21204
*(Co-Counsel for Plaintiffs)*

Joseph A. Ricci, Esquire
Farrell & Ricci
4423 North Front Street
Harrisburg, PA  17110
*(Counsel for William Ying, Ph.D., Comprehensive Physics and
Regulatory Services, Ltd. and Equimed, Inc.)*

McKissock & Hoffman, P.C.

By: _____
B. Craig Black, Esquire
2040 Linglestown Road
Suite 302
Harrisburg, PA 17110
(717) 540-3400

*Attorneys for Defendants,
David J. Salinger, M.D. and
Keystone Oncology, LLC*

Dated: _April 24, 2003_