## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMANDA BARGE, et ux.,                    *    NO.  1:00-CV-1881
                                                     **(Judge Conner)**

     Plaintiffs                              *

v.                                                    *    CIVIL ACTION - LAW

DAVID J. SALINGER, M.D., et al.,          *

     Defendants                           *    JURY TRIAL DEMANDED


## NOTICE

    You are hereby notified to file a written answer to the attached motion for delay damages within twenty days from the filing of the motion or the delay damages sought in the motion may be added to the verdict or decision against you.

               LAW OFFICES OF RICHARD OARE

               Respectfully Submitted:


               _____
               Richard Oare, Esquire
               1434 S. George St.
               York, Pennsylvania 17403
               717-846-3000
               I.D.#1698
               Attorney for the Plaintiffs


               _____
               Louis G. Close, III, Esquire
               Louis G. Close, III, P.A.
               22 West Pennsylvania Ave, Suite 300
               Towson, Maryland  21204
               (410) 296-3603
               Attorney for the Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

AMANDA BARGE, et ux.,            *   NO.  1:00-CV-1881

      Plaintiffs                      *      **(Judge Conner)**

v.                               *   CIVIL ACTION - LAW

DAVID J. SALINGER, M.D., et al.,    *

      Defendants               *   JURY TRIAL DEMANDED

                                   *

**<u>PETITION FOR DELAY DAMAGES</u>**

1.     This is an action for personal injuries sustained by Plaintiff, Amanda Barge and Arthur Barge, in a medical negligence case.

2.     On January 19, 2001, Plaintiffs served a Complaint upon the first Defendant, Dr. Ying.

3.     On April 29, 2003, following a seven-day trial before the Honorable Christopher Conner, a jury verdict in favor of the Plaintiffs and against the Defendants was returned in the amount of $350,000.00, but assessing sixty-five percent (65%) as to Defendants Salinger and Keystone and thirty-five percent (35%) as to Defendants Ying and CPRS.

4.     A written settlement offer was made by the Defendants on February 21,2003 in the amount of $100,000.

3

5.      Pursuant to Pa.R.C.P. No. 238(a)(2)(ii), delay damages are to be awarded from a date one year after the date original process was served up to the date of the verdict.  Here, that period is January 19, 2002, to March 3, 2003.

6.      Rule 238 provides that "damages for delay shall be calculated at the rate equal to the prime rate as listed in the first edition of the Wall Street Journal published for each calendar year for which the damages are awarded, plus 1%, not compounded.

7.      The prime rate published in the first edition of the Wall Street Journal for 2002 and 2003 plus 1%, is as follows:

| | |
|---|---|
| 2002 | 5.75% |
| 2003 | 5.25% |

8.      Pursuant Rule 238(b)(2), any delay caused by the Plaintiff shall be excluded.  Plaintiff sought a continuance from the March 3, 2003, and therefore the time period of March 3, 2003 to May 5, 2003 should be excluded.

9.      Consistent with the interest rates set forth above, the damages for delay calculated pursuant to Rule 238 for each portion of a year during this period on the molded jury verdict of $312,147.54 is as follows:

| | |
|---|---|
| 2002 (346 days X $49.00 per day) | $ 16,954.00 |
| 2003 (62 days X $44.90 per day) | $   2783.67 |
| **TOTAL** | **$ 19,737.67** |

4

**WHEREFORE**, Plaintiff, Amanda Barge and Arthur Barge, respectfully requests that the molded jury verdict of $312,147.54 be re-molded to reflect the addition of delay damages in the sum of $19,737.67, for a total jury verdict of $331,885.21.   Plaintiff also requests the addition of docket costs in the amount of $150.00, which when added to the molded jury verdict results in a judgment of $332,035.21.

LAW OFFICES OF RICHARD OARE

Respectfully Submitted:


Richard Oare, Esquire /s/
1434 S. George St.
York, Pennsylvania 17403
717-846-3000
I.D.#1698
Attorney for the Plaintiffs


Louis G. Close, III, Esquire /s/
Louis G. Close, III, P.A.
22 West Pennsylvania Ave, Suite 300
Towson, Maryland  21204
(410) 296-3603
Attorney for the Plaintiffs

5

## <u>CERTIFICATE OF SERVICE</u>

**AND NOW,** this         day of May, 2003, I, Richard Oare, Esquire, hereby certify that I have, this date, served a copy of the within and foregoing **PETITION FOR DELAY DAMAGES** by fax and first class United States Mail, postage pre-paid, addressed to the party or attorney of record as follows:

> Joseph A. Ricci
> Farrell & Ricci, P.C.
> 4423 North Front Street
> Harrisburg, PA 17110
> 717) 230-9201
> Attorney for Defendants Comprehensive
> Physics & Regulatory Services, Ltd. and
> William Ying, Ph.D.
>
> B. Craig Black, Esquire
> McKissock & Hoffman, P.C.
> 2040 Linglestown Road
> Harrisburg, PA  17110
> Attorney for Defendant, David J. Salinger, M.D.
>
> Respectfully Submitted:
>
>
> Richard Oare, Esquire  /s/
> 1434 S. George St.
> York, Pennsylvania 17403
> 717-846-3000
> I.D.#1698
> Attorney for the Plaintiffs