**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMANDA BARGE, et ux., | * | NO.  1:00-CV-1881 |
| | | **(Judge Conner)** |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION - LAW |
| DAVID J. SALINGER, M.D., et al., | * | |
| Defendants | * | JURY TRIAL DEMANDED |

### **O R D E R**

**AND NOW,** this ___ day of _____, 2003, it is hereby ordered and decreed that the verdict of $312,147.54 in the above-captioned matter be molded to reflect the addition of delay damages in the amount of $19,737.67, plus docket costs of $150.00, for a total judgment of $332,035.21.

BY THE COURT:

_____
J.