FILED
HARRISBURG, PA

APR 29 2003

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

JUDGE _Conner_

Plaintiff _____ Defendant _Per_

Plaintiff's EXHIBIT LIST

Trial — 4/21/03 - 4/24/03
(19 2)

CASE NUMBER 1:00-CV-1881

| # | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| 2-A | Standard of Care Zuniclenic | 4/21/03 | 4/24/03 | adm | By Counsel (copy) |
| 12-A | Zuniclenic Surgical Treatment | 4/21/03 | 4/24/03 | adm | Glenn J. Tonnesen, M.D. |
| 3 | 1/30/02 Report of Glenn J. Tonnesen, M.D. | 4/21/03 | — | — | By counsel (copy) |
| 25 | Deposition Transcript of David J. Salinger, M.D. | 4/21/03 | — | — | Glenn J. Tonnesen, M.D. |
| 1 | CV of Glenn J. Tonnesen, M.D. | 4/21/03 | 4/21/03 | adm | Glenn J. Tonnesen, M.D. |
| 8 | CV of Paul N. Manson, M.D. | 4/21/03 | 4/21/03 | adm | By Counsel |
| 11 | Surgical Treatment Booklet | 4/21/03 | 4/21/03 (video) | adm | Paul N. Manson, M.D. |
| 13 | Medical Expenses for Amanda Burge | 4/21/03 | 4/21/03 | adm | Paul N. Manson, M.D. (on videotape) |
| 9-B | Enlargement of Anatomical Model (Facial Anatomy) | 4/21/03 | 4/21/03 | adm | Paul N. Manson, M.D. (on videotape) |
| 10-B | Enlargement of Model (Close-up of face surgery) | 4/21/03 | 4/21/03 | adm | Paul N. Manson, M.D. (on videotape) |
| 17 | CV of James Rodgers, Ph.D. | 4/22/03 | 4/23/03 | adm | By Counsel |
| 18 | *Report of James Rodgers, Ph.D. (*)-REDACTED | 4/22/03 | 4/23/03 | adm | By Counsel |
| 22 | CV of Stephen W. Siebert, M.D. | 4/23/03 | 4/23/03 | adm | Stephen W. Siebert, M.D. |

# Plaintiff's EXHIBIT LIST

JUDGE: Conner

Plaintiff: _____  Defendant: _____

TRIAL - 4/23/03 (2 of 2) 4/24/03, 4/29/03

CASE NUMBER: 1:00-CV-1881

| No. | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| 23 | Report of Stephen W. Siebert, M.D. | 4/23/03 | 4/23/03 | adm | Stephen W. Siebert, M.D. |
| 20-A | 7/1/99 Correspondence to Plaintiff Barge re: Misadministration | 4/24/03 | 4/24/03 | adm | Amanda Barge |
| 15 | US Fish & Wildlife Jabber (Wildlife) | 4/24/03 | 4/24/03 | — | By Counsel |