JUDGE: Conner

TRIAL - 4/21/03 - 4/25/03

Defendants' (Salmyer and Keystone) **EXHIBIT LIST**

CASE NUMBER: 1:00-CV-1881

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| | 7 | Curriculum Vitae of Harvey A. Wank, DMD | 4/24/03 | 4/25/03 | adm | Harvey A. Wank, DMD |
| * | 8 | 4/18/03 Report by Harvey A. Wank, DMD (*)–REDACTED | 4/24/03 | 4/25/03 | adm | Harvey A. Wank, DMD |
| | 9 | Mansion Deposition Exhibit #1 – Diagram of Facial Anatomy | 4/24/03 | 4/25/03 | adm | Harvey A. Wank, DMD |
| | 1 | Curriculum Vitae of David J. Salmyer, M.D. | 4/24/03 | 4/25/03 | adm | David J. Salmyer, M.D. |
| | 5 | Curriculum Vitae of Walter Curran Jr., M.D. | 4/25/03 | 4/25/03 | adm | Walter Curran Jr., M.D. |
| | 6 | 10/30/02 Report by Walter Curran Jr., M.D. | 4/25/03 | 4/25/03 | adm | Walter Curran Jr., M.D. |
| | 2 | Curriculum Vitae of Indra Dee, Ph.D. | 4/25/03 | 4/25/03 | adm | Indra Dee, Ph.D. |
| | 4 | 4/9/03 Report by Indra Dee, Ph.D. | 4/25/03 | 4/25/03 | adm | Indra Dee, Ph.D. |

FILED
HARRISBURG, PA
APR 29 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk