JUDGE Conner

Plaintiff _____ Defendant _____

TRIAL – 4/23/03 – 4/25/03

Defendants (Yung and CPRS) EXHIBIT LIST (4 of 1)

CASE NUMBER 1:00-CV-1881

| # | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|
| 8 | CV of Dr. Yung | 4/23/03 | 4/23/03 | adm | William Yung, PhD |
| 9 | Diagram by Dr. Yung Depicting Cones/SSD | 4/23/03 | 4/23/03 | adm | William Yung, PhD |
| 10 | Diagram by Dr. Yung Depicting Constancy | 4/23/03 | 4/23/03 | adm | William Yung, PhD |
| 4 | CV of Richard W. Dalbt, M.D. | 4/28/03 | 4/28/03 | adm | Richard W. Dalbt, M.D. |
| 5* | 4/17/03 Report by Richard W. Dalbt, M.D. (*) – REDACTED | 4/28/03 | 4/28/03 | adm | Richard W. Dalbt, M.D. |
| 6 | CV of James B. Murphy, DMD | 4/28/03 | 4/28/03 | adm | James B. Murphy, DMD |
| 7 | 4/10/03 Report by James B. Murphy, DMD | 4/28/03 | 4/28/03 | adm | James B. Murphy, DMD |
| 1 | CV of Donald E. Wilkey, Ph.D. | 4/28/03 | 4/28/03 | adm | Donald E. Wilkey, Ph.D. |
| 2 | 4/11/02 Report by Donald E. Wilkey, Ph.D. | 4/28/03 | 4/28/03 | adm | Donald E. Wilkey, Ph.D. |
| 3 | 4/17/03 Report by Donald E. Wilkey, Ph.D. | 4/28/03 | 4/28/03 | adm | Donald E. Wilkey, Ph.D. |

FILED
HARRISBURG, PA
APR 29 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk