# JOINT EXHIBIT LIST

**FILED HARRISBURG, PA**
MAR[Y] E. D'ANDREA, CLERK
APR 29 2003
Deputy Clerk

JUDGE _Conner_    _Trial - 4/21/03 - 4/24/03_    CASE NUMBER _1:00-CV-1881_

(1 of 1)

| | | Description of Item | Identified | Evidence | Ruling | Witness |
|---|---|---|---|---|---|---|
| Joint Bus Rec | #1 | Business Records from Keystone Oncology | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint Bus Rec | #2 | Business Records from Compulompair Physics & Regulatory Services | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #1 | Medical Records of Marilyn Miller, M.D. | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #2 | Medical Records of D.V. Savatiris, M.D. | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #3 | Medical Records of Lawrence Feldman, M.D. | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #4 | Medical Records of David Salenges, M.D. | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #5 | Medical Records of Lesley Wong, M.D. - Johns Hopkins | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #6 | Medical Records of Robert Spence, M.D. | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #7 | Medical Records of Paul Manson, M.D. | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #8 | Collective Photographs of Mrs. Barge - Johns Hopkins Hospital | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #9 | Medical Records of Manchester Dental Center | 4/21/03 | 4/24/03 | Adm | By Counsel |
| Joint MR | #10 | Medical Records of George Balafield, D.D.S. | 4/21/03 | 4/24/03 | Adm | By Counsel |