29 APRIL '03 // 1:30 p.m.    Case #  1:00 - cv -1881

Question # 1    When will we receive the paperwork
evidence exhibits to assist us in our deliberations?

Curtis W. Long

FILED
HARRISBURG, PA

APR 2 9 2003

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk