IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA and ARTHUR BARGE, | : | CASE NO. 1:00-CV-1881 |
| | : | |
| Plaintiffs | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| DAVID J. SALINGER, M.D.; | : | |
| WILLIAM YING, Ph.D.; KEYSTONE | : | |
| ONCOLOGY, LLC d/b/a HERITAGE | : | |
| HILLS ONCOLOGY CTR.; and | : | |
| COMPREHENSIVE PHYSICS AND | : | |
| REGULATORY SERVICE, LTD., | : | |
| | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
APR 29 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

## VERDICT FORM

1.  Was Dr. David Salinger negligent in his care and treatment of Amanda Barge?

    __✓__  YES

    _____  NO

    If you answer question number 1 "YES," then go on to question number 2. If you answer question 1 "NO," please proceed to question number 3.

2.  Was the negligence of Dr. David Salinger a substantial factor in causing an injury to Amanda Barge?

    __✓__  YES

    _____  NO

    Please proceed to question number 3.

3. Was Dr. William Ying negligent in the performance of his medical physicist duties and responsibilities regarding the superficial radiation treatment unit used at the Heritage Hills Cancer Center?

　　　✓　　　YES

　　_____　　NO

If you answered **both** questions 1 and 2 "YES" **OR** if you answered question 3 "YES," please go on to question number 4. If you answered **either** questions 1 or 2 "NO" **AND** you also answered question 3 "NO," then the Plaintiffs cannot recover damages and you should return to the courtroom.

4. Was the negligence of Dr. William Ying a substantial factor in causing an injury to Amanda Barge?

　　　✓　　　YES

　　_____　　NO

If you answered **both** questions 1 and 2 "YES" **OR** if you answered **both** questions 3 and 4 "YES," please go on to question number 5. If you answered **either** questions 1 or 2 "NO" **AND** you also answered **either** questions 3 or 4 "NO," then the Plaintiffs cannot recover damages and you should return to the courtroom.

5.  Please state the percentage of negligence attributable to:

   Dr. David Salinger          _____65%_____

   Dr. William Ying            _____35%_____
                                      100%

If you answered **either** question 1 or 2 "NO," then you must place a zero (0) in the space for Dr. David Salinger. If you answered **either** question 3 or 4 "NO," then you must place a zero (0) in the space for Dr. William Ying. The sum of all numbers entered above must equal 100 percent. Please proceed to question number 6.

6.  Kindly state the total amount of damages, if any, to be awarded to the Plaintiffs:

   Amanda Barge          _____$ 325,000.00_____

   Arthur Barge          _____$ 25,000.00_____

_____Curtis W. Long_____          _____29 APR 03_____
        Jury Foreperson                      Date

3