UNITED STATES DISTRICT COURT
Middle District of Pennsylvania
Clerk's Office, Room 1060
P.O. Box 983
Harrisburg, PA 17108

Mary E. D'Andrea,
Clerk

717-221-3920

IN RE: <u>Barge, et ux. v. Salinger, Ying, et al.</u>
Case No. 1:00-CV-1881

TO COUNSEL:   Louis George Close, III, Esquire
22 West Pennsylvania Avenue
Suite 300
Towson, MD 21286

FILED
HARRISBURG, PA

APR 29 2003

MARY E. D'ANDREA, CLERK
Per _____
            Deputy Clerk

Your **original** trial exhibits are being returned to you in compliance with Middle District of Pennsylvania Local Rule 79.4.

It is your responsibility to keep these exhibits through the appeal period and make arrangements for transport should that be necessary.

Very truly yours,

Mary E. D'Andrea, Clerk

Kimberly A. McKinney
Deputy Clerk

**RECEIPT**

Receipt is hereby acknowledged for the exhibits introduced by _____
(Plaintiffs/Defendants)
in the above-captioned matter.

4/29/03
(Date)

_____
(Signature)