IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA BARGE, et ux., | * | NO.  1:00-CV-1881 |
| | | **(Judge Conner)** |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION - LAW |
| DAVID J. SALINGER, M.D., et al., | * | |
| Defendants | * | JURY TRIAL DEMANDED |
| | * | |

## SUPPLEMENTAL PETITION FOR DELAY DAMAGES

1.     Plaintiffs filed with this Honorable Court a Petition for Delay Damages.

2.     Plaintiffs accepted the service of summons date advanced by Defendants Salinger and Heritage Hills Oncology.

                                                                LAW OFFICES OF RICHARD OARE

                                                                Respectfully Submitted:

| | |
|---|---|
| Richard Oare, Esquire /s/ | Louis G. Close, III, Esquire /s/ |
| 1434 S. George St. | Louis G. Close, III, P.A. |
| York, Pennsylvania 17403 | 22 West Pennsylvania Ave, Suite 300 |
| 717-846-3000 | Towson, Maryland  21204 |
| I.D.#1698 | (410) 296-3603 |
| Attorney for the Plaintiffs | Attorney for the Plaintiffs |

2

I hereby certify that I have sought the concurrence of both defense counsel in this matter and Defendant Salinger/Heritage Hills and Defendant Ying. Defendant Salinger/Heritage Hills concurs and Defendant Ying does not concur.

                                        Respectfully submitted,

                                        Richard Oare, Esquire/s/

## CERTIFICATE OF SERVICE

**AND NOW,** this 16 day of June, 2003, I, Richard Oare, Esquire, hereby certify that I have, this date, served a copy of the within and foregoing **SUPPLEMENTAL PETITION FOR DELAY DAMAGES** by fax and first class United States Mail, postage pre-paid, addressed to the party or attorney of record as follows:

>Joseph A. Ricci
>Farrell & Ricci, P.C.
>4423 North Front Street
>Harrisburg, PA 17110
>717) 230-9201
>Attorney for Defendants Comprehensive
>Physics & Regulatory Services, Ltd. and
>William Ying, Ph.D.
>
>B. Craig Black, Esquire
>McKissock & Hoffman, P.C.
>2040 Linglestown Road
>Harrisburg, PA  17110
>Attorney for Defendants, David J. Salinger, M.D. and
>Heritage Hills Oncology
>
>Respectfully Submitted:
>
>Richard Oare, Esquire  /s/
>1434 S. George St.
>York, Pennsylvania 17403
>717-846-3000
>I.D.#1698
>Attorney for the Plaintiffs