AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### AMENDED JUDGMENT IN A CIVIL CASE

AMANDA BARGE and ARTHUR BARGE,
Plaintiffs

FILED
HARRISBURG, PA
JUN 24 2003
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

v.

CASE NUMBER: 1:00-CV-1881

DAVID J. SALINGER, M.D., WILLIAM YING, Ph.D.,
KEYSTONE ONCOLOGY, LLC, and
COMPREHENSIVE PHYSICS AND REGULATORY
SERVICES, LTD.,
Defendants

(Judge Conner)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment be and is hereby entered in favor of the Plaintiffs Amanda Barge and Arthur Barge and against Defendants David J. Salinger, M.D., and Keystone Oncology, LLC, pursuant to a jury verdict entered on April 29, 2003, for the amount of $214,037.46; and

**IT IS FURTHER ORDERED AND ADJUDGED** that judgment be and is hereby **entered** in favor of Plaintiffs Amanda Barge and Arthur Barge and against Defendants William Ying, Ph.D., and Comprehensive Physics and Regulatory Services, Ltd., pursuant to a jury verdict entered on April 29, 2003, for the amount of $115,250.94.

Date: June 24, 2003

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk