AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

### SECOND AMENDED JUDGMENT IN A CIVIL CASE

AMANDA BARGE and ARTHUR BARGE,
Plaintiffs

v.

CASE NUMBER: 1:00-CV-1881

DAVID J. SALINGER, M.D., WILLIAM YING, Ph.D.,
KEYSTONE ONCOLOGY, LLC, and
COMPREHENSIVE PHYSICS AND REGULATORY
SERVICES, LTD.,
Defendants

(Judge Conner)

FILED
HARRISBURG, PA
AUG 25 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

X  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐  **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered** in favor of the Plaintiffs Amanda Barge and Arthur Barge and against Defendants David J. Salinger, M.D., and Keystone Oncology, LLC, pursuant to a jury verdict entered on April 29, 2003, for the amount of $200,789.10; and

**IT IS FURTHER ORDERED AND ADJUDGED that judgment be and is hereby entered** in favor of Plaintiffs Amanda Barge and Arthur Barge and against Defendants William Ying, Ph.D., and Comprehensive Physics and Regulatory Services, Ltd., pursuant to a jury verdict entered on April 29, 2003, for the amount of $128,499.30.

Date: August 25, 2003

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk