IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA BARGE, et ux., | * | NO. 1:00-CV-1881 |
| Plaintiffs | * | |
| v. | * | CIVIL ACTION - LAW |
| DAVID J. SALINGER, M.D., et al., | * | |
| Defendants | * | JURY TRIAL DEMANDED |

************************

### NOTICE OF SATISFACTION OF JUDGMENT

FILED
HARRISBURG, PA
SEP - 8 2003
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

Dear Madam Clerk:

Please be advised that the Second Amended Judgment entered on August 25, 2003 in connection with the above-captioned matter has been paid and satisfied, in full, by all of the Defendants, in accordance with said Judgment.

Respectfully submitted,

Dated: 9/4/03

Louis G. Close, III, Esquire
Louis G. Close, III, P.A.
22 West Pennsylvania Avenue, Suite 300
Towson, Maryland 21204
(410) 296-3606
*Attorney for Plaintiffs*

Dated: 9/4/03

Richard Oare, Esquire
U.S. Dist. Ct. M. D. ID #02985
1434 South George Street
York, Pennsylvania 17403
(717) 846-3000
*Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___4___ day of September, 2003, a copy of the foregoing Notice of Satisfaction of Judgment, was mailed, postage prepaid, to:

B. Craig Black, Esquire
McKissock & Hoffman
2040 Linglestown Road, Suite 302
Harrisburg, Pennsylvania 17110
   *Attorneys for David J. Salinger, M.D. and Keystone Oncology, LLC*

Joseph A. Ricci, Esquire
Farrell & Ricci, P.C.
4423 North Front Street
Harrisburg, Pennsylvania 17110
   *Attorneys for William Ying, Ph.D. and Comprehensive Physics and Regulatory Services, Ltd*

Respectfully submitted,

_____
Louis G. Close, III, Esquire
Louis G. Close, III, P.A.
22 West Pennsylvania Avenue, Suite 300
Towson, Maryland 21204
(410) 296-3606
*Attorney for Plaintiffs*